**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BENJAMIN DRESNER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,<br><br>        Defendants. | Case No. 2:21-cv-01499-TLF<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br><br>January 21, 2022 |

WHEREAS, the above-captioned securities class action has been filed against Silverback Therapeutics, Inc., Laura K. Shawver, Jonathan Piazza, Russ Hawkinson, Peter Thompson, Vickie L. Capps, Robert Hershberg, Saqib Islam, Andrew Powell, Jonathan Root, Thilo Schroeder, and Scott Platshon alleging claims under the Securities Act of 1933 and the Securities Exchange Act of 1934;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(A)(i), 15 U.S.C. § 78u-4(a)(3)(A)(i), on November 5, 2021, a notice was issued to potential class members of the action informing them of their right to move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on January 4, 2022 Trenton Thenhaus and Taylor Thenhaus ("Movants") timely moved the Court for appointment as co-lead plaintiff and to approve their selection of counsel;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movants have the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I); 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1

1.     Pursuant to Section 27 of the Securities Act and Section 21D(a)(3)(B) of the Exchange Act, Movants are appointed as Co-Lead Plaintiff of the class, as they have the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.     Movants' choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel and Praesidio Consumer Law PLLC is appointed as Liaison Counsel.

3.     Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiffs and the Class.

SO ORDERED:

Dated this ___ day of _____, 2022

_____

HONORABLE THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

Presented by:

**PRAESIDIO CONSUMER LAW PLLC**

/s/Colin M. George_____

Colin M. George, WSBA No. 45131
Praesidio Consumer Law PLLC
1916 Pike Place, Suite 12
Seattle, WA 98101

2

(646) 202-0629
cgeorge@praesidio.law

*Counsel for Movants and [Proposed]*
*Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movants and [Proposed]*
*Lead Counsel for the Class*