The Honorable Theresa L. Fricke

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BENJAMIN DRESNER, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>     v.<br><br>SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,<br><br>     Defendants. | Case No. 2:21-cv-01499-TLF<br><br>**DECLARATION OF COLIN M. GEORGE IN SUPPORT OF THE MOTION OF TRENTON THENHAUS AND TAYLOR THENHAUS FOR APPOINTMENT AS CO-LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>NOTE ON MOTION CALENDAR:<br><br>January 21, 2022 |

I, Colin M. George, declare:

1.    I am an attorney practicing with the law firm of Praesidio Consumer Law PLLC, Liaison Counsel for Lead Plaintiff Movants Trenton Thenhaus and Taylor Thenhaus ("Movants"). I make this declaration in support of Movants' motion for appointment as Co-Lead Plaintiff and for approval of Movant's choice of The Rosen Law Firm, P.A. as Lead Counsel and Praesidio Consumer Law PLLC as Liaison Counsel for the Class.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    PSLRA certification of Movants;

Exhibit 3:    Movants' loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    The firm resume of Praesidio Consumer Law PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of January, 2022.

/s/Colin M. George

Colin M. George

1

DECLARATION OF COLIN M. GEORGE IN SUPPORT OF THE MOTION OF TRENTON THENHAUS AND TAYLOR THENHAUS FOR APPOINTMENT AS CO-LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 2:21-cv-01499-TLF

**CERTIFICATE OF SERVICE**

I, hereby certify that on January 4, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Colin M. George

2

DECLARATION OF COLIN M. GEORGE IN SUPPORT OF THE MOTION OF TRENTON THENHAUS AND TAYLOR THENHAUS FOR APPOINTMENT AS CO-LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 2:21-cv-01499-TLF