# EXHIBIT 1



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**    **REGISTER**

# Pomerantz Law Firm Announces the Filing of a Class Action Against Silverback Therapeutics, Inc., and Certain Officers – SBTX

November 05, 2021 18:30 ET | Source: Pomerantz LLP

NEW YORK, Nov. 05, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Silverback Therapeutics, Inc. ("Silverback" or the "Company") (NASDAQ: SBTX) and certain of its officers.   The class action, filed in the United States District Court for the Western District of Washington, Seattle Division, and docketed under 21-cv-01499, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired: (a) Silverback common stock pursuant and/or traceable to the Offering Documents issued in connection with the Company's initial public offering conducted on or about December 3, 2020 (the "IPO" or "Offering"); and/or (b) Silverback securities between December 3, 2020 and September 10, 2021, both dates inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Silverback common stock pursuant and/or traceable to the Offering Documents issued in connection with the Company's IPO and Silverback securities during the Class Period, you have until January 4, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.    To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Silverback, a clinical-stage biopharmaceutical company, develops tissue-targeted therapeutics for the treatment of cancer, chronic viral infections, and other serious diseases. The Company's lead product candidate is



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The complaint alleges that, the Offering Documents were negligently prepared and, as a result, contained untrue statements of material fact or omitted to state other facts necessary to make the statements made not misleading and were not prepared in accordance with the rules and regulations governing their preparation. Additionally, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, the Offering Documents and Defendants made false and/or misleading statements and/or failed to disclose that: (i) Silverback's lead product candidate SBT6050 was less effective than the Company had represented to investors; (ii) accordingly, the Company had overstated SBT6050's commercial and/or clinical prospects; and (iii) as a result, the Offering Documents and Defendants' public statements throughout the Class Period were materially false and/or misleading and failed to state information required to be stated therein.

On September 13, 2021, Silverback issued a press release "announc[ing] that interim data from the dose-escalation portion of its Phase 1/1b clinical trial evaluating SBT6050 as a monotherapy and in combination with pembrolizumab in patients with advanced or metastatic HER2-expressing or amplified solid tumors will be presented at the upcoming European Society for Medical Oncology 2021 Congress from September 16-21, 2021" and advising that "[t]he accepted abstract . . . is now available on the ESMO website." Per the accepted abstract (the "Abstract"), while there was a manageable safety profile for the Company's experimental therapy, SBT6050 yielded only one partial response among 14 HER2-positive solid tumors.

On this news, Silverback's stock price fell $4.54 per share, or 23.35%, to close at $14.90 per share on September 13, 2021.

As of the time this Complaint was filed, the price of Silverback common stock continues to trade below the $21.00 per share Offering price, damaging investors.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than



dollar damages awards on behalf of class members. See www.pomlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

## Recommended Reading

November 01, 2021 23:51 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Gaotu Techedu, Inc. f/k/a GSX Techedu Inc. - GOTU**

NEW YORK, Nov. 01, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Gaotu Techedu, Inc. f/k/a GSX Techedu Inc. ("Gaotu" or the "Company") (NYSE: GOTU). Such...

November 01, 2021 20:28 ET

Source:  Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of ViacomCBS Inc. - VIAC**

NEW YORK, Nov. 01, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of ViacomCBS Inc. ("ViacomCBS" or the "Company") (NASDAQ: VIAC).   Such investors are advised...

## Explore

NSAV ANNOUNCES LAUNCH OF

UpperEdge Wins the 2021 Best Small

Vantage Hemp Co. Appoints

Medfit Provide