# EXHIBIT 3

**Silverback Therapeutics, Inc. Loss Chart**
**Traceable to the IPO and/or Class Period of December 3, 2020 through September 10, 2021**

**Lookback Price** $ 9.41

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thenhaus, Trenton | 12/4/2020 | 74 | ($26.58) | ($1,966.92) | | | | | | | |
| | 1/4/2021 | 10 | ($39.90) | ($399.00) | | | | | | | |
| | 4/9/2021 | 10 | ($38.00) | ($380.00) | | | | | | | |
| | 4/30/2021 | 10 | ($33.76) | ($337.60) | | | | | | | |
| | 5/26/2021 | 3 | ($27.00) | ($81.00) | | | | | | | |
| | 5/14/2021 | 3 | ($24.90) | ($74.70) | | | | | | | |
| | | 110 | | ($3,239.22) | | | | | 110 | $1,035.55 | ($2,203.67) |
| | | | | | | | | | | | |
| Thenhaus, Taylor | 1/17/2021 | 0.98 | ($44.78) | ($43.92) | | | | | | | |
| | 2/17/2021 | 1.01 | ($52.52) | ($52.81) | | | | | | | |
| | 2/17/2021 | 1.01 | ($52.53) | ($52.82) | | | | | | | |
| | 2/22/2021 | 1.00 | ($52.87) | ($52.67) | | | | | | | |
| | 2/23/2021 | 9.98 | ($46.41) | ($463.00) | | | | | | | |
| | | 13.96 | | ($665.21) | | | | | 13.96 | $131.46 | ($533.75) |
| | | | | | | | | | | **TOTAL LOSS:** | ($2,737.42) |

*May reflect settlement date, placement date, and/or transactions that occurred outside of market hours.