# EXHIBIT 5

**PRAESIDIO CONSUMER LAW PLLC**

**I.    Colin George - Attorney**

Colin's practice focuses on commercial, consumer, and employment litigation. Colin volunteers with the Neighborhood Legal Clinic program and the King County Criminal Record Vacation Project.

**Practice History**

- Praesidio Consumer Law PLLC
    - Founder and Member, 2021- Present

- GRanite Spire Law GRoup, PLLC
    - Founder and Member, 2019-2021

- Hall & George PLLC, formerly known as Spencer Hall & Associates PLLC and Hall Zanzig Claflin McEachern PLLC
    - Member 2017-2019,
    - Associate Attorney, 2013-2017

- Federal Defenders of Eastern Washington and Idaho
    - Trial Attorney

- United States District Court for the Western District of Washington
    - Law Clerk to the Honorable John C. Coughenour

- Kirkland & Ellis LLP
    - Litigation Associate

**Education**

- New York University, J.D., 2008
    - Robert McKay Scholar

- McGill University, B.A., Joint Honors in Philosophy and Political Science
    - Canadian Millennium Scholar

**Externship**

U.S. Attorney's Office for the Southern District of New York – Civil Litigation Division

**Admissions to Practice**

Colin is licensed to practice in Washington and New York. He is admitted to practice in all Washington trial and appellate courts, the United States District Court for the Western District of Washington, the United States District Court for the Eastern District of Washington, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

## II.    Representative Matters

*Shotwell v. Zillow, et. al.* - Liaison Counsel for sole Class Counsel in this certified class action pending in the U.S. District Court for the Western District of Washington.  The complaint alleges violations of §§10b and 20(a) of the Securities Exchange Act arising out of the Company's issuance of materially false and misleading business information.

*NRG Energy Inc. v. Exelon Corp.* - Counsel for the target of a hostile takeover bid alleging that the public disclosures of the acquiring company were misleading.  Participated in a bench trial in the Southern District of New York.

*Chelan County v. Bank of America, N.A.* - Counsel for Chelan County in a lawsuit alleging that Bank of America's faulty security procedures were responsible for the County's wire fraud losses.

*Various* - Counsel for multiple plaintiffs around the country alleging that their timeshare purchases were the result of fraudulent and misleading representations.