The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,<br><br>Defendants. | Case No.: 2:21-cv-01499-TLF<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BENJAMIN DRESNER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br><br>NOTE ON MOTION CALENDAR: FRIDAY, JANUARY 21, 2022 |

DECL. OF JEREMY A. LIEBERMAN ISO MOTION TO
APPOINT LEAD PLAINTIFF & APPROVE COUNSEL
(Case No. 2:21-CV-01499-TLF)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Benjamin Dresner ("Dresner"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Dresner's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel and Badgley Mullins Turner, PLLC ("Badgley Mullins") as Liaison Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Chart reflecting the financial interest of Dresner in the above-captioned action (the "Action");

Exhibit B:      Press release published over *Globe Newswire* on November 5, 2021, announcing the pendency of the Action;

Exhibit C:      Shareholder Certification executed by Dresner;

Exhibit D:      Declaration executed by Dresner;

Exhibit E:      Firm resume of Pomerantz; and

Exhibit F:      Firm resume of Badgley Mullins Turner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 4, 2022, at New York, New York.

POMERANTZ LLP

s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

DECL. OF JEREMY A. LIEBERMAN ISO MOTION TO
APPOINT LEAD PLAINTIFF & APPROVE COUNSEL
(Case No. 2:21-CV-01499-TLF)

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1