# Exhibit A

**Silverback Therapeutics, Inc. (SBTX)**
**Class Period: December 3, 2020 and September 10, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | | | | | | | | | 90-Day |
|---|---|---|---|---|---|---|---|---|---|---|
| **IPO Price:** | **$21.0000** | | | | | | | | | **Mean Price** |
| **IPO Date:** | **12/3/2020** | | | | | | | | | **$9.38** |

| Plaintiff | Purchase Date | Shares | Price Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dresner, Benjamin | 8/31/2021 | 1,000 | $22.3500 | ($22,350) | | | | | | | |
| Dresner, Benjamin | 9/3/2021 | 100 | $22.3500 | ($2,235) | | | | | | | |
| Dresner, Benjamin | 9/3/2021 | 99 | $22.3700 | ($2,215) | | | | | | | |
| Dresner, Benjamin | 9/3/2021 | 201 | $22.3700 | ($4,496) | | | | | | | |
| **Dresner, Benjamin** | | **1,400** | | **($31,296)** | | | | | **1,400** | **$13,126** | **($18,170)** |

*Average Closing Prices from September 13 to December 10