UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN DRESNER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,

Defendants.

CASE NO. C21-1499 MJP

ORDER STAYING DISCOVERY AND JSR DEADLINES

The Court issues this Order sua sponte in light of Defendants' Motion to Dismiss. (Dkt. No. 34.) As the Parties are aware, the Private Securities Litigation Reform Act (PSLRA) imposes an automatic stay on all discovery once a motion to dismiss is filed and remains pending. 15 U.S.C. § 78u-4(b)(3)(B); see Medhekar v. U.S. Dist. Ct. for the N. Dist. of California, 99 F.3d

325, 326 (9th Cir. 1996) (granting petition on mandamus). Given Defendants' filing of a motion to dismiss, the Court hereby ORDERS that discovery and the JSR deadlines are STAYED until resolution of the pending motion to dismiss.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 27, 2022.

Marsha J. Pechman
United States Senior District Judge