THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

BENJAMIN DRESNER, Individually and
On Behalf of All Others Similarly Situated,

                                    Plaintiffs,

                v.

SILVERBACK THERAPEUTICS, INC.,
LAURA K. SHAWVER, JONATHAN
PIAZZA, RUSS HAWKINSON, PETER
THOMPSON, VICKIE L. CAPPS,
ROBERT HERSHBERG, SAQIB ISLAM,
ANDREW POWELL, JONATHAN ROOT,
THILO SCHROEDER, and SCOTT
PLATSHON,

                                    Defendants.

Case No. 2:21-cv-1499-MJP

**DECLARATION OF TAMAR A.
WEINRIB IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF
LAW IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
AMENDED CLASS ACTION
COMPLAINT**

WEINRIB DECLARATION IN SUPPORT
OF PLAINTIFFS' OPPOSITION                    -1
(Case No. 2:21-cv-1499-MJP)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.     I am a member of the New York Bar admitted *pro hac vice* to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter.  I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint.

2.     Attached as Exhibit A is a true and correct copy of "SBT6050-101: Phase 1/1B Interim Clinical Study Update," Investor Presentation at the European Society of Medical Oncology 2021, dated September 16, 2021; available publicly at https://ir.silverbacktx.com/static-files/80acc4d3-1e79-45c4-b9ca-27f7ef7884ff. (Highlights added).

3.     Attached as Exhibit B is a true and correct excerpt from Silverback Therapeutics, Inc.'s ("Silverback") Form 10-K for the fiscal year ending December 31, 2020, filed with the Securities and Exchange Commission ("SEC") on March 29, 2021. (Highlights added).

4.     Attached as Exhibit C is true and correct excerpt from Silverback's Form 424B Prospectus, filed with the SEC on December 3, 2020. (Highlights added).

5.     Attached as Exhibit D is a true and correct copy of a SVB Leerink analyst report, titled, "Quick Thoughts on ESMO Abstract with SBT6050, HER2 ISAC," dated September 13, 2021. (Highlights added).

6.     Attached as Exhibit E is a true and correct copy of a H.C. Wainwright & Co. analyst report, titled, "SBT6050 Monotherapy and Combination Data Reported at ESMO," dated September 16, 2021. (Highlights added).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022

                                                            */s/ Tamar A. Weinrib*
                                                            Tamar A. Weinrib

WEINRIB DECLARATION IN SUPPORT
OF PLAINTIFFS' OPPOSITION                    -1
(Case No. 2:21-cv-1499-MJP)