# EXHIBIT D

# SILVERBACK THERAPEUTICS, INC.

(NSQ: SBTX)



**OUTPERFORM**

Biopharma / Immuno-Oncology

## Quick Thoughts on ESMO Abstract with SBT6050, HER2 ISAC

September 13, 2021

- **Bottom Line: In reviewing SBT6050's European Society for Medical Oncology (ESMO) poster abstract, we foremost remind investors that Silverback (SBTX) management indicated the poster will have more recent data than the abstract (cut as of April 4th).** In the poster, set to be released Thursday (9/16), we could see data from more single-agent and combination (with pembrolizumab) patients, as well as longer follow-up for all patients; in a recent conversation, management told us that SBT6050 (anti-HER2 [pertuzumab]-TLR8 immune-stimulating conjugate [ISAC]), like other immunotherapies, may drive responses that deepen over time from stable disease (SD) to partial and even complete responses (CRs). This said, we anticipate that SBTX shares may trade down and be volatile heading into the poster presentation, based on investor expectations for eye-catching efficacy with novel HER2-targeting therapies and the report of dose limiting toxicities (DLTs) that could raise concerns for SBT6050's therapeutic window.

- **Regular abstracts were released last night for this year's ESMO meeting to be held September 16-21, which included preliminary Phase 1 dose escalation data for Silverback's lead ISAC candidate, SBT6050, in patients with advanced HER2-expressing solid tumors (LINK).** Overall, the reported efficacy falls between our previously previewed bear- and base-case scenarios (see LINK), with one partial response (PR) and three cases of stable disease (SD) reported in 14 patients treated with SBT6050 monotherapy across the first four dose levels (0.3, 0.6, ND, and 1.2 mg/kg Q2W subcutanous [SC]). The abstract also reported uncharacterized DLTs at the highest 1.2 mg/kg dose, though pharmacokinetic (PK) / pharmacodynamic (PD) data appear to suggest target saturation and plateauing of relevant on-target biomarkers at the second, 0.6 mg/kg, dose level.

- **On the positive side, we advise patience, based on Silverback management guidance, that updated data on the poster have a more mature look at the signal.** The abstract did report a clear signal of immune activation and disease control with clinical benefit in four (of 14) patients and induction of positive peripheral myeloid and NK / T cell biomarkers. Patient context is also important (e.g., tumor type, HER2/PD-L1 expression, prior HER2/IO therapies) and so we await such details to better understand the strength of the clinical activity.

Source: Company Information and SVB Leerink LLC Research.
EPS are GAAP. 3Q20 EPS reflect 1Q-3Q20, cumulative.

Reason for report:
**FLASH NOTE**

### Key Stats

| | |
|---|---|
| S&P 600 Health Care Index: | 4,491.35 |
| Price: | $19.44 |
| 52 Week High: | $63.41 |
| 52 Week Low: | $19.35 |
| Shares Outstanding (mil): | 35.0 |
| Market Capitalization (mil): | $680.4 |

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

**Jeffrey La Rosa**
(212) 277-6103
jeffrey.larosa@svbleerink.com

**Dilip Joseph**
(212) 277-6112
dilip.joseph@svbleerink.com

Please refer to page 3 for Important Disclosures, Price Charts and Analyst Certification.

**SILVERBACK THERAPEUTICS, INC.**

September 13, 2021



Finally, this is a dose-escalation cohort in 10 unique tumor types, and clinical benefit may prove greater for particular patients, e.g., more immunogenic gastric, or those with non-small cell lung cancer [NSCLC]).

- **On the negative side, we do not like the DLT report at 1.2 mg/kg, especially as the specific adverse event(s) (AE) were not disclosed.** Given earlier reports of red-blood cell decreases with SBT6050, we were worried about anemia, but this was not noted as a lower grade AE. On one hand, DLT at 1.2 mg/kg may not be a problem, if SBT6050 AEs remain consistent with on-target immune activation, and plateau in peripheral immune activation at 0.6 mg/kg correlates with maximal immune stimulation in the tumor microenvironment (TME). We may need to wait until 2022 for confirmation of maximal TME stimulation, as we expect limited (if any) biopsy data in the ESMO poster. On the other hand, pertuzumab single-agent trials used flat loading dose of 840-1,050 mg (~14-17 mg/kg) Q3W, and competitor Bolt Bio (BOLT, OP) has dosed their HER2-ISAC (BDC-1001) up to 5 mg/kg, Q3W without observation of DLTs (ASCO 2021). Bolt dialed up HER2-conditionality by using a lower potency TLR7/8 agonist (vs that used in SBT6050) and, thus far, BDC-1001 looks to be safe in the dose range that maximizes activity of the underlying HER2-antibody (trastuzumab). At 1.2 mg/kg, SBT6050 is likely not maximizing pertuzumab contribution to efficacy, including HER2 inhibition, FcγR signaling, and antibody-directed cellular phagocytosis [ADCP]—all of which could synergize with TLR8 agonism. Of course, SBT6050 combination with trastuzumab-based therapies could provide these mechanisms at their ideal dose, but we will have to wait for future trials to confirm this strategy.

**SILVERBACK THERAPEUTICS, INC.**

September 13, 2021



# Disclosures Appendix

Completion: September 13, 2021 6:09 A.M. EDT.
Distribution: September 13, 2021 6:09 A.M. EDT.

# Analyst Certification

I, Daina M. Graybosch, Ph.D., certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

# Valuation

Our $49 price target for SBTX is based on a blend of DCF and multiples of estimated sales for Silverback's leading oncology programs (SBT6050 and SBT6290) from our IONIAN simulation of the Immuno-oncology (IO) industry pipeline, as well as deal value for Silverback's discovery programs in virology and fibrosis, accounting for net cash, and using a 6.5% discount rate.

# Risks to Valuation

Our valuation, proof-of-principle for Silverback's ImmunoTAC platform, and 2021 catalyst path are all dependent on SBT6050 (HER2 targeted TL8 agonist). While we are excited about this program, significant scientific risk remains. HER2 expressing cancers present a high bar for an immune-dependent therapy; checkpoint inhibitors have historically provided little to no benefit in HER2-positive cancers. We also worry that a very early signal of clinical benefit in the first two patients in the trial, as well as comparison to ADCs, is setting unrealistic expectations for clinical benefit as a single agent in dose escalation. Finally, competitor ISAC programs targeting TLR innate agonists to HER2 could produce clinical data that look superior when compared to SBT6050.

3

**SILVERBACK THERAPEUTICS, INC.**

September 13, 2021





OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

# Valuation

Our $35 price target for BOLT is based on a blend of DCF and multiples of estimated sales for Bolt's leading oncology programs (BDC-1001, BDC-2034, and PD-L1 Boltbody) from our IONIAN simulation of the Immuno-Oncology (IO) industry pipeline and using a 6.5% discount rate.

# Risks to Valuation

Our valuation, proof-of-principle for Bolt's Boltbody™ platform, and 2021 catalyst path are all largely dependent on lead candidate BDC-1001 (HER2 targeted TLR7/8 agonist). While we are excited about this program, significant scientific risk remains. HER2 expressing cancers present a high bar for an immune-dependent therapy; checkpoint inhibitors have historically provided little to no benefit in HER2-positive cancers. We also worry that comparison to antibody drug conjugates (ADCs), as well as very early signal of benefit in Bolt's and competitor, Silverback's (SBTX, OP), clinical trials is setting unrealistic expectations for single agent activity in dose escalation. 2H21 data for BDC-1001 may also be difficult to interpret, given they are dosing at levels where underlying trastuzumab antibody may be contributing to efficacy. Long term, Bolt is indexed to cancer and, while we like the benefits that can come with focus, they lack diversification that comes with non-oncology indications where TLR7/8 has validated clinical benefit (e.g., infectious disease).

**SILVERBACK THERAPEUTICS, INC.**

September 13, 2021



| Distribution of Ratings/Investment Banking Services (IB) as of 06/30/21 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **196** | **76.3** | **101** | **51.5** |
| **HOLD [MP]** | **57** | **22.2** | **9** | **15.8** |
| **SELL [UP]** | **4** | **1.6** | **0** | **0.00** |

## Explanation of Ratings

<u>Outperform (Buy):</u> **We expect this stock to outperform its benchmark over the next 12 months.**

<u>Market Perform (Hold/Neutral):</u> **We expect this stock to perform in line with its benchmark over the next 12 months.**

<u>Underperform (Sell):</u> **We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

**SILVERBACK THERAPEUTICS, INC.**

September 13, 2021



# Important Disclosures

**This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, 53 State Street, 40th Floor, Boston, MA 02109. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC ("MEDACorp") is a global network of independent healthcare professionals (Key Opinion Leaders and consultants). MEDACorp is a wholly-owned subsidiary of SVB Leerink Holdings LLC and an affiliate of SVB Leerink LLC. MEDACorp provides industry and market insights to SVB Leerink and its clients.**

**In the past 12 months, SVB Leerink LLC has received compensation for providing investment banking services to Silverback Therapeutics, Inc. and Bolt Biotherapeutics, Inc.**

**SVB Leerink LLC makes a market in Silverback Therapeutics, Inc. and Bolt Biotherapeutics, Inc.**

**In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to Silverback Therapeutics, Inc.**

**SVB Leerink LLC has acted as a manager for a public offering of Bolt Biotherapeutics, Inc. in the past 12 months.**

**SVB Leerink LLC has acted as a manager for a public offering of Silverback Therapeutics, Inc. in the past 12 months.**

**This document may not be reproduced or circulated without our written authority.**

**© 2021 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.**

# EQUITY RESEARCH TEAM

**SVBLEERINK**

## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Associate Director of Equity Research
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Na Sun
(212) 277-6218
na.sun@svbleerink.com

Anna Baran, CFA
(212) 277-6204
anna.baran@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

Christopher Liu, Pharm.D.
(212) 277-6192
christopher.liu@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

Faisal A. Khurshid
(617) 918-4025
faisal.khurshid@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
Greco.song@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Mike Kratky, CFA
(212) 277-6111
mike.kratky@svbleerink.com

Nat Charoensook, Ph.D., CFA
(212) 277-6264
nat.charoensook@svbleerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Will Soghikian
(617) 918-4552
will.soghikian@svbleerink.com

## INFECTIOUS DISEASE, ENDOCRINE & CARDIOVASCULAR DISORDERS

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Chad Wiatrowski
(212) 277-6061
chad.wiatrowski@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

Priya Sachdeva
(212) 277-6095
priya.sachdeva@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

Joy Zhang, CFA
(212) 277-6021
joy.zhang@svbleerink.com

Joseph Civello
(212) 277-6093
joseph.civello@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2021 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**