# EXHIBIT E



# H.C.WAINWRIGHT&CO.

**Company Update**

Healthcare

**September 16, 2021**

**Silverback Therapeutics, Inc. (SBTX)**
**Rating: Buy**

Edward White
212-916-3976
ewhite@hcwresearch.com

## SBT6050 Monotherapy and Combination Data Reported at ESMO

| Stock Data | 09/15/2021 |
|---|---|
| Price | $16.25 |
| Exchange | NASDAQ |
| Price Target | $52.00 |
| 52-Week High | $63.41 |
| 52-Week Low | $14.10 |
| Enterprise Value (M) | $210 |
| Market Cap (M) | $569 |
| Shares Outstanding (M) | 35.0 |
| 3 Month Avg Volume | 223,364 |
| Short Interest (M) | 3.27 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $359.7 |
| Total Debt (M) | $0.0 |
| Total Cash/Share | $10.27 |

| EPS ($) Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2020A | 2021E | 2022E |
| 1Q | NA | (0.54)A | -- |
| 2Q | NA | (0.70)A | -- |
| 3Q | NA | (0.85) | -- |
| 4Q | (1.37) | (1.02) | -- |
| FY | (11.33) | (3.12) | (4.74) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2020A | 2021E | 2022E |
| 1Q | 0.0 | 0.0A | -- |
| 2Q | 0.0 | 0.0A | -- |
| 3Q | 0.0 | 0.0 | -- |
| 4Q | 0.0 | 0.0 | -- |
| FY | 0.0 | 0.0 | 0.0 |



**SBT6050 data update at ESMO.** This morning, Silverback reported interim monotherapy and initial Keytruda (pembrolizumab) combination data from the dose escalation arm of the SBT6050-101 trial. SBT6050 is Silverback's lead product candidate comprised of a TLR8 linker-payload conjugated to a HER2-directed mAb. It is designed to activate myeloid cells in tumors expressing moderate to high levels of HER2 (immunochemistry [IHC] 2+ or 3+). SBT6050 is being evaluated in a Phase 1/1b dose escalation and expansion study with five parts. SBT6050 is being evaluated as a monotherapy (Part 1) and in combination with Keytruda for the treatment of patients with advanced or metastatic HER2-expressing solid tumors (Part 3). We note that the stock sold off last week upon the release of the abstract data with a data cut-off date of April 4, 2021; 18 patients across 10 tumors types were treated at 4 dose levels (Part 1, n=14; Part 3, n=4). Dose levels ranging from 0.15mg/kg to 1.2mg/kg were pharmacologically active as demonstrated by the induction of blood-based biomarkers associated with myeloid cell and NK or T cell activation. Response evaluable patients (N=14) included one with partial response (PR), three with stable disease (SD), and 10 with progressive disease. Data reported this morning has a cut-off date of August 1, 2021, with 40 patients enrolled. Among 18 evaluable patients for tumor types of interest, one patient with HER2 IHC 2+ NSCLC had a confirmed PR (-55% per RECIST), maintained at the most recent scan obtained at 36 weeks post-enrollment, and eight weeks after discontinuing study treatment. Seven patients had SD. Exposures up to 0.6mg/kg increase greater than dose-proportionally, and linear thereafter, showing evidence of target saturation at 0.6mg/kg. Increases in IFNy, along with additional on-target biomarkers, plateaued at 0.6mg/kg. Pharmacodynamic activity was shown to be maintained with repeat dosing of SBT6050. SBT6050 given alone or in combination with Keytruda had a manageable safety profile. The most frequent related treatment emergent adverse events were chills and fever, fatigue, hypotension, injection site reactions, nausea, and vomiting; these adverse events (AEs) were mostly Grade 1 or 2, and no Grade 4 or higher related AEs were reported. Dose-limiting toxicities were observed at higher dose levels and included Grade 3 hypotension, injection site reaction, fever, and hypoxia; these DLTs resolved with supportive care. No Grade 3 cytokine release syndrome was observed at any dose level. We find the safety data encouraging. We note that the monotherapy arm efficacy might be disappointing to some investors; however, we remind investors that the commercial target for SBT6050 is use in combination with other therapies. We view the safety data and the biomarker data seen in the monotherapy arm to be positive and persuasive for development in combination to proceed.

**Combination data limited, but compelling so far.** For anti-tumor activity in tumor types of interest, a graph in this morning's presentation showed that in the 0.3mg/kg SBT6050 plus Keytruda combination, one patient with breast cancer had a 12% increase in tumor mass, one breast cancer patient had a 20% decrease in tumor, and one gastric cancer patient had a 0% change in tumor. Patients continue to enroll at the 0.6mg/kg SBT6050 dose level in the combination Part 3 of the study. Based on the monotherapy data, we believe the 0.6mg/kg dose could show improvement in efficacy. Silverback plans to provide another update for this study in 1H22. We estimate a 2026 launch and sales of $130 million for SBT6050 that year.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 7 - 8 of this report.

Silverback Therapeutics, Inc.                                                                              September 16, 2021

**What's next for SBT6050?** We believe that the truly important data for SBT6050 is in combination with a checkpoint inhibitor or other therapeutics. The data presented this morning support 0.6mg/kg as the recommended Phase 2 dose (RP2D) of SBT6050, but the company has not formally declared the RP2D. The dose escalation Part 3 of the study with the Keytruda combination continues with this dose. Expansion cohorts in HER2 solid tumors with monotherapy (Part 2 of the study) and in combination with Keytruda (Part 4 of the study) are expected to open by early next year with the SBT6050 SC injection Q2W and Keytruda 400 mg IV Q6W. Once the RP2D is declared, we also expect the initiation of the Libtayo (cemiplimab) combination cohort (Part 5 of the study), which management has projected for 4Q21. Data from these studies could be seen in 1H22. Silverback plans to initiate the combination of SBT6050 plus Enhertu (fam-trastuzumab deruxtecan-nxki) in 1Q22. A combination regimen including Herceptin (trastuzumab) plus Tukysa (tucatinib) is also expected to launch in 1Q22. We note that the combination studies are planned to be designed with a single arm, and the company intends to wait for data before starting randomized trials that could lead to accelerated approval in certain indications. We could see initial data from these studies in 1H23.

**Reaffirm Buy.** We base our $52 price target on our discounted revenue forecasts for SBT6050 in HER2-expressing tumors, SBT6290 in Nectin4-expressing solid tumors, and SBT8230 in cHBV. We use the net present value of our revenue forecasts through 2030, apply a POS of 30% for SBT6050, a POS of 20% for SBT6290, a 10% POS for SBT8230, a discount rate of 20%, a 2021YE net cash/share estimate of $7.33, and a 4x price/sales multiple. Our P/S multiple of 4x is in line with Silverback's peers at approximately 2-5x. We estimate SBT6050 sales of $1.8 billion in 2030E, SBT6290 sales of $686 million in 2030E, and SBT8230 sales of $469 million in 2030E.

**Risks:** (1) commercial; (2) regulatory; (3) development; (4) manufacturing; (5) financial/dilution; (6) liability; and (7) intellectual property.

---

Silverback Therapeutics, Inc.                                                                                                                                    September 16, 2021

## Income Statement: Silverback Therapeutics, Inc. (SBTX)

| | FY 2020 | | FY 2021E | | | | | FY 2019 | FY 2020 | FY 2021E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9 Months Ending | 4Q20 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | | | | | | |
| | September 30 | Dec | Mar | Jun | Sept | Dec | | Dec | Dec | Dec | Dec | Dec |
| **Revenues** | | | | | | | | | | | | |
| Other revenue | - | - | - | - | - | - | | - | - | - | - | - |
| **Total revenue** | - | - | - | - | - | - | | - | - | - | - | - |
| **Operating expenses:** | | | | | | | | | | | | |
| General and administrative | 4,077 | 4,264 | 6,646 | 6,762 | 6,863 | 7,001 | | 2,562 | 8,341 | 27,272 | 33,603 | 36,964 |
| Research and development | 15,740 | 8,837 | 12,239 | 17,749 | 23,074 | 28,842 | | 21,505 | 24,577 | 81,904 | 132,674 | 152,575 |
| **Total operating expenses** | 19,817 | 13,101 | 18,885 | 24,511 | 29,937 | 35,843 | | 24,067 | 32,918 | 109,176 | 166,277 | 189,539 |
| **Gain (Loss) from operations** | (19,817) | (13,101) | (18,885) | (24,511) | (29,937) | (35,843) | | (24,067) | (32,918) | (109,176) | (166,277) | (189,539) |
| **Other income (expense)** | | | | | | | | | | | | |
| Interest income, net | (45) | 16 | 18 | 15 | 14 | 13 | | 100 | (29) | 61 | 48 | 26 |
| **Total other expense** | (45) | 16 | 18 | 15 | 14 | 13 | | 100 | (29) | 61 | 48 | 26 |
| **Net loss** | (19,862) | (13,085) | (18,867) | (24,496) | (29,923) | (35,829) | | (23,967) | (32,947) | (109,115) | (166,229) | (189,513) |
| **Net loss per share attributable to common stockholders, basic and diluted** | (29.53) | (1.37) | (0.54) | (0.70) | (0.85) | (1.02) | | (36.27) | (11.33) | (3.12) | (4.74) | (5.41) |
| **Weighted-average common shares outstanding, basic and diluted** | 673 | 9,564 | 34,774 | 34,876 | 35,036 | 35,036 | | 661 | 2,908 | 34,931 | 35,036 | 35,036 |

*Source: Company reports and H.C. Wainwright estimates.*

Silverback Therapeutics, Inc.

September 16, 2021

## Balance Sheet: Silverback Therapeutics, Inc. (SBTX)

| | FY 2020 | | FY 2021E | | | | | FY 2019 | FY 2020 | FY 2021E | FY 2022E | FY 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | | FY 2019 | FY 2020 | FY 2021E | FY 2022E | FY 2023E |
| | Sept | Dec | Mar | Jun | Sept | Dec | | Dec | Dec | Dec | Dec | Dec |
| *Assets* | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Cash and cash equivalents | 142,317 | 386,569 | 374,205 | 359,689 | 334,682 | 304,102 | | 9,976 | 386,569 | 304,102 | 162,702 | 2,747 |
| Prepaid expenses and other current assets | 865 | 4,087 | 4,141 | 3,338 | 3,977 | 4,761 | | 552 | 4,087 | 4,761 | 7,252 | 8,266 |
| **Total current assets** | **143,182** | **390,656** | **378,346** | **363,027** | **338,658** | **308,863** | | **10,528** | **390,656** | **308,863** | **169,954** | **11,013** |
| | | | | | | | | | | | | |
| Property and equipment, net | 1,703 | 1,618 | 1,603 | 1,984 | 2,684 | 3,384 | | 1,316 | 1,618 | 3,384 | 5,626 | 7,980 |
| Right-of-use assets | 2,456 | 2,180 | 1,900 | 1,615 | 1,615 | 1,615 | | 3,253 | 2,180 | 1,615 | 1,615 | 1,615 |
| Restricted cash | 550 | 350 | 350 | 350 | 350 | 350 | | 550 | 350 | 350 | 350 | 350 |
| Deferred offering costs | 1,020 | - | - | - | - | - | | - | - | - | - | - |
| **Total assets** | **148,911** | **394,804** | **382,199** | **366,976** | **343,307** | **314,212** | | **15,647** | **394,804** | **314,212** | **177,544** | **20,958** |
| | | | | | | | | | | | | |
| *Liabilities and stockholders' equity* | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | |
| Accounts payable | 2,157 | 2,583 | 4,374 | 1,805 | 2,205 | 2,639 | | 3,518 | 2,583 | 2,639 | 4,020 | 4,582 |
| Accrued expenses (liabilities) | 3,905 | 5,278 | 5,799 | 12,785 | 12,785 | 12,785 | | 2,112 | 5,278 | 12,785 | 12,785 | 12,785 |
| Term loan payable | 1,074 | 844 | 495 | - | - | - | | 1,522 | 844 | - | - | - |
| Convertible notes | - | - | - | - | - | - | | 9,991 | - | - | - | - |
| Current portion of operating lease liabilities | 869 | 896 | 927 | 958 | 958 | 958 | | 783 | 896 | 958 | 958 | 958 |
| **Total current liabilities** | **8,005** | **9,601** | **11,595** | **15,548** | **15,948** | **16,382** | | **17,926** | **9,601** | **16,382** | **17,763** | **18,325** |
| | | | | | | | | | | | | |
| Long-term lease liabilities | 2,588 | 2,326 | 2,055 | 1,778 | 1,778 | 1,778 | | 3,324 | 2,326 | 1,778 | 1,778 | 1,778 |
| **Total liabilities** | **10,593** | **11,927** | **13,650** | **17,326** | **17,726** | **18,160** | | **21,250** | **11,927** | **18,160** | **19,541** | **20,103** |
| | | | | | | | | | | | | |
| **Total stockholders' equity (deficit)** | **138,318** | **382,877** | **368,549** | **349,650** | **325,582** | **296,052** | | **(5,603)** | **382,877** | **296,052** | **158,004** | **854** |
| **Total liabilities and stockholders' equity** | **148,911** | **394,804** | **382,199** | **366,976** | **343,307** | **314,212** | | **15,647** | **394,804** | **314,212** | **177,544** | **20,958** |

*Source: Company reports and H.C. Wainwright estimates.*

Silverback Therapeutics, Inc.    September 16, 2021

## Cash Flow Statement: Silverback Therapeutics, Inc. (SBTX)

| | FY 2019 Dec | FY 2020 Dec | FY 2021E Dec | FY 2022E Dec | FY 2023E Dec |
|---|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | | |
| **Net income (loss)** | (23,967) | (32,947) | (109,115) | (166,229) | (189,513) |
| *Adjustments to reconcile net loss to net cash used in operating activities:* | | | | | |
| Depreciation and amortization | 544 | 637 | 807 | 888 | 976 |
| Non-cash lease expense | 1,002 | 1,073 | 565 | - | - |
| Stock-based compensation | 148 | 2,640 | 20,405 | 27,293 | 31,387 |
| Amortizaiton of debt issuance costs | 75 | 31 | 2 | - | - |
| *Changes in operating assets and liabilities:* | | | | | |
| Prepaid expenses and other | 66 | (3,535) | (674) | (2,490) | (1,014) |
| Accounts payable and accrued and other liabilities | 4,014 | 1,790 | 7,623 | 1,381 | 562 |
| Lease liabilities | (780) | (885) | (486) | - | - |
| **Net cash used in operating activities** | **(18,898)** | **(31,196)** | **(80,873)** | **(139,158)** | **(157,601)** |
| **Cash flows from investing activities:** | | | | | |
| Purchases of property and equipment | (96) | (917) | (2,135) | (2,242) | (2,354) |
| **Net cash provided by (used in) investing activities** | **(96)** | **(917)** | **(2,135)** | **(2,242)** | **(2,354)** |
| **Cash flows from financing activities:** | | | | | |
| Proceeds from issuance of redeemable convertible preferred stock, net of $33 of issuance costs | - | 153,351 | - | - | - |
| Proceeds from issuance of convertible notes | 10,000 | - | - | - | - |
| Payment of convertible notes issuance costs | (9) | - | - | - | - |
| Proceeds from public common stock offering | - | 258,284 | - | - | - |
| Payment of deferred offering costs | - | (2,606) | - | - | - |
| Principal payments on term loan payable | (1,400) | (700) | (846) | - | - |
| Proceeds from exercise of common stock options | 19 | 177 | 1,037 | - | - |
| **Net cash provided by financing activities** | **8,610** | **408,506** | **191** | **-** | **-** |
| **Net increase (decrease) in cash and cash equivalents** | (10,384) | 376,393 | (82,817) | (141,400) | (159,955) |
| **Cash and cash equivalents** | | | | | |
| Cash and cash equivalents at beginning of period | 20,910 | 10,526 | 386,919 | 304,102 | 162,702 |
| **Cash and cash equivalents at end of period** | **10,526** | **386,919** | **304,102** | **162,702** | **2,747** |

*Source: Company reports and H.C. Wainwright estimates.*

## Valuation: Silverback Therapeutics, Inc. (SBTX)

| | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | Total | POS | NPV $ | NPV/Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Estimates ($000)** | | | | | | | | | | | | | | |
| SBT6050 | $0 | $0 | $0 | $0 | $0 | $130,477 | $373,718 | $751,173 | $1,244,970 | $1,788,056 | $4,288,394 | | | |
| SBT6290 | $0 | $0 | $0 | $0 | $0 | $0 | $87,419 | $194,382 | $479,005 | $685,865 | $1,446,671 | | | |
| SBT8230 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $96,750 | $469,238 | $565,988 | | | |
| **Total** | **$0** | **$0** | **$0** | **$0** | **$0** | **$130,477** | **$461,137** | **$945,555** | **$1,820,725** | **$2,943,158** | **$6,301,052** | | | |
| | | | | | | | | | | | | | | |
| **Net Present Value ($000)** | | | | | | | | | | | | | | |
| SBT6050 | $0 | $0 | $0 | $0 | $0 | $62,923 | $150,189 | $251,566 | $347,448 | $415,845 | $1,227,971 | 30% | $368,391 | **$8.87** |
| SBT6290 | $0 | $0 | $0 | $0 | $0 | $0 | $35,132 | $65,098 | $133,681 | $159,510 | $393,422 | 20% | $78,684 | **$1.89** |
| SBT8230 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $27,001 | $109,130 | $136,131 | 10% | $13,613 | **$0.33** |
| **Total** | **$0** | **$0** | **$0** | **$0** | **$0** | **$62,923** | **$185,321** | **$316,665** | **$508,131** | **$684,485** | **$1,757,524** | | **NPV** | **$11.09** |
| | | | | | | | | | | | | | **P/S Multiple** | **4.0** |
| | | | | | | | | | | | | | **Net Cash** | **$7.33** |
| | | | | | | | | | | | | | **Price Target** | **$52.00** |

*Source: Company reports and H.C. Wainwright estimates.*

Silverback Therapeutics, Inc.                                                                              September 16, 2021

## Important Disclaimers

This material is confidential and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). It may also be privileged or otherwise protected by work product immunity or other legal rules. If you have received it by mistake, please let us know by e-mail reply to unsubscribe@hcwresearch.com and delete it from your system; you may not copy this message or disclose its contents to anyone. The integrity and security of this message cannot be guaranteed on the Internet.

**H.C. WAINWRIGHT & CO, LLC RATING SYSTEM:** H.C. Wainwright employs a three tier rating system for evaluating both the potential return and risk associated with owning common equity shares of rated firms. The expected return of any given equity is measured on a RELATIVE basis of other companies in the same sector. The price objective is calculated to estimate the potential movements in price that a given equity could reach provided certain targets are met over a defined time horizon. Price objectives are subject to external factors including industry events and market volatility.

### RETURN ASSESSMENT
**Market Outperform (Buy):** The common stock of the company is expected to outperform a passive index comprised of all the common stock of companies within the same sector.

**Market Perform (Neutral):** The common stock of the company is expected to mimic the performance of a passive index comprised of all the common stock of companies within the same sector.

**Market Underperform (Sell):** The common stock of the company is expected to underperform a passive index comprised of all the common stock of companies within the same sector.



Rating and Price Target History for: Silverback Therapeutics, Inc. (SBTX-US) as of 09-15-2021

Investment Banking Services include, but are not limited to, acting as a manager/co-manager in the underwriting or placement of securities, acting as financial advisor, and/or providing corporate finance or capital markets-related services to a company or one of its affiliates or subsidiaries within the past 12 months.

| Distribution of Ratings Table as of September 15, 2021 | | | | |
|---|---|---|---|---|
| | | | IB Service/Past 12 Months | |
| Ratings | Count | Percent | Count | Percent |
| Buy | 525 | 90.21% | 188 | 35.81% |
| Neutral | 52 | 8.93% | 15 | 28.85% |
| Sell | 1 | 0.17% | 0 | 0.00% |
| Under Review | 4 | 0.69% | 1 | 25.00% |

H.C. Wainwright & Co, LLC (the "Firm") is a member of FINRA and SIPC and a registered U.S. Broker-Dealer.

I, Edward White , certify that 1) all of the views expressed in this report accurately reflect my personal views about any and all subject securities or issuers discussed; and 2) no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report; and 3) neither myself nor any members of my household is an officer, director or advisory board member of these companies.

None of the research analysts or the research analyst's household has a financial interest in the securities of Silverback Therapeutics, Inc. (including, without limitation, any option, right, warrant, future, long or short position).

As of August 31, 2021 neither the Firm nor its affiliates beneficially own 1% or more of any class of common equity securities of Silverback Therapeutics, Inc..

Neither the research analyst nor the Firm knows or has reason to know of any other material conflict of interest at the time of publication of this research report.

The research analyst principally responsible for preparation of the report does not receive compensation that is based upon any specific investment banking services or transaction but is compensated based on factors including total revenue and profitability of the Firm, a substantial portion of which is derived from investment banking services.

The firm or its affiliates received compensation from Silverback Therapeutics, Inc. for non-investment banking services in the previous 12 months.

The Firm or its affiliates did receive compensation from Silverback Therapeutics, Inc. for investment banking services within twelve months before, and will seek compensation from the companies mentioned in this report for investment banking services within three months following publication of the research report.

H.C. Wainwright & Co., LLC managed or co-managed a public offering of securities for Silverback Therapeutics, Inc. during the past 12 months.

The Firm does not make a market in Silverback Therapeutics, Inc. as of the date of this research report.

The securities of the company discussed in this report may be unsuitable for investors depending on their specific investment objectives and financial position. Past performance is no guarantee of future results. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. This research report is not intended to provide tax advice or to be used to provide tax advice to any person. Electronic versions of H.C. Wainwright & Co., LLC research reports are made available to all clients simultaneously. No part of this report may be reproduced in any form without the expressed permission of H.C. Wainwright & Co., LLC. Additional information available upon request.

H.C. Wainwright & Co., LLC does not provide individually tailored investment advice in research reports. This research report is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of any specific person. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this research report.

H.C. Wainwright & Co., LLC's and its affiliates' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies that reflect opinions that are contrary to the opinions expressed in this research report.

H.C. Wainwright & Co., LLC and its affiliates, officers, directors, and employees, excluding its analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research report.

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data on the company, industry or security discussed in the report. All opinions and estimates included in this report constitute the analyst's judgment as of the date of this report and are subject to change without notice.

Securities and other financial instruments discussed in this research report: may lose value; are not insured by the Federal Deposit Insurance Corporation; and are subject to investment risks, including possible loss of the principal amount invested.