The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,

Defendants.

Case No. 2:21-cv-01499-MJP

**DECLARATION OF CHRISTOPHER B. DURBIN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

**DURBIN DECLARATION I/S/O DEFS.'**
**REPLY I/S/O MOTION TO DISMISS**
**CASE NO. 2:21-CV-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I, Christopher B. Durbin, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of Washington and am admitted to practice before this Court.  I am counsel with the law firm of Cooley LLP, attorneys of record for Defendants Silverback Therapeutics, Inc., Laura L. Shawver, Jonathan Piazza, Russ Hawkinson, Peter Thompson, Vickie K. Capps, Robert Hershberg, Saqib Islam, Andrew Powell, Jonathan Root, Thilo Schroeder, and Scott Platshon (collectively, "Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      Attached as **Exhibit R** is a true and correct excerpted and highlighted copy of an analyst report by SVBLeerink entitled, *Silverback Therapeutics, Inc. Bringing Some TLC to TLR with ImmunoTACs; Initiating Coverage with an OP Rating*, dated Dec. 29, 2020.

3.      Attached as **Exhibit S** is a true and correct excerpted and highlighted copy of an analyst report by Stifel entitled, *Waging Guerrilla Warfare on Cancer & Disease with ImmunoTAC Technology – Initiating Coverage with a Buy Rating & $58 TP*, dated Dec. 29, 2020.

4.      Attached as **Exhibit T** is a true and correct excerpted and highlighted copy of an analyst report by SVBLeerink entitled, *3Q21: Uncertain Path Forward for SBT6050; PT to $25*, dated Nov. 12, 2021.

5.      Attached as **Exhibit U** is a true and correct excerpted and highlighted copy of the information page on Clinical Research as Step 3 of the Drug Development Process.  It is publicly available on the website of the U.S. Food and Drug Administration at https://www.fda.gov/patients/drug-development-process/step-3-clinical-research#phases.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of August, 2022, at Seattle, Washington.

 /s/Christopher B. Durbin
Christopher B. Durbin

**DURBIN DECLARATION I/S/O DEFS.'
REPLY I/S/O MOTION TO DISMISS
CASE NO. 2:21-CV-01499-MJP**

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700