# EXHIBIT R

December 29, 2020
**OUTPERFORM**

Reason for report:
**INITIATION**

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

**Jeffrey La Rosa**
(212) 277-6103
jeffrey.larosa@svbleerink.com

**Dilip Joseph**
(212) 277-6112
dilip.joseph@svbleerink.com



# SILVERBACK THERAPEUTICS, INC.

**Bringing Some TLC to TLR with ImmunoTACs; Initiating Coverage with an OP Rating**

• **Investment Thesis:** Following in the footsteps of antibody-drug conjugates (ADCs), we believe immune stimulator antibody conjugates (ISACs) will maximize the value of potent innate cell agonists in oncology. Silverback Therapeutics is a leader in the ISAC field with a pipeline of "ImmunoTAC" conjugated TLR8 agonists for oncology and virology indications. Though intralesional TLR9 agonists have more clinical validation in oncology, we are encouraged by the rational and ample evidence supporting TLR8 as a target. In 2021, clinical data from the dose escalation trial of SBT6050 (HER2 targeted) could provide proof-of-principle for Silverback's ImmunoTAC platform. If HER2 tumors prove a challenge, Silverback will quickly have data from SBT6290 in a more immunogenic (i.e., lower bar) tumor—bladder cancer. Beyond oncology, Silverback's discovery ImmunoTAC programs in virology and fibrosis add risk-mitigating diversification and provide near-term partnership/out-licensing opportunities.

• **Valuation:** Our $40 price target is based on a blend of DCF and multiples of estimated sales for Silverback's leading oncology programs (SBT6050 and SBT6290) from our IONIAN simulation of the Immuno-oncology (IO) industry pipeline, as well as deal value for Silverback's discovery programs in virology and fibrosis, accounting for net cash, and using an 8% discount rate.

• **Risks to Valuation:** Our valuation, proof-of-principle for Silverback's ImmunoTAC platform, and 2021 catalyst path are all dependent on SBT6050 (HER2 targeted TL8 agonist). While we are excited about this program, significant scientific risk remains. HER2 expressing cancers present a high bar for an immune-dependent therapy; checkpoint inhibitors have historically provided little to no benefit in HER2-positive cancers. We also worry that a very early signal of clinical benefit in the first two patients in the trial, as well as comparison to ADCs, is setting unrealistic expectations for clinical benefit as a single agent in dose escalation. Finally, competitor ISAC programs targeting TLR innate agonists to HER2 could produce clinical data that looks superior when compared to SBT6050.

• **Continued within...**

| Key Stats: | (NSQ: SBTX) |
|---|---|
| **Sector:** | **Biopharma** |
| **S&P 600 Health Care Index:** | **4,084.63** |
| **Price:** | **$36.50** |
| Price Target: | $40.00 |
| Methodology: | Blend of DCF and multiples analysis from our IONIAN simulation of IO revenues, using 8% WACC |
| 52 Week High: | $36.70 |
| 52 Week Low: | $24.22 |
| Shares Outstanding (mil): | 34.8 |
| Market Capitalization (mil): | $1,270.2 |
| Cash Per Share: | $11.20 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

Completion: December 29, 2020, 7:16AM EDT.
Distribution: December 29, 2020, 7:16AM EDT.



**1 Year Price History/Ave. Daily Vol.(mil) for SBTX**

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019A** | -- | -- | -- | -- | 0.0 | -- | -- | -- | -- | ($4.90) | NM |
| **2020E** | 0.0A | 0.0A | 0.0A | 0.0 | 0.0 | -- | -- | ($2.15)A | ($0.56) | ($4.12) | NM |
| **2021E** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | ($0.34) | ($0.34) | ($0.34) | ($0.34) | ($1.37) | NM |
| **2022E** | -- | -- | -- | -- | 0.0 | -- | -- | -- | -- | ($1.96) | NM |

*Source: Company Information and SVB Leerink LLC Research.*
*EPS are GAAP. 2019 EPS based on pro-forma 4.9m share count. 3Q20 EPS reflect 1Q-3Q20, cumulative*

**Please refer to Pages 55 - 56 for Analyst Certification and important disclosures. Price charts and disclosures specific to covered companies and statements of valuation and risk are available at https://svbleerink.bluematrix.com/bluematrix/Disclosure2**

Provided for the exclusive use of Intended Recipient on 29-Dec-2020 10:49 AM.

**SILVERBACK THERAPEUTICS, INC.**     December 29, 2020



## Clinical proof-of-principle for the ImmunoTAC platform—early signals from phase 1 dose escalation

==Silverback reported encouraging, albeit very early, clinical benefit from the first two patients treated in the Ph 1 dose-escalation trial of SBT6050 for advanced HER2-expressing solid tumors==—**next clinical update anticipated in 2H21.** As of November 25, six patients were enrolled at the first dose level of 0.3 mg/kg and received between one and nine doses of subcutaneous (SC) SBT6050 Q2W (once every two weeks). Of two evaluable patients, one with HER2 IHC2+, non-amplified NSCLC, achieved a partial response (>30% target lesion reduction) (Figure 12). Single agent SBT6050 efficacy would be very encouraging, particularly in HER2 IHC2+/non-amplified non-small cell lung cancer (NSCLC), where single-agent anti-HER2 regimens have shown minimal activity (e.g., 0% ORR with pertuzumab and trastuzumab emtansine); replicating this in a larger cohort of patients would be a strong signal for the platform. That said, we expect that single agent responses with TLR8 agonism are more likely modest and short-lived, given the profile of benefit from intralesional TLR agonism; full potential of the approach is likely to emerge when adding a checkpoint inhibitor and/or other IO therapies.

To date, no dose-limiting toxicities (DLTs) have been observed. The most commonly reported adverse events (AEs) were consistent with prior TLR agonist clinical experience, and included flu-like symptoms (fever, chills, nausea, vomiting, fatigue) and injection-site reactions (swelling, redness).

**Figure 12: Durability of benefit with SBT6050 in the first cohort of dose escalation**



*Source: Silverback presentation (LINK)*

**This very early data compares favorably to that reported by Novartis (NVS) with their HER2 targeted TLR7 ISAC** (NJH395, trastuzumab antigen-binding domain) at the Society for Immunotherapy of Cancer (SITC) meeting in November. In the first 17 patients treated across five escalating dose levels (0.1, 0.2, 0.4, 0.8 and 1.6 mg/kg), Novartis reported zero objective responses, with stable disease (SD) as best response achieved in nine patients (largest target lesion reduction of <10%). Over 60% of the patients reported had colorectal cancer, where our expectations for clinical benefit are lower. Toxicities were noted as significant but manageable and included five DLTs (3x Gr 3 AST/ALT increases, 2x meningitis). One MEDACorp KOL, in reviewing the data, noted that NJH395 was not as discretely active as Novartis had hoped; if the G3/4 lymphopenia/lymphocyte count in 27.8% of patients is durable, he would be concerned. That said, another MEDACorp KOL

**14**

Provided for the exclusive use of Intended Recipient on 29-Dec-2020 10:49 AM.

**SILVERBACK THERAPEUTICS, INC.**                    December 29, 2020



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. MEDACorp is a global network of independent healthcare professionals (Key Opinion Leaders and consultants) organized, administered and compensated by SVB Leerink to provide industry and market insights to SVB Leerink and its clients.

For price charts, statements of valuation and risk, as well as the specific disclosures for covered companies, client should refer to https://leerink2.bluematrix.com/bluematrix/Disclosure2 or send a request to SVB Leerink LLC Editorial Department, One Federal Street, 37th Floor, Boston, MA 02110.

This document may not be reproduced or circulated without our written authority.

© 2020 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

The recommendation contained in this report was produced at December 29, 2020, 7:16AM EDT. and disseminated at December 29, 2020, 7:16AM EDT.

**56**

Provided for the exclusive use of Intended Recipient on 29-Dec-2020 10:49 AM.