# EXHIBIT T

# SILVERBACK THERAPEUTICS, INC.

(NSQ: SBTX)

**SVBLEERINK**

**OUTPERFORM**

Biopharma / Immuno-Oncology

### 3Q21: Uncertain Path Forward for SBT6050; PT to $25

November 12, 2021

- **Bottom Line: Silverback disclosed with 3Q21 earnings three new dose limiting toxicities (DLTs), including one patient death (Grade 5 hypotension), that occurred following further dose escalation of SBT6050 (anti-HER2-TLR8 agonist conjugate) in the pembrolizumab (anti-PD-1) combination arm of the ongoing Ph 1 trial (LINK). In short, we view this development to be indicative of a narrower-than-anticipated therapeutic window for SBT6050, which we believe diminishes the drug's combinatorial prospects going forward.** We previously saw SBT6050's potential as part of combination regimens as a silver lining for the program following recently reported disappointing single agent SBT6050 data at the European Society for Medical Oncology (ESMO) meeting in September, which showed only one confirmed partial response (PR) in ~18 evaluable patients with multiple DLTs characteristic of systemic and/or potent immune activation (LINK). Therefore, given what we now see as elevated development risk and uncertainty for SBT6050, and considered in the context of the fiercely competitive HER2 targeted landscape, we are removing SBT6050 entirely from our valuation until the company demonstrates combinatorial feasibility in their forthcoming expansion studies. Of these, we can likely expect updated SBT6050 + pembrolizumab data in 1H22, initial SBT6050 + cemiplimab data in 2H22, and then initial combo data with Enhertu and/or with Herceptin + Tukysa in 1H23.

- **This also reduces our confidence in Silverback's broader ImmunoTAC platform, including second candidate SBT6290 (anti-Nectin4-TLR8 agonist conjugate), as both programs utilize the same linker-payload construct and are likely to have similar pharmacokinetic (PK) and pharmacodynamic (PD) profiles.** As a result, we are also removing all single agent SBT6290 value from our model, but fall short of discounting further as the Nectin4 competitive landscape is significantly less crowded than HER2, SBT6050 experience will inform SBT6290 development, and Nectin4-expressing tumors are generally more susceptible to immunotherapy relative to HER2. The sum of

Reason for report:
**EARNINGS**

## Key Stats

| | |
|---|---|
| **S&P 600 Health Care Index:** | **4,590.65** |
| **Price:** | **$8.42** |
| Price Target: | $25.00 from $42.00 |
| 52-Week High – Low: | $63.41 - $8.01 |
| Shares Outstanding (mil): | 35.1 |
| Market Capitalization (mil): | $295.3 |
| Cash Per Share: | $9.71 |
| Net Debt to Total Capital: | 0% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

| | | Dec Yr | | | |
|---|---|---|---|---|---|
| | **2020A** | **2021E (New)** | **2021E (Old)** | **2022E (New)** | **2022E (Old)** |
| Q1 | 0.0 | **0.0A** | -- | **0.0** | -- |
| Q2 | 0.0 | **0.0A** | -- | **0.0** | -- |
| Q3 | 0.0 | **0.0A** | -- | **0.0** | -- |
| Q4 | 0.0 | **0.0** | -- | **0.0** | -- |
| FY Rev | 0.0 | **0.0** | -- | **0.0** | -- |
| Q1 | -- | **($0.54)A** | -- | **($0.83)** | ($0.58) |
| Q2 | -- | **($0.70)A** | -- | **($0.84)** | ($0.59) |
| Q3 | ($2.15) | **($0.65)A** | ($0.57) | **($0.84)** | ($0.59) |
| Q4 | ($1.37) | **($0.82)** | ($0.57) | **($0.84)** | ($0.59) |
| FY EPS | ($3.50) | **($2.72)** | ($2.38) | **($3.34)** | ($2.35) |
| P/E | NM | **NM** | NM | **NM** | NM |

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

**Jeffrey La Rosa**
(212) 277-6103
jeffrey.larosa@svbleerink.com

**Dilip Joseph**
(212) 277-6112
dilip.joseph@svbleerink.com

*Source: Company Information and SVB Leerink LLC Research.*
*EPS are GAAP. 3Q20 EPS reflect 1Q-3Q20, cumulative.*

**Please refer to page 9 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Miguel Arcinas at Silverback Therapeutics on 12-Nov-2021 10:22 AM.

**SILVERBACK THERAPEUTICS, INC.**

November 12, 2021



these changes results in a decrease in our PT to $25 (from $42 previously).

- **Silverback disclosed three new DLTs, including one patient death (Gr 5 hypotension), from the ongoing Ph 1 dose escalation trial for lead candidate SBT6050 (anti-HER2-TLR8 agonist conjugate).** All three events, which occurred subsequent to presentation at the ESMO in September, were reported in the pembrolizumab (anti-PD-1 antibody) combination cohort at the higher 0.45 and 0.6 mg/kg dose levels (no DLTs with the combo were reported through 0.3 mg/kg at ESMO). Specifically, two patients in the combo arm dosed at 0.6 mg/kg SBT6050 experienced a DLT, i.e., hypotension and cytokine release syndrome (CRS). Both resolved with supportive care (both patients continued treatment at a reduced dose). More concerning, a third patient who subsequently received a reduced dose of 0.45 mg/kg experienced multiple serious adverse events (SAEs) following the first dose, including CRS, hypoxia, and hypotension, and despite supportive vasosuppression and tocilizumab (anti-IL-6 antibody), the patient developed ischemia-related reduced cardiac function and subsequent death, which was deemed an SBT6050-related Grade 5 hypotension event. Although Silverback reported DLTs of a similar nature at ESMO from the monotherapy portion of the trial at dose levels of 0.6, 0.9 and 1.2 mg/kg (predominantly hypotension, none >Gr 3), no DLTs, or Gr 3 or higher adverse events, were reported from the eight patients who received SBT6050 + pembrolizumab at the 0.15 and 0.3 mg/kg dose levels (n=4 each) (see LINK for data takeaways). Given this development, Silverback has selected 0.3 mg/kg as the SBT6050 go forward dose for evaluation in combination with anti-PD-1 therapy, including the planned combo study with cemiplimab on track to initiate this quarter.

- **We maintain our Outperform rating, as we still see residual value in the company's ImmunoTAC platform / preclinical pipeline.** Given Silverback's market cap is currently trading below their cash & equivalents position, we see an opportunity for low-risk, modest upside over the next 12 months from Ph 1 SBT6050 updates in 1H22 and 2H22, as well as development progress for SBT6290, which is expected to enter first-in-human trials in 1Q22 (IND was recently submitted). Finally, third candidate SBT8230, an ASGR1-targeted TLR8 agonist conjugate being developed for chronic hepatitis B virus (HBV), may garner increased appreciation as it progresses into late preclinical development given proof-of-mechanism demonstrated for TLR8 agonism in the indication and expectation that lower doses than required in oncology can be administered. Preclinical data for this program will be presented at the American Association for the Study of Liver Diseases (AASLD) conference being held Nov. 12-14.

- **Ph 1 SBT6050 updates in 1H22 and 2H22 will be important to begin improving confidence in Silverback's TLR8 agonist-**

2

Provided for the exclusive use of Miguel Arcinas at Silverback Therapeutics on 12-Nov-2021 10:22 AM.