# EXHIBIT U

# Step 3: Clinical Research

While preclinical research answers basic questions about a drug's safety, it is not a substitute for studies of ways the drug will interact with the human body. "Clinical research" refers to studies, or trials, that are done in people. As the developers design the clinical study, they will consider what they want to accomplish for each of the different Clinical Research Phases and begin the Investigational New Drug Process (IND), a process they must go through before clinical research begins.

On this page you will find information on:

- Designing Clinical Trials
- Clinical Research Phase Studies
- The Investigational New Drug Process
- Asking for FDA Assistance
- FDA IND Review Team
- Approval

**Designing Clinical Trials**

Researchers design clinical trials to answer specific research questions related to a medical product. These trials follow a specific study plan, called a protocol, that is developed by the researcher or manufacturer. Before a clinical trial begins, researchers review prior information about the drug to develop research questions and objectives. Then, they decide:

- Who qualifies to participate (selection criteria)
- How many people will be part of the study
- How long the study will last
- Whether there will be a control group and other ways to limit research bias
- How the drug will be given to patients and at what dosage
- What assessments will be conducted, when, and what data will be collected
- How the data will be reviewed and analyzed

Clinical trials follow a typical series from early, small-scale, Phase 1 studies to late-stage, large scale, Phase 3 studies.

What are the Clinical Trial Phases?



Watch this video to learn about the three phases of clinical trials.

## Clinical Research Phase Studies



**Study Participants:** 20 to 100 healthy volunteers or people with the disease/condition.

**Length of Study:** Several months

**Purpose:** Safety and dosage

During Phase 1 studies, researchers test a new drug in normal volunteers (healthy people). In most cases, 20 to 80 healthy volunteers or people with the disease/condition participate in Phase 1. However, if a new drug is intended for use in cancer patients, researchers conduct Phase 1 studies in patients with that type of cancer.

Phase 1 studies are closely monitored and gather information about how a drug interacts with the human body. Researchers adjust dosing schemes based on animal data to find out how much of a drug the body can tolerate and what its acute side effects are.

As a Phase 1 trial continues, researchers answer research questions related to how it works in the body, the side effects associated with increased dosage, and early information about how effective it is to determine how best to administer the drug to limit risks and maximize possible benefits. This is important to the design of Phase 2 studies.

**Approximately 70% of drugs move to the next phase**

Phase 2

**Study Participants:** Up to several hundred people with the disease/condition.

**Length of Study:** Several months to 2 years

**Purpose:** Efficacy and side effects

- Approval to begin clinical trials.

- Clinical hold to delay or stop the investigation. FDA can place a clinical hold for specific reasons, including:

    - Participants are exposed to unreasonable or significant risk.

    - Investigators are not qualified.

    - Materials for the volunteer participants are misleading.

    - The IND application does not include enough information about the trial's risks.

A clinical hold is rare; instead, FDA often provides comments intended to improve the quality of a clinical trial. In most cases, if FDA is satisfied that the trial meets Federal standards, the applicant is allowed to proceed with the proposed study.

The developer is responsible for informing the review team about new protocols, as well as serious side effects seen during the trial. This information ensures that the team can monitor the trials carefully for signs of any problems. After the trial ends, researchers must submit study reports.

This process continues until the developer decides to end clinical trials or files a marketing application. Before filing a marketing application, a developer must have adequate data from two large, controlled clinical trials.