|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVERBACK THERAPEUTICS, INC., et al.,<br><br>Defendant. | CASE NO. 21-cv-1499 MJP<br><br>ORDER REGARDING SCHEDULING |

This Motion is before the Court on the Parties stipulated proposal regarding scheduling. (Dkt. No. 43.) On November 4, 2022, the Court entered an Order dismissing Plaintiff's First Amended Complaint without prejudice. (Dkt. No. 42.) The Court set a deadline of December 5, 2022, for Plaintiff to file an amended complaint. Plaintiff appears to intend to file a Second Amended Complaint by this date and the Parties have submitted a proposed schedule for Defendants to answer or otherwise respond to the Complaint.

1    The Federal Rules of Civil Procedure govern the timeline for which parties have to submit briefings. The Court can modify that schedule upon a showing of good cause. See Fed. R. Civ. P. 6(b)(1). The Parties request the Court give Defendants until January 20, 2023, in order to respond to the Complaint. If the response is a motion to dismiss, the Parties request the Court give Plaintiff until March 8, 2023, to respond and April 7, 2022, for Defendants to submit the reply. The Parties provide no explanation for why the set the schedule as such or that there is good cause. Therefore, the Parties have not demonstrated good cause that warrants altering the normal briefing schedule set forth by the Federal Rules. However, given that the 21 days Defendants have to answer or otherwise respond places them in the position of having to respond during the holidays, the Court extends Defendants' deadline to answer the Complaint to January 2, 2023. If Defendants respond with a motion to dismiss, the Parties will have to follow the timeline set forth by the Federal Rules.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 15, 2022.

Marsha J. Pechman
United States Senior District Judge