The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,

Defendants.

Case No. 2:21-cv-01499-MJP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

[PROPOSED] **ORDER GRANTING DEFS.'**
**MOTION TO DISMISS SAC**
**Case No. 2:21-cv-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

This matter came before the Court on Defendants' Motion to Dismiss the Second Amended Class Action Complaint ("Motion to Dismiss").  The Court has considered the pleadings and papers filed by the parties in connection with the Motion to Dismiss, [the arguments of counsel at a hearing,] and all other matters properly before the Court.

**IT IS HEREBY ORDERED** that:

1.  The Motion to Dismiss is GRANTED in its entirety.

2.  The Second Amended Class Action Complaint (Dkt. No. 45) is hereby DISMISSED WITH[OUT] PREJUDICE.

3.  The clerk is directed to enter judgment accordingly.


DATED this _____ day of _____, 2023


_____
Hon. Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

[PROPOSED] **ORDER GRANTING DEFS.'**
**MOTION TO DISMISS SAC**          1.
**Case No. 2:21-cv-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Presented by:

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Koji F. Fukumura (*pro hac vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Tel.: (858) 550-6000
Fax: (858) 550-6420
Email: kfukumura@cooley.com

Attorneys for Defendants SILVERBACK THERAPEUTICS, INC., LAURA L. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON

[PROPOSED] **ORDER GRANTING DEFS.'**
**MOTION TO DISMISS SAC**                    2.
**Case No. 2:21-cv-01499-MJP**