The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,

Defendants.

Case No. 2:21-cv-01499-MJP

**DECLARATION OF KOJI F. FUKUMURA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

**FUKUMURA DECLARATION I/S/O**
**DEFS.' MOTION TO DISMISS SAC**
**Case No. 2:21-cv-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I, Koji F. Fukumura, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted *pro hac vice* to practice before this Court.  (*See* Dkt. No. 26.)  I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants Silverback Therapeutics, Inc., Laura L. Shawver, Jonathan Piazza, Russ Hawkinson, Peter Thompson, Vickie K. Capps, Robert Hershberg, Saqib Islam, Andrew Powell, Jonathan Root, Thilo Schroeder, and Scott Platshon (collectively, "Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    Attached as **Exhibit 1**, submitted solely for the Court's convenience, is a chart listing accurate factual statements cited or referenced in the Second Amended Class Action Complaint ("SAC," Dkt. No. 45), which are non-actionable for the reasons set forth in Defendants' briefing.  The substance of the chart is drawn exclusively from the SAC and Silverback's U.S. Securities and Exchange Commission ("SEC") filings, which are judicially noticeable.

3.    Attached as **Exhibit 2**, submitted solely for the Court's convenience, is a chart listing statements of puffery or corporate optimism cited or referenced in the SAC, which are non-actionable for the reasons set forth in Defendants' briefing.  The substance of the chart is drawn exclusively from the SAC and Silverback's SEC filings, which are judicially noticeable.

4.    Attached as **Exhibit 3**, submitted solely for the Court's convenience, is a chart listing statements of opinion cited or referenced in the SAC, which are non-actionable for the reasons set forth in Defendants' briefing.  The substance of the chart is drawn exclusively from the SAC and Silverback's SEC filings, which are judicially noticeable.

5.    Attached as **Exhibit 4**, submitted solely for the Court's convenience, is a chart listing forward-looking statements cited or referenced in the SAC, which are non-actionable for the reasons set forth in Defendants' briefing.  The substance of the chart is drawn exclusively from the SAC and Silverback's SEC filings, which are judicially noticeable.

**FUKUMURA DECLARATION I/S/O**
**DEFS.' MOTION TO DISMISS SAC**
**Case No. 2:21-cv-01499-MJP**

2.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

8.     Attached as **Exhibit 5**, submitted solely for the Court's convenience, is a chart of Silverback's risk warnings, as disclosed in its SEC filings and incorporated by reference in press releases and other disclosures, that are relevant to Plaintiffs' allegations in the SAC.  The substance of the chart is drawn exclusively from the SAC and Silverback's SEC filings, which are judicially noticeable.

9.     Attached as **Exhibit A** is a true and correct excerpted and highlighted copy of Silverback's Form S-1 Registration Statement, dated Nov. 10, 2020.  It is publicly available at the U.S. SEC Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") website, https://www.sec.gov/edgar.

10.     Attached as **Exhibit B** is a true and correct excerpted and highlighted copy of Amendment 1 to Silverback's Registration Statement (Form S-1/A1), dated Nov. 30, 2020.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

11.     Attached as **Exhibit C** is a true and correct excerpted and highlighted copy of Amendment 2 to Silverback's Registration Statement (Form S-1/A2), dated Dec. 3, 2020.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

12.     Attached as **Exhibit D** is a true and correct excerpted and highlighted copy of Silverback's Form 424B Prospectus, dated Dec. 4, 2020.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

13.     Attached as **Exhibit E** is a true and correct excerpted and highlighted copy of Silverback's Form 10-K for the fiscal year ending December 31, 2020, dated Mar. 29, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

14.     Attached as **Exhibit F** is a true and correct highlighted copy of Silverback's press release titled, *Silverback Therapeutics Reports Fourth Quarter and Full Year 2020 Financial Results and Recent Corporate Updates*, and released on Mar. 29, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

FUKUMURA DECLARATION I/S/O
DEFS.' MOTION TO DISMISS SAC
Case No. 2:21-cv-01499-MJP                3.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

15.     Attached as **Exhibit G** is a true and correct highlighted copy of Silverback's press release titled, *Silverback Therapeutics Reports First Quarter 2021 Financial Results*, and released May 13, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

16.     Attached as **Exhibit H** is a true and correct excerpted and highlighted copy of Silverback's Form 10-Q for the quarterly period ending Mar. 31, 2021 ("Q1"), dated May 13, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

17.     Attached as **Exhibit I** is a true and correct highlighted copy of Silverback's press release titled, *Silverback Therapeutics Reports Second Quarter 2021 Financial Results and Provides Business Update*, and released Aug. 12, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

18.     Attached as **Exhibit J** is a true and correct excerpted and highlighted copy of Silverback's Form 10-Q for the quarterly period ending June 30, 2021 ("Q2"), dated Aug. 12, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

19.     Attached as **Exhibit K** is a true and correct highlighted copy of Silverback's press release titled, *Silverback Therapeutics to Present Data from its Phase 1/1b Clinical Trial of SBT6050 at the European Society for Medical Oncology (ESMO) 2021 Virtual Congress*, and released Sep. 13, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

20.     Attached as **Exhibit L** is a true and correct highlighted copy of Silverback's abstract for presentation at the European Society for Medical Oncology 2021 Congress titled, *209P - Interim results of a phase I/IB study of SBT6050 monotherapy and pembrolizumab combination in patients with advanced HER2-expressing or amplified solid tumors*, dated Sept. 16, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

21.     Attached as **Exhibit M** is a true and correct highlighted copy of Silverback's E-Poster for presentation at the ESMO 2021 Virtual Congress titled *Interim results of a Phase 1/1b*

**FUKUMURA DECLARATION I/S/O**
**DEFS.' MOTION TO DISMISS SAC**
**Case No. 2:21-cv-01499-MJP**

4.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

*study of SBT6050 monotherapy and pembrolizumab combination in patients with advanced HER2-expressing or amplified solid tumors*, dated Sep. 16, 2021.  It is publicly available at https://www.adcreview.com/wp-content/uploads/2021/10/SBT6050-101_ESMO-Poster_26Aug2021_FINAL80.pdf.

22.    Attached as **Exhibit N** is a true and correct highlighted copy of Silverback's September 2021 corporate presentation.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

23.    Attached as **Exhibit O** is a true and correct highlighted copy of Silverback's Investor Presentation titled *SBT6050-101: Phase 1/1B Interim Clinical Study Update* from the ESMO 2021 Virtual Congress, dated Sep. 16, 2021.

24.    Attached as **Exhibit P** is a true and correct excerpted and highlighted copy of Silverback's Form 10-Q for the quarterly period ending Sept. 30, 2021 ("Q3"), dated Nov. 10, 2021.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

25.    Attached as **Exhibit Q** is a true and correct excerpted and highlighted copy of Silverback's Form 10-K for the fiscal year ending Dec. 31, 2021, dated Mar. 31, 2022.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

26.    Attached as **Exhibit R** is a true and correct highlighted copy of Silverback's press release titled, *Silverback Therapeutics Updates Strategic Priorities and Reports Fourth Quarter and Full Year 2021 Financial Results*, and released Mar. 31, 2022.  It is publicly available at the SEC's EDGAR website, https://www.sec.gov/edgar.

27.    Attached as **Exhibit S** is a true and correct and highlighted copy of the study description for Silverback's trial, *A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors*. It is publicly available at the U.S. National Library of Medicine's ClinicalTrials.gov website, https://clinicaltrials.gov/ct2/show/NCT04460456?term=1%2F1b+AND+SBT6050&draw=2&rank=1.

28.     Attached as **Exhibit T** is a true and correct excerpted and highlighted copy of an analyst report by SVBLeerink entitled, *Silverback Therapeutics, Inc. Bringing Some TLC to TLR with ImmunoTACs; Initiating Coverage with an OP Rating*, dated Dec. 29, 2020.

29.     Attached as **Exhibit U** is a true and correct excerpted and highlighted copy of   an analyst report by Stifel entitled, *Waging Guerrilla Warfare on Cancer & Disease with ImmunoTAC Technology – Initiating Coverage with a Buy Rating & $58 TP*, dated Dec. 29, 2020.

30.     Attached as **Exhibit V** is a true and correct excerpted and highlighted copy of an analyst report by SVBLeerink entitled, *3Q21: Uncertain Path Forward for SBT6050; PT to $25*, dated Nov. 12, 2021.

31.     Attached as **Exhibit W** is a true and correct excerpted and highlighted copy of *E6 (R2) Good Clinical Practice: Integrated Addendum to IC E6 (R1) Guidance for Industry*, provided by the U.S. Food and Drug Administration, and dated March 2018.  It is publicly available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/e6r2-good-clinical-practice-integrated-addendum-ich-e6r1.

32.     Attached as **Exhibit X** is a true and correct highlighted copy of the definition of "open label study," provided by the National Cancer Institute, an entity within the U.S. Department of Health and Human Services.  It is publicly available at https://www.cancer.gov/publications/dictionaries/cancer-terms/def/open-label-study.

33.     Attached as **Exhibit Y** is a true and correct excerpted and highlighted copy of *Implementation of Data Cut Off in Analysis of Clinical Trials*, PharmaSUG 2018 – DS19, by Mei Day and Ann Croft.

///

///

///

///

**FUKUMURA DECLARATION I/S/O
DEFS.' MOTION TO DISMISS SAC**                    6.
**Case No. 2:21-cv-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of January, 2023, at San Diego, California.

/s/ *Koji F. Fukumura*
Koji F. Fukumura

**FUKUMURA DECLARATION I/S/O**
**DEFS.' MOTION TO DISMISS SAC**        7.
**Case No. 2:21-cv-01499-MJP**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700