# EXHIBIT 1

# EXHIBIT 1

### ACCURATE FACTUAL STATEMENTS IN THE SAC[1]

| SAC | Date | Accurate Factual Statements |
|---|---|---|
| ¶ 61 | 12/03/20 | "This includes increases in plasma levels of CRP (C-reactive protein), a marker of inflammation, increases in MCP-1, IP-10 and IL-6, which are indicative of myeloid cell activation, increases in IFNg which is a marker for T and NK cell activation, and decreases in hemoglobin which we believe to be due to macrophage phagocytosis." |
| ¶ 61 | 12/04/20 | "In this trial, we have observed changes in pharmacodynamic markers in the first dose cohort..." |
| ¶ 62 | 12/03/20 | "stable disease"; "target lesion reduction" |
| ¶ 63 | 12/04/20 | "SBT6290 is our second product candidate, expanding on the potential of a TLR8 agonist as a payload. The same TLR8 linker-payload used in SBT6050 is conjugated to a monoclonal antibody that targets Nectin4. Nectin4 is expressed in subsets of solid tumors including bladder, triple negative breast, head and neck, and non-small cell lung cancers, and has been clinically validated through the approval of the antibody-drug conjugate enfortumab vedotin (Padcev). We anticipate submitting the IND for SBT6290 in the fourth quarter of 2021." |
| ¶ 64 | 12/04/20 | "associated with tumor regression" |
| ¶ 66 | 03/29/21 | "Changes in pharmacodynamic markers have been observed in the first dose-escalation cohort of this trial." |
| ¶ 66 | 03/29/21 | "Changes in pharmacodynamic markers consistent with the potential mechanism of action were observed in treated patients." |
| ¶ 66 | 03/29/21 | "This included increases in plasma levels of CRP (C-reactive protein), a marker of inflammation, increases in MCP-1, IP-10 and IL-6, which are indicative of myeloid cell activation, increases in IFNg, which is a marker for T and NK cell activation, and transient decreases in hemoglobin, which we believe to be due to macrophage phagocytosis." |
| ¶ 67 | 03/29/21 | "have resulted in an adverse event profile that we believe has limited achieving a dose level sufficient to produce the desired therapeutic benefit." |

---

[1] "SAC" refers to the Second Amended Complaint (Dkt. No. 45). Bold and italics emphases are shown as they appear in the SAC. Some statements appear in multiple charts because they are nonactionable for more than one reason.

| ¶ 67 | 03/29/21 | "The most common adverse events included flu-like symptoms (fever, chills, nausea, vomiting, fatigue) and redness and swelling at the injection site." |
|---|---|---|
| ¶ 68 | 03/29/21 | "SBT6290 is our second product candidate, expanding on the potential of a TLR8 agonist as a payload. The same TLR8 linker-payload used in SBT6050 is conjugated to a monoclonal antibody that targets Nectin4. Nectin4 is expressed in subsets of solid tumors including bladder, triple negative breast, head and neck, and non-small cell lung cancers, and has been clinically validated through the approval of the antibody-drug conjugate enfortumab vedotin (Padcev). We anticipate submitting the IND for SBT6290 in the fourth quarter of 2021." |
| ¶ 69 | 03/29/21 | "[t]he information contained in the [2020 10-K] fairly presents, in all material respects, the financial condition and results of operations of the Company." |
| ¶ 70 | 03/29/21 | "*pharmacological activity was observed in the first dose cohort.*" |
| ¶ 70 | 03/29/21 | "Changes in pharmacodynamic markers consistent with the potential mechanism of action have been observed in patients treated in the first monotherapy dose cohort." |
| ¶ 71 | 03/29/21 | "associated with tumor regression" |
| ¶ 74 | 03/29/21 | "In this trial, we have observed changes in pharmacodynamic markers in the first dose cohort." |
| ¶ 75 | 03/29/21 | "associated with tumor regression" |
| ¶¶ 76, 77 | 05/13/21 | "progress and preclinical data" |
| ¶ 78 | 08/12/21 | "In this trial, we have observed changes in pharmacodynamic markers in the first dose cohort." |
| ¶ 80 | 08/12/21 | "for poster presentation at the European Society for Medical Oncology ('ESMO') 2021 Annual Meeting [to] provide an update on the monotherapy dose-escalation arm (Part 1) and the pembrolizumab combination dose-escalation arm (Part 3) of the SBT6050-101 Phase 1/1b study." |
| ¶ 81 | 09/13/21 | "announc[ing] that interim data from the dose-escalation portion of its Phase 1/1b clinical trial evaluating SBT6050 as a monotherapy and in combination with pembrolizumab in patients with advanced or metastatic |

| | | HER2-expressing or amplified solid tumors will be presented at the upcoming European Society for Medical Oncology (ESMO) 2021 Congress from September 16-21, 2021" |
|---|---|---|
| ¶ 82 | 09/16/21 | "[a]s of 4 April 2021." |
| ¶ 83 | 09/16/21 | "The most frequent (>25%) related TEAEs were chills, diarrhea, fatigue, hypotension, injection site reaction, nausea, pyrexia, and vomiting. Dose levels >0.6 mg/kg were evaluated to assess the upper limits of the dose range; Grade 3 DLTs that resolved with supportive care were observed in Part 1 at 1.2 mg/kg Q2 weeks." |
| ¶ 84 | 09/16/21 | "Based on preliminary safety data, SBT6050 given alone or in combination with pembrolizumab **has a manageable safety profile**. Related TEAEs are consistent with immune activation. A single-agent dose of 0.6 mg/kg administered Q2 weeks had a tolerable safety profile, drug exposure that reflects evidence of target saturation, and pharmacodynamics indicative of myeloid, NK and T cell activation." |
| ¶ 87 | 09/16/21 | "[f]orty patients enrolled across five dose levels, allowing for robust safety, pharmacokinetic (PK), and [pharmacodynamic] evaluation." |
| ¶ 88 | 09/16/21 | "proof of mechanism established" |
| ¶ 88 | 09/16/21 | "Early signals of anti-tumor activity in a heavily pre-treated heterogenous population" |
| ¶ 88 | 09/16/21 | "SBT6050 **conferred clinical benefit** to patients with heavily pre-treated, advanced solid tumors<br><br>***<br><br>**Emerging clinical data supports proof-of-mechanism** for localized TLR8 agonism and the ImmunoTAC platform, 2 evidenced by the robust activation of innate and adaptive immune response seen in patients<br><br>***<br><br>SBT6050 has demonstrated **early signals of anti-tumor activity** as a monotherapy and in combination with a 3 PD-1 inhibitor, **with a manageable safety profile** consistent with an active IO agent" |
| ¶ 89 | 09/16/21 | "no treatment-related TEAEs led to discontinuation." |
| ¶ 89 | 09/16/21 | "SBT6050 monotherapy or in combination with pembrolizumab **has a manageable safety profile**<br><br>▪ Common adverse events were consistent with immune activation |

|  |  | ▪ At higher monotherapy dose levels, on-mechanism DLTs were observed and resolved with supportive care<br><br>▪ The safety profile of SBT6050 in combination with pembrolizumab was similar to SBT6050 monotherapy" |
|---|---|---|
| ¶ 92 | 11/10/21 | *"The interim update included data we believe are consistent with proof-of mechanism through SBT6050's ability to activate myeloid, T and NK cells, as well as evidence of SBT6050 payload localization in the tumor microenvironment, observed adverse events consistent with on-mechanism immune activation, and early signals of anti-tumor activity.*<br><br>\*\*\*<br><br>As reported in the September 2021 interim update, at the 0.15 mg/kg and 0.3 mg/kg SBT6050 dose levels in combination with pembrolizumab, *we observed induction of pharmacodynamic biomarkers indicative of myeloid, T, and NK cell activation, early signs of anti-tumor activity, and no dose limiting toxicities (DLTs*)." |
| ¶ 94 | 11/10/21 | "At SBT6050 dose levels above 0.3 mg/kg in combination with pembrolizumab, DLTs were observed. Two patients dosed at 0.6 mg/kg each experienced a DLT, *including hypotension and cytokine release syndrome (CRS)*. These adverse events resolved with supportive care and both patients continued treatment at a reduced dose. Two patients were subsequently enrolled at a dose level of 0.45 mg/kg plus pembrolizumab. The first patient tolerated the first dose well and remained on study. The second patient, a 75-year-old with metastatic gastric cancer and underlying conditions including diabetes, hyperlipidemia and anemia,<br><br>experienced serious adverse events (SAEs) of CRS, hypoxia, and hypotension following the first dose. The patient received supportive care that included tocilizumab and vasopressors; however, the patient developed decreased cardiac function due to demand-related ischemia. The patient made the decision not to further escalate supportive care and subsequently passed away. The investigator reported that the cause of death was attributed to Grade 5 hypotension considered related to SBT6050. Patients currently enrolled in the pembrolizumab dose escalation arm were dose-reduced to 0.3 mg/kg, as applicable." |
| ¶ 96 | 11/10/21 | "SBT6290, our second product candidate, expands on the potential of a TLR8 agonist as a payload. SBT6290 is a TLR8 linker-payload conjugated to a monoclonal antibody that targets Nectin4, which is expressed in certain bladder, triple negative breast, head and neck, and non-small cell lung cancers. We submitted an investigational new drug application for SBT6290 in the fourth quarter of 2021, and we anticipate beginning clinical development in the first quarter of 2022." |