# EXHIBIT 2

## EXHIBIT 2

### STATEMENTS OF PUFFERY OR CORPORATE OPTIMISM IN THE SAC

| SAC | Date | Statements of Puffery or Corporate Optimism |
|---|---|---|
| ¶¶ 76, 77 | 05/13/21 | "progress and preclinical data" |
| ¶ 87 | 09/16/21 | "[f]orty patients enrolled across five dose levels, allowing for robust safety, pharmacokinetic (PK), and [pharmacodynamic] evaluation." |
| ¶ 88 | 09/16/21 | "SBT6050 *conferred clinical benefit* to patients with heavily pre-treated, advanced solid tumors<br><br>*** <br><br>*Emerging clinical data supports proof-of-mechanism* for localized TLR8 agonism and the ImmunoTAC platform, 2 evidenced by the robust activation of innate and adaptive immune response seen in patients<br><br>***<br><br>SBT6050 has demonstrated *early signals of anti-tumor activity* as a monotherapy and in combination with a 3 PD-1 inhibitor, *with a manageable safety profile* consistent with an active IO agent" |
| ¶ 96 | 11/10/21 | "SBT6290, our second product candidate, expands on the potential of a TLR8 agonist as a payload. SBT6290 is a TLR8 linker-payload conjugated to a monoclonal antibody that targets Nectin4, which is expressed in certain bladder, triple negative breast, head and neck, and non-small cell lung cancers. We submitted an investigational new drug application for SBT6290 in the fourth quarter of 2021, and we anticipate beginning clinical development in the first quarter of 2022." |