# EXHIBIT 3

## EXHIBIT 3

### OPINION STATEMENTS IN THE SAC

| SAC | Date | Opinion Statements |
|---|---|---|
| ¶ 61 | 12/03/20 | "This includes increases in plasma levels of CRP (C-reactive protein), a marker of inflammation, increases in MCP-1, IP-10 and IL-6, which are indicative of myeloid cell activation, increases in IFNg which is a marker for T and NK cell activation, and decreases in hemoglobin which we believe to be due to macrophage phagocytosis." |
| ¶ 66 | 03/29/21 | "This included increases in plasma levels of CRP (C-reactive protein), a marker of inflammation, increases in MCP-1, IP-10 and IL-6, which are indicative of myeloid cell activation, increases in IFNg, which is a marker for T and NK cell activation, and transient decreases in hemoglobin, which we believe to be due to macrophage phagocytosis." |
| ¶ 67 | 03/29/21 | "have resulted in an adverse event profile that we believe has limited achieving a dose level sufficient to produce the desired therapeutic benefit." |
| ¶¶ 76, 77 | 05/13/21 | "progress and preclinical data" |
| ¶ 84 | 09/16/21 | "Based on preliminary safety data, SBT6050 given alone or in combination with pembrolizumab **has a manageable safety profile**. Related TEAEs are consistent with immune activation. A single-agent dose of 0.6 mg/kg administered Q2 weeks had a tolerable safety profile, drug exposure that reflects evidence of target saturation, and pharmacodynamics indicative of myeloid, NK and T cell activation." |
| ¶ 87 | 09/16/21 | "[f]orty patients enrolled across five dose levels, allowing for robust safety, pharmacokinetic (PK), and [pharmacodynamic] evaluation." |
| ¶ 88 | 09/16/21 | "SBT6050 **conferred clinical benefit** to patients with heavily pre-treated, advanced solid tumors<br><br>***<br><br>***Emerging clinical data supports proof-of-mechanism*** for localized TLR8 agonism and the ImmunoTAC platform, 2 evidenced by the robust activation of innate and adaptive immune response seen in patients<br><br>***<br><br>SBT6050 has demonstrated ***early signals of anti-tumor activity*** as a monotherapy and in combination with a 3 PD-1 inhibitor, ***with a manageable safety profile*** consistent with an active IO agent" |

| ¶ 92 | 11/10/21 | *"The interim update included data we believe are consistent with proof-of mechanism through SBT6050's ability to activate myeloid, T and NK cells, as well as evidence of SBT6050 payload localization in the tumor microenvironment, observed adverse events consistent with on-mechanism immune activation, and early signals of anti-tumor activity.* <br><br> *** <br><br> As reported in the September 2021 interim update, at the 0.15 mg/kg and 0.3 mg/kg SBT6050 dose levels in combination with pembrolizumab, *we observed induction of pharmacodynamic biomarkers indicative of myeloid, T, and NK cell activation, early signs of anti-tumor activity, and no dose limiting toxicities (DLTs).*" |
| --- | --- | --- |