# EXHIBIT L

Case 2:21-cv-01499-MJP    Document 48-17    Filed 01/02/23    Page 2 of 4



ESMO    OncologyPRO

oncology//PRO®
Educational Portal for Oncologists

ONCOLOGY NEWS ⌄

EDUCATION LIBRARY ⌄

ONCOLOGY IN PRACTICE ⌄

GUIDELINES

MEETING RESOURCES

TUMOUR SITES ⌄

OncologyPRO > Meeting resources > ESMO Congress

ePoster Display

## 209P - Interim results of a phase I/Ib study of SBT6050 monotherapy and pembrolizumab combination in patients with advanced HER2-expressing or amplified solid tumors

**Date**
16 Sep 2021

**Session**
ePoster Display

**Presenters**
Samuel Klempner

**Citation**
Annals of Oncology (2021) 32 (suppl_5): S447-S456. 10.1016/annonc/annonc688

**Authors**

S.J. Klempner[1], M. Beeram[2], D. Sabanathan[3], A. Chan[4], E. Hamilton[5], S. Loi[6], D. Oh[7], L.A. Emens[8], A. Patnaik[9], J.E. Kim[10], Y.H. Park[11], V. Odegard[12], S. Hamke[13], G. Jang[14], C. Jacquemont[15], N. Hunder[16], S.A. Piha-Paul[17]

**Author affiliations**

**More**

**Resources**

Login

View the ePoster →

### Abstract 209P

#### Background

SBT6050 comprises a TLR8 agonist linker-payload conjugated to a HER2-directed antibody and is designed to activate myeloid cells in tumors expressing moderate to high levels of HER2. TLR8 agonism directly activates myeloid cells and secondarily activates NK and T cells, inducing a broad spectrum of anti-tumor immune mechanisms.

#### Methods

This FIH study is evaluating SBT6050 alone and in combination with pembrolizumab (NCT04460456). Patients have HER2-expressing or -amplified solid tumors with progression following therapies known to confer clinical benefit. Single-agent and pembrolizumab combination dose escalations (Parts 1 and 3) will be followed by expansion cohorts at the RP2D (Parts 2 and 4).

#### Results

As of 4 April 2021, 18 patients across 10 tumor types were treated at 4 dose levels (Part 1, n=14; Part 3, n=4). Dose levels of SBT6050 ranging from 0.15 mg/kg to 1.2 mg/kg were pharmacologically active as demonstrated by the induction of blood-based biomarkers associated with myeloid cell and NK or T cell activation. SBT6050 exposures up to 0.6 mg/kg increase greater than dose-proportionally, and linear thereafter, reflecting evidence of target saturation at 0.6 mg/kg. Furthermore, increases in IFNγ, a marker for NK and/or T cell activation, along with additional on-target biomarkers, plateaued at 0.6 mg/kg. The most frequent (>25%) related TEAEs were chills, diarrhea, fatigue, hypotension, injection site reaction, nausea, pyrexia, and vomiting. Dose levels >0.6 mg/kg were evaluated to assess the upper limits of the dose range; Grade 3 DLTs that resolved with supportive care were observed in Part 1 at 1.2 mg/kg Q2 weeks. In response-evaluable patients (N=14), best overall response was PR (n=1), SD (n=3), and PD (n=10).

#### Conclusions

Based on preliminary safety data, SBT6050 given alone or in combination with pembrolizumab has a manageable safety profile. Related TEAEs are consistent with immune activation. A single-agent dose of 0.6 mg/kg administered Q2 weeks had a tolerable safety profile, drug exposure that reflects evidence of target saturation, and pharmacodynamics indicative of myeloid, NK and T cell activation.

#### Clinical trial identification

NCT04460456.

#### Editorial acknowledgement

#### Legal entity responsible for the study

4/24/22, 5:07 PM

Interim results of a phase I/Ib study of SBT6050 monotherapy and pembrolizumab combination in patients with advanced HER2-expressing or amplified s... | OncologyPRO

Case 2:21-cv-01499-MJP    Document 48-17    Filed 01/02/23    Page 3 of 4

Silverback Therapeutics, Inc.

## Funding

Silverback Therapeutics, Inc.

## Disclosure

S.J. Klempner, M. Beeram, A. Chan, S. Loi, D. Oh, L.A. Emens, A. Patnaik, J.E. Kim, Y.H. Park, S.A. Piha-Paul: Financial Interests, Institutional, Funding: Silverback Therapeutics, Inc.; Financial Interests, Institutional, Advisory Role: Silverback Therapeutics, Inc. E. Hamilton: Financial Interests, Institutional, Funding: OncoMed; Financial Interests, Institutional, Funding: Genentech/Roche; Financial Interests, Institutional, Funding: Zymeworksks; Financial Interests, Institutional, Funding: Rgenix; Financial Interests, Institutional, Funding: ArQule; Financial Interests, Institutional, Funding: Clovis; Financial Interests, Institutional, Funding: Silverback Therapeutics, Inc.; Financial Interests, Institutional, Funding: Millennium; Financial Interests, Institutional, Funding: Acerta Pharma; Financial Interests, Institutional, Funding: Sermonix Pharmaceuticals; Financial Interests, Institutional, Funding: Torque; Financial Interests, Institutional, Funding: Black Diamond; Financial Interests, Institutional, Funding: Karyopharm; Financial Interests, Institutional, Funding: Infinity Pharmaceuticals; Financial Interests, Institutional, Funding: Curis; Financial Interests, Institutional, Funding: Syndax; Financial Interests, Institutional, Funding: Novartis; Financial Interests, Institutional, Funding: Boehringer Ingelheim; Financial Interests, Institutional, Funding: Immunomedics; Financial Interests, Institutional, Funding: FujiFilm; Financial Interests, Institutional, Funding: Taiho; Financial Interests, Institutional, Funding: Decipera; Financial Interests, Institutional, Funding: Fochon; Financial Interests, Institutional, Funding: MedImmune; Financial Interests, Institutional, Funding: Seagen; Financial Interests, Institutional, Funding: Puma Biotechnology; Financial Interests, Institutional, Funding: Compugen; Financial Interests, Institutional, Funding: TapImmune; Financial Interests, Institutional, Funding: Lilly; Financial Interests, Institutional, Funding: Pfizer; Financial Interests, Institutional, Funding: H3 Biomedicine; Financial Interests, Institutional, Funding: Takeda; Financial Interests, Institutional, Funding: Merus; Financial Interests, Institutional, Funding: Regeneron; Financial Interests, Institutional, Funding: Arvinas; Financial Interests, Institutional, Funding: StemCentRx; Financial Interests, Institutional, Funding: Verastem; Financial Interests, Institutional, Funding: eFFECTOR Therapeutics; Financial Interests, Institutional, Funding: CytomX; Financial Interests, Institutional, Funding: Harpoon; Financial Interests, Institutional, Funding: Orinove; Financial Interests, Institutional, Funding: AstraZeneca; Financial Interests, Institutional, Funding: Tesaro; Financial Interests, Institutional, Funding: Macrogenics; Financial Interests, Institutional, Funding: EMD Serono; Financial Interests, Institutional, Funding: Daiichi Sankyo; Financial Interests, Institutional, Funding: Syros; Financial Interests, Institutional, Funding: Sutro; Financial Interests, Institutional, Funding: G1 Therapeutics; Financial Interests, Institutional, Funding: Merck; Financial Interests, Institutional, Funding: PharmaMar; Financial Interests, Institutional, Funding: Olema; Financial Interests, Institutional, Funding: Polyphor; Financial Interests, Institutional, Funding: Immunogen; Financial Interests, Institutional, Funding: Plexxicon; Financial Interests, Institutional, Funding: Amgen; Financial Interests, Institutional, Funding: Akesobio Australia; Financial Interests, Institutional, Funding: Shattuck Labs; Financial Interests, Institutional, Advisory Role: Genentech/Roche; Financial Interests, Institutional, Advisory Role: Boehringer Ingelheim; Financial Interests, Institutional, Advisory Role: Novartis; Financial Interests, Institutional, Advisory Role: Dantari; Financial Interests, Institutional, Advisory Role: Lilly; Financial Interests, Institutional, Advisory Role: Merck; Financial Interests, Institutional, Advisory Role: Puma Biotechnology; Financial Interests, Institutional, Advisory Role: Silverback Therapeutics, Inc.; Financial Interests, Institutional, Advisory Role: CytomX; Financial Interests, Institutional, Advisory Role: Pfizer; Financial Interests, Institutional, Advisory Role: Mersana; Financial Interests, Institutional, Advisory Role: Black Diamond; Financial Interests, Institutional, Advisory Role: H3 Biomedicine; Financial Interests, Institutional, Advisory Role: Daichi Sankyo; Financial Interests, Institutional, Advisory Role: AstraZeneca; Financial Interests, Institutional, Advisory Role: Arvinas; Financial Interests, Institutional, Advisory Role: Deciphera Pharmaceuticals; Financial Interests, Institutional, Advisory Role: Eisai; Financial Interests, Institutional, Advisory Role: Seagen. V. Odegard: Financial Interests, Personal, Full or part-time Employment: Silverback Therapeutics, Inc.; Financial Interests, Personal, Stocks/Shares: Silverback Therapeutics, Inc.; Financial Interests, Personal, Royalties: Silverback Therapeutics, Inc. S. Hamke, G. Jang, C. Jacquemont: Financial Interests, Personal, Full or part-time Employment: Silverback Therapeutics, Inc.; Financial Interests, Personal, Stocks/Shares: Silverback Therapeutics, Inc. N. Hunder: Financial Interests, Personal, Full or part-time Employment: Silverback Therapeutics, Inc.; Financial Interests, Personal, Stocks/Shares: Silverback Therapeutics, Inc.; Financial Interests, Personal, Advisory Role: Blaze Biosciences.

Close

## ONCOLOGY NEWS

## EDUCATION LIBRARY

## ONCOLOGY IN PRACTICE

## GUIDELINES

## MEETING RESOURCES

## TUMOUR SITES

### Legal

Terms of Use

Privacy Policy

Conditions of Use of OncologyPRO

Change cookie settings

### Useful links

About OncologyPRO

Guidelines

Tumour Sites

Sponsors

4/24/22, 5:07 PM

Interim results of a phase I/Ib study of SBT6050 monotherapy and pembrolizumab combination in patients with advanced HER2-expressing or amplified s... | OncologyPRO

Case 2:21-cv-01499-MJP    Document 48-17    Filed 01/02/23    Page 4 of 4

Contact Us

**Subscribe to our newsletter**

Receive our scientific and educational products, events, membership and educational initiatives.

To sign up for ESMO newsletters, simply create a myESMO account here and select the newsletters you'd like to receive.

ESMO is a Swiss-registered not-for-profit organisation. All funding for this site is provided directly by ESMO. Via Ginevra 4, 6900 Lugano - CH

© Copyright 2022 European Society for Medical Oncology All rights reserved worldwide.

ONCOLOGY NEWS

EDUCATION LIBRARY

ONCOLOGY IN PRACTICE

GUIDELINES

MEETING RESOURCES

TUMOUR SITES