# EXHIBIT N



# Corporate Presentation

September 2021

# Forward-looking statements and disclaimers



Any reproduction or distribution of this presentation, in whole or in part, or the disclosure of any of its contents is prohibited. This presentation includes certain forward-looking statements that involve risks and uncertainties that could cause actual results to be materially different from historical results or from any future results expressed or implied by such forward-looking statements regarding Silverback Therapeutics, Inc. (the "Company"). These forward-looking statement include, but are not limited to, those regarding the Company's plans and ability to bring new treatments to patients in need, including potential combination efforts, the progress and expected timing of the Company's drug development programs and clinical trials, clinical development plans and timelines, regulatory matters, market size and opportunity, the Company's future financial position, the Company's strategy and intellectual property matters, and Company estimates regarding expenses, capital requirements, and needs for additional financing. These forward-looking statements are based on the beliefs of the Company's management as well as assumptions made and information currently available to the Company. Such statements reflect the current views of the Company with respect to future events and are subject to business, regulatory, economic and competitive risks, uncertainties, contingencies and assumptions about the Company, including, among other things, the development of its business, trends in the industry, the legal and regulatory framework for the industry, and future expenditures. Factors that may cause actual results to differ materially include the risk that compounds that appeared promising in early research or clinical trials do not demonstrate safety and/or efficacy in later preclinical studies or clinical trials, the risk that the Company may not obtain approval to market its product candidates, uncertainties associated with performing clinical trials, regulatory filings and applications, risks associated with reliance on third parties to successfully conduct clinical trials, the risks associated with reliance on outside financing to meet capital requirements, and other risks associated with the process of discovering, developing and commercializing drugs that are safe and effective for use as human therapeutics, and in the endeavor of building a business around such drugs. In light of these risks, uncertainties, contingencies and assumptions, the events or circumstances referred to in the forward-looking statements may not occur. None of the future projections, expectations, estimates or prospects in this presentation should be taken as forecasts or promises nor should they be taken as implying any indication, assurance or guarantee that the assumptions on which such future projections, expectations, estimates or prospects have been prepared are correct or exhaustive or, in the case of the assumptions, fully stated in the presentation. The actual results may vary from the anticipated results and the variations may be material. You are urged to consider statements that include the words "may," "will," "would," "could," "should," "believes," "estimates," "projects," "promise," "potential," "expects," "plans," "anticipates," "intends," "continues," "designed," "goal," or the negative of those words or other comparable words to be uncertain and forward-looking. For a further list and description of the risks and uncertainties that the Company faces, please refer to the Company's periodic and other filings with the Securities and Exchange Commission, which are available at www.sec.gov. Such forward-looking statements are current only as of the date they are made, and the Company assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.

This presentation discusses product candidates that are under clinical study and which have not yet been approved for marketing by the U.S. Food and Drug Administration. No representation is made as to the safety or effectiveness of these product candidates for the use for which such product candidates are being studied.

The trademarks included herein are the property of the owners thereof and are used for reference purposes only. Such use should not be construed as an endorsement of such products.

# Corporate highlights



**1** ImmunoTAC conjugates are designed to **unlock a new class of targeted immuno-oncology agents** that direct a myeloid cell agonist to the tumor microenvironment for localized activation

**2** Emerging clinical data supports **proof-of-mechanism for localized TLR8 agonism and the ImmunoTAC platform**, evidenced by the robust activation of innate and adaptive immune response seen in patients

**3** SBT6050 has demonstrated **early signals** of anti-tumor activity as a monotherapy and in combination with a PD-1 inhibitor, with a **manageable safety profile** consistent with an active IO agent

**4** Clinical development plan to evaluate SBT6050 in combinations designed to have long-term benefit in early lines of treatment, including **combo with anti-PD1, with Enhertu, and with Herceptin/Tukysa**

**5** Positive readthrough to Silverback's TLR8 pipeline with **value-generating milestones expected in the next 6-18 months**, including anticipated initiation of SBT6290 (Nectin4) Ph1 study and SBT8230 (HBV) Ph1-enabling studies

# Advancing a pipeline of systemically delivered, tissue-targeted programs with value-generating milestones expected over the next 6-18 months



| Asset / Payload | Targeting Antigen | Indication(s) | Preclinical Studies | Phase 1 | Phase 2 | Anticipated Milestones |
|---|---|---|---|---|---|---|
| **SBT6050** TLR8 Agonist | HER2 | Breast Cancer, GEA, and NSCLC | **101**: Monotherapy and Combo with PD-1 Inhibitor | | | • 4Q 2021 – Initiate Libtayo tumor-specific expansion cohorts<br>• 1Q 2022 – Initiate additional Phase 1b tumor-specific expansion cohorts<br>• 1H 2022 – Additional interim Phase 1 dose-escalation data<br>• 2H 2022 – First Phase 1b data and additional Phase 1 data |
| | | | **201**: Combo with Enhertu / Herceptin+Tukysa | | | • 1Q 2022 – Initiate dosing in combination with Enhertu and with Herceptin+Tukysa<br>• 1H 2023 – Interim combo data |
| **SBT6290** TLR8 Agonist | Nectin4 | Bladder Cancer, TNBC, H&N Cancer, and NSCLC | | | | • 4Q 2021 – Submit IND<br>• 1Q 2022 – Initiate Phase 1 dose-escalation |
| **SBT8230** TLR8 Agonist | ASGR1 | Chronic Hepatitis B Virus | | | | • 1Q 2022 – Initiate Phase 1-enabling tox studies<br>• 4Q 2022 – Phase 1 regulatory submission |

*ASGR1 = Asialoglycoprotein Receptor 1 (Liver Localized Protein)*
*GEA = Gastroesophageal Adenocarcinoma*
*HER2 = Human Epidermal Growth Factor Receptor 2*

*H&N = Head and Neck*
*Nectin4 = Nectin Cell Adhesion Molecule 4*
*NSCLC = Non-Small Cell Lung Cancer*

*TLR8 = Toll Like Receptor 8*
*TNBC = Triple Negative Breast Cancer*

# ImmunoTAC platform strategically pairs antigen binding domains with linker-payloads to modulate pathways underlying serious diseases



**Antigen binding domain**

**Linker-payload**

**Fc region**

## Library of Proprietary Molecules

### Antigen Binding Domains

HER2    Nectin4    ASGR1    Undisclosed

### Linker-Payloads

TLR8 Agonist    TGFβR Antagonist    Undisclosed

Robust IP portfolio with **4 issued patents and over 100 patent applications** pending worldwide directed to payloads, conjugates, and antibodies, for use in cancer, virology and fibrosis

# SBT6050 is designed to localize TLR8 activation of myeloid cells in tumors via a HER2 antibody



**Antigen Binding Domain**: anti-HER2 antibody (pertuzumab)

**Payload:** TLR8 agonist

Administered systemically through SC injection

**Fc region:** IgG1

HER2+ NSCLC Tumor

**TUMOR CELL**

HER2

HER2

FcγR

FcγR

**MYELOID CELL**

TLR8 Agonist

TLR8 Receptor

6

# TLR8 is highly expressed in human myeloid cell types that elicit anti-tumor responses when activated



**TLR8 Agonism**

**Direct Effects**    **Indirect Effects**

| Macrophages | Dendritic Cells | Myeloid Derived Suppressor Cells | Monocytes | NK Cells | T Cells | B Cells |
|---|---|---|---|---|---|---|
| Direct tumor killing Pro-inflammatory environment Immune cell recruitment | Promote anti-tumor T cell responses and infiltration | Reprogramming to a pro-inflammatory state | Immune cell recruitment Tumor killing and stimulation | Direct tumor killing Creation of a pro-inflammatory environment | Direct tumor killing | Antigen presentation Activate T cells Produce antibodies |

*Myeloid cells* can comprise between 5-10% of the tumor, at least twice the prevalence of T cells*

*Zhang et al, Journal of Cancer 2019*



## SBT6050

**Tumor-localizing antigen**: HER2 moderate and high expression (pertuzumab epitope targeted)

**Target cell:** myeloid cells

**Payload**: proprietary TLR8 agonist

**Next readout:** 1H 2022 – additional interim Phase 1 dose-escalation data

**Proof-of-mechanism established in 40 patient dose escalation study\***

- Pharmacodynamic (PD) markers indicative of myeloid and T/NK cell activation generally increase with dose, plateauing at 0.6 mg/kg
- PD activity is maintained with repeat dosing
- SBT6050 payload detected in intratumoral macrophages and on tumor cells

**SBT6050 monotherapy or in combo with pembro has a manageable safety profile**

- Common adverse events consistent with immune activation
- Safety profile of SBT6050 in combination with pembrolizumab was similar to SBT6050 monotherapy
- Non-overlapping adverse events with other HER2-directed agents support combination with Enhertu and Herceptin+Tukysa

**Early signals of anti-tumor activity in a heavily pre-treated heterogenous population**

- Among 18 evaluable patients for tumor types of interest, one Partial Response (PR) (-55%, NSCLC) maintained at the most recent available scan obtained at 36 weeks post-enrollment, and 8 weeks after discontinuing study treatment
- Stable Disease (SD) reported in seven patients

\* August 1, 2021 data cut-off date

8

# Phase 1/1b dose escalation study; projected RP2D determined for expansion cohorts



## Part 1: monotherapy dose escalation

*SBT6050 SC injection Q2W*

HER2-expressing (IHC 2+ or 3+) or HER2-amplified advanced cancers

| 0.3 mg/kg | 0.6 mg/kg | 0.9 mg/kg | 1.2 mg/kg |
|---|---|---|---|

## Part 2: monotherapy tumor specific cohorts

*SBT6050 SC injection Q2W*

HER2$^{expressing}$ BC, gastric/GEJ, and NSCLC

## Part 3: pembrolizumab combination dose escalation

HER2-expressing (IHC 2+ or 3+) or HER2-amplified advanced cancers

*SBT6050 SC injection Q2W; pembrolizumab 400 mg IV Q6W*

| 0.15 mg/kg | 0.3 mg/kg | 0.6 mg/kg* |
|---|---|---|

## Part 4: pembrolizumab combination expansion cohort

*SBT6050 SC injection Q2W; pembrolizumab 400 mg IV Q6W*

HER2$^{expressing}$ solid tumors

## Part 5: cemiplimab combination expansion cohort

*SBT6050 SC injection Q3W; cemiplimab 350 mg/kg IV Q3W*

HER2$^{positive}$ gastric/GEJ cancer, HER2$^{expressing}$ NSCLC

**HER2 status:**
HER2$^{positive}$ = HER2 IHC 3+ or IHC 2+/amplified
HER2$^{expressing}$ = HER2 IHC 2+, or IHC3+, or amplified
HER2$^{low}$ = HER2 IHC 2+/ not amplified

*Currently enrolling | Data presented are interim data with a data cut-off date of August 1, 2021

# SBT6050 activation of innate and adaptive immune response may enhance and expand the effectiveness of Libtayo



1 SBT6050 activates myeloid cells, including dendritic cells, which then recruit and activate anti-tumor T cells

2 Induction of myeloid cell activation along with increases in immune cell infiltrate/activation in tumors can result in PD-L1 upregulation

3 Libtayo approved in first-line NSCLC, a prioritized tumor type for Silverback

4 In preclinical mouse tumor model studies, the combination of SBT6050-S and CPI shows increased anti-tumor activity over either agent alone



**Anti-PD-1 Combination**

EMT6 tumor model with low T cell infiltrate, moderate and heterogeneous HER2 expression, and refractory to CPI

# Combination with Enhertu and with Tukysa + Herceptin +/- capecitabine are supported by a strong scientific and clinical rationale



| Enhertu | Herceptin+Tukysa +/- capecitabine | Combination with SBT6050 |
|---|---|
| **1** Drive immunogenic tumor cell death and release of tumor neoantigens | » Activates DCs, potentially enhancing presentation of neoantigens and T cell activation |
| **2** Comprised of trastuzumab, capable of ADCC and ADCP | » Induces cytokines that amplify ADCC by NK cells<br>» Downmodulates SIRPα on myeloid cells, increasing ADCP through attenuation of CD47-SIRPα interaction<br>» Pertuzumab backbone is designed to combine with trastuzumab-based regimens |
| **3** Approved for 2L therapy in tumor types of interest | » Designed to overcome common resistance mechanisms to 1L PD-(L)1 refractory patients<br>» Addition of IO could deepen or prolong responses |

# Clinical development plans beyond monotherapy



| Combination regimen<br>*(estimated start)* | Strategic Initiative | |
|---|---|---|
| **Libtayo**<br>*(4Q21)* | 2L+ NSCLC<br>3L+ GEA | Combine with foundational IO therapy to lay groundwork in early lines of treatment |
| **Enhertu**<br>*(1Q22)* | 2L+ NSCLC<br>2L+ GEA | Novel combination with HER2-based cytotoxic ADC to seek breakthroughs in 2L+ settings |
| **Herceptin + Tukysa[1]**<br>*(1Q22)* | 2L+ mBC<br>2L+ CRC | Novel combination with HER2-targeted therapies and chemo to seek breakthroughs in 2L+ settings |

1. +/- capecitabine

# SBT6050 is designed to be used in combo with SOC agents such as CPIs and/or trastuzumab-based agents, potentially unlocking large market opportunities



Estimated U.S. Incidence of Early-Line HER2-Expressing Patients

Estimated U.S. Incidence of Relapsed or Refractory HER2-Expressing Patients

| | Breast | NSCLC | | GEA[1] | Colorectal | Bladder | Uterine | Pancreas | H&N | Ovarian | Biliary |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated HER2 Expression (IHC 2+/3+) & Amplifications | 30% | 16-32% | | 23% | 6-13% | 9% | 17-33% | 7-33% | 3-50% | 5-19% | 26% |
| FDA Approved HER2 Pathway Inhibitors | ✓ | | | ✓ | | | | | | | |
| FDA Approved HER2 Antibody Drug Conjugates | ✓ | Phase 2 | | ✓ | Phase 2 | | | | | | |
| FDA Approved Checkpoint Inhibitor | Phase 3 | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ |

**Estimated early-line U.S. cases per year > 160k    |    Estimated relapsed or refractory U.S. cases per year > 48k**

1. Gastroesophageal adenocarcinoma. Includes esophageal, gastric, gastroesophageal junction cancers

# SBT6050 administered alone or in combination with pembrolizumab has a manageable safety profile



**SILVERBACK®**
THERAPEUTICS

| Most frequent* treatment-related treatment emergent adverse events (TEAEs), by maximum severity | | | | | | |
|---|---|---|---|---|---|---|
| | Part 1: SBT6050 Monotherapy (n=32) | | | Part 3: SBT6050 + Pembrolizumab (n=8) | | |
| | Grade 1 | Grade 2 | Grade 3 | Grade 1 | Grade 2 | Grade 3 |
| Injection site reaction** | 15 (46.9%) | 11 (34.4%) | 1 (3.1%) | 5 (62.5%) | 2 (25%) | 0 |
| Pyrexia | 11 (34.4%) | 9 (28.1%) | 3 (9.4%) | 3 (37.5%) | 4 (50%) | 0 |
| Chills | 14 (43.8%) | 9 (28.1%) | 0 | 3 (37.5%) | 2 (25%) | 0 |
| Hypotension | 5 (15.6%) | 4 (12.5%) | 6 (18.8%) | 2 (25%) | 4 (50%) | 0 |
| Nausea | 6 (18.8%) | 8 (25%) | 1 (3.1%) | 1 (12%) | 4 (50%) | 0 |
| Vomiting | 5 (15.6%) | 9 (28.1%) | 0 | 3 (37.5%) | 0 | 0 |
| Fatigue | 0 | 7 (21.9%) | 0 | 1 (12.5%) | 1 (12.5%) | 0 |

* ≥ 20% patients overall in Parts 1 and 3    ** Includes Injection Site Rash

- No ≥ Grade 4 treatment-related TEAEs reported
- No treatment-related TEAEs led to discontinuation
- Grade 3 DLTs observed in Part 1 only and resolved with supportive care.  These included hypotension, hypoxia, ISR and fever
- 7 of the 8 patients who reported DLTs continued treatment at a reduced dose
- Transient decreases in hemoglobin are similar across all dose levels

# Pharmacokinetic (PK) studies reflect saturation of HER2-mediated clearance at dose levels ≥ 0.6 mg/kg and conjugate stability



## Serum PK Profiles



- 0.15 mg/kg + pembro (n=4)
- 0.3 mg/kg + pembro (n=4)
- 0.3 mg/kg (n=6)
- 0.6 mg/kg (n=9)
- 0.9 mg/kg (n=3)
- 1.2 mg/kg (n=4)

## Dose-proportional increases in AUC at doses ≥ 0.6 mg/kg

| SBT6050 dose (mg/kg) | AUC (µg*d/mL) | Fold increase |
|---|---|---|
| 0.15 + pembro | 0.10 ± 0.17 | ~15.7x |
| 0.3 + pembro | 1.57 ± 1.19 | |
| 0.3 | 1.16 ± 0.76 | ~5.0x |
| 0.6 | 5.84 ± 2.57 | ~1.4x |
| 0.9 | 8.14 ± 3.55 | ~1.5x |
| 1.2 | 12.6 ± 2.6 | |

Mean values increased greater than dose proportionally up to 0.6 mg/kg (~5-fold from 0.3 to 0.6 mg/kg), but proportionally at dose levels ≥ 0.6 mg/kg

## Free payload is not detected in ~98% of serum samples

| Dose Range (mg/kg) | Frequency of Free Payload Detection (n=136 blood samples) | | Free Payload Concentrations (nM) | Reference Payload Potency (nM) |
|---|---|---|---|---|
| 0.15 to 1.2 | Not quantifiable | 133 | Below LLOQ[1] | $EC_{50}$ ~100 |
| | quantifiable | 3 | 0.05-0.09 | $LAC^2$ ~50 |

1. LLOQ = Lower Limit of Quantitation (0.04 nM)
2. LAC = Lowest Active Concentration

# Induction of PD biomarkers of <u>myeloid cell activation</u> observed across all dose levels and generally plateau at 0.6 mg/kg



**Part 1: SBT6050 Monotherapy**
- 0.3 mg/kg
- 0.6 mg/kg
- 0.9 mg/kg
- 1.2 mg/kg

**Part 3: SBT6050 + pembrolizumab**
- 0.15 mg/kg + 400 mg pembro
- 0.30 mg/kg + 400 mg pembro

*For MCP-1 and IP-10, peak levels were significantly higher (unpaired t-test, p ≤0.05) at 0.6 mg/kg vs. lower dose levels, while no significant differences in peak levels were observed across the 0.6 to 1.2 mg/kg dose levels for any analyte*

# Induction of IFNγ, a biomarker of <u>T and NK cell activation</u>, observed across all dose levels and generally plateaus at 0.6 mg/kg







Activation of DCs in lymph nodes drives expansion of polyfunctional tumor reactive T cells





**Part 1: SBT6050 Monotherapy**
- 0.3 mg/kg
- 0.6 mg/kg
- 0.9 mg/kg
- 1.2 mg/kg



**Part 3: SBT6050 + pembrolizumab**
- 0.15 mg/kg + 400 mg pembro
- 0.30 mg/kg + 400 mg pembro

# PD activity is maintained with repeat dosing



# SBT6050 payload is detected on tumor cells and in intratumoral macrophages, supporting the proposed mechanism of action in the TME



**SBT6050 payload is detected on tumor cells and in intratumoral macrophages of patients dosed at 0.6 mg/kg**

## Patient A
### Pre-treatment    On-treatment

50µm    50µm

HER2 IHC 1+ breast cancer

## Patient B
### Pre-treatment    On-treatment

50µm    50µm

HER2 IHC 3+ breast cancer

► Examples of SBT6050 payload-positive macrophage

# SBT6050 demonstrated early signals of anti-tumor activity in tumor types prioritized for expansion cohorts





Figure includes patients with tumor types prioritized for expansion cohorts (breast, gastroesophageal, NSCLC), who have restaging CT scans evaluable per RECIST

# Adverse events do not change with repeat dosing; PR maintained while off study



- Overall response in patients with RECIST-evaluable CT scans (n=24) was PR: n=1, SD: n=8, PD: n=15. Figure includes patients with tumor types prioritized for expansion cohorts (breast, gastroesophageal, NSCLC), who have restaging CT scans evaluable per RECIST
- Interim data as of August 1, 2021

1. Patient classified as progressive disease based on a new 5mm CNS lesion, but remains on study and demonstrated a 3% reduction in target lesions

## SBT6050 conferred clinical benefit to patients with heavily pre-treated, advanced solid tumors



| | NSCLC<br>HER2 IHC 2+<br>Not amplified | Breast Cancer<br>HER2 IHC 3+ | Bladder Cancer<br>HER2 IHC 2+<br>Amplification unknown | Breast Cancer<br>HER2 IHC 3+ | Breast Cancer<br>HER2 IHC 3+ | Gastric Cancer<br>HER2 IHC 3+ |
|---|---|---|---|---|---|---|
| **Age** | 67F | 73F | 60M | 48F | 40F | 49M |
| **Dose** | 0.3 mg/kg monotherapy | 0.3 mg/kg monotherapy | 0.6 mg/kg monotherapy | 1.2 mg/kg monotherapy (decreased to 0.6 mg/kg at dose 3) | 0.3 mg/kg plus pembro | 0.3 mg/kg plus pembro |
| **Treatment Duration** | **26 weeks** (11 doses) | **33 weeks** (17 doses) | **>8 weeks** and remains on treatment | **>21 weeks** and remains on treatment, per investigator decision | **>8 weeks** and remains on treatment | **>8 weeks** and remains on treatment |
| **Prior Lines of Therapy** | **3 prior lines** with progression on prior PD-1 treatment | **7+ prior lines** including HER2-ADC and HER2 targeted therapy | **2 prior lines** including anti-PD-L1 and cisplatin-gemcitabine | **4 prior lines** including HER2-ADC, anti-PD-L1, and HER2 targeted therapy | **3+ prior lines** including HER2-based cytotoxic ADC and HER2 targeted therapy | **1 prior line** including HER2 targeted therapy |
| **Best Response** | **Confirmed Partial Response** (-55%) Response ongoing at 36 weeks from first dose | **Stable Disease** (+2%) Maintained stable disease through 24-week scan | **Stable Disease** (-2.7%) | **Progressive Disease** (-3% in target lesions) PD based on new 5mm CNS lesion | **Stable Disease** (-20%) | **Stable Disease** (0%) Decreasing tumor marker (CA19-9 decrease from 135 to 64 U/mL) |

# Safety profile, PK, and PD data support a projected RP2D of 0.6 mg/kg



**At the 0.6 mg/kg dose level:**

- ✓ Safety and tolerability profile consistent with an immune activator and manageable

- ✓ Serum PK suggests HER2 target saturation

- ✓ Pharmacodynamic markers indicative of myeloid, T/NK cell activation reach a plateau

- ✓ Payload is detected in intratumoral macrophages and on tumor cells

- ✓ Signals of anti-tumor activity, as single agent or in combo, observed at doses at or above 0.15 mg/kg

# SBT6290



**Tumor-targeting antigen**: Nectin4

**Target cell:** myeloid cells

**Payload**: proprietary TLR8 agonist

**Next milestones**:
- 4Q 2021 - submit IND
- 1Q 2022 - initiate Phase 1 dose-escalation

**SBT6290 comprises the same TLR8 agonist linker-payload used in SBT6050, conjugated to a proprietary Nectin4-directed monoclonal antibody**

- Nectin4 is a clinically validated target by Seagen through the 2019 accelerated approval of ADC enfortumab vedotin (Padcev) in bladder cancer

- SBT6290 is tuned for activity in settings of Nectin4 moderate to high expression

- Preclinical studies demonstrate a similar functional profile to SBT6050, with robust anti-tumor activity and upregulation of key cytokines and chemokines in tumor that are indicative of myeloid and T/NK cell activation

- Non-GLP toxicology studies with SC administration in NHP indicate a favorable therapeutic window

- Pre-IND alignment with FDA on preclinical, CMC, and clinical plan was achieved in February 2021

- GLP toxicology study completed, with IND filing on track for the fourth quarter of 2021

# SBT6290 is selective for Nectin4 and blocks TIGIT:Nectin4 interaction

**SILVERBACK®**
THERAPEUTICS

### SBT6290 is Selective for Nectin4

| Nectin Family Members | Binding Affinity |
|---|---|
| Nectin4 | <1 pM |
| Nectin1 | No binding detected; affinity is >1µM |
| Nectin2 | |
| Nectin3 | |

### SBT6290 Binds With High Affinity to Tumor Cells Expressing Nectin4



### SBT6290 binding domain blocked TIGIT binding to Nectin4-expressing tumor cells



# SBT6290 activates human myeloid cells in a Nectin4- and Fc-dependent manner







# SBT6290-S demonstrates robust single agent activity *in vivo*





# Nectin4 is overexpressed in bladder, TNBC, H&N, and NSCLC, among other indications, unlocking a large opportunity in an untapped market



## Nectin4 Overexpression Across Select Tumor Types



| | Bladder | TNBC | H&N | NSCLC |
|---|---|---|---|---|
| Estimated Nectin4 Moderate – High IHC Expression | 60-83%[1] | 53-78%[1] | 18-59%[1] | 30-58%[2] |

Bar values: Bladder 48,000 / 10,000; TNBC 21,000 / 3,000; H&N 11,000 / 2,000; NSCLC 101,000 / 58,000

■ Estimated U.S. Incidence of Early-Line Nectin4-Expressing Patients

■ Estimated U.S. Incidence of Relapsed or Refractory Nectin4-Expressing Patients

**181k e**stimated early-line U.S. cases per year

**73k e**stimated relapsed or refractory U.S. cases per year

## Nectin4-Targeted Therapies in Development

| | Bladder | Breast | Lung | H&N | GEC |
|---|---|---|---|---|---|
| Approved | ꝊSeagen [3] | | | | |
| Ph 3 | ꝊSeagen | | | | |
| Ph 2 – Solid Tumor Basket Study | | ꝊSeagen | ꝊSeagen | ꝊSeagen | ꝊSeagen |
| Ph 1 – Solid Tumor Basket Study | bicycle therapeutics | bicycle therapeutics | bicycle therapeutics | bicycle therapeutics | bicycle therapeutics |

[1]Challita-Eid et al *Cancer Research* 2016, et al. | [2] Takano et al *Cancer Research* 2009 | [3] Padcev accelerated approval

# SBT8230



**Liver-targeting antigen**: ASGR1

**Target cell:** myeloid cells

**Payload**: proprietary TLR8 agonist

**Indication:** cHBV

**Next milestone**:
- 1Q 2022 – Initiate Phase 1-enabling tox studies
- 4Q 2022 – Phase 1 regulatory submission

**SBT8230 provides opportunity to further realize potential of TLR8 agonism with liver-localized activity, if approved**

- Potent IFNγ-mediated immune response and seroconversion, which TLR8 agonism has been shown to drive, is key determinant of achieving a functional cure in cHBV

- Clinical validation provided by Gilead's untargeted, orally administered TLR8 agonist small molecule selgantolimod (GS-9688)

- SBT8230 binds to ASGR1 (GalNAc target) and is combinable with RNAi approaches and other cHBV therapies

- Designed to achieve exposure not possible with untargeted, systemically administered TLR8 agonists

- Exploratory NHP toxicology study demonstrates wide therapeutic window

- Early CMC activities initiated, including selection of the clone and creation of a master cell bank

# ASGR1-TLR8 potently activated human myeloid cells, resulting in a robust IFN$\gamma$ response



**TNF$\alpha$: Myeloid Activation, Increased Viral Ag Presentation**

- Lead conjugate
- Unconjugated mAb
- Control conjugate

**IL-12: DC Activation**

**IL-18: Synergized with IL-12 for Th1 Response**

**Potent IFN$\gamma$ Activation**

- Lead conjugate
- Unconjugated mAb
- Control conjugate

# ASGR1-S reduces Hepatitis B surface antigen (HBsAg) and drives seroconversion in AAV-HBV mouse model







**ASGR1-S lowered average plasma viral DNA titers 2.5 logs**

# Multiple preclinical programs to expand ImmunoTAC platform



## IO TLR8 Programs

- Two additional undisclosed IO targets may enable us to expand coverage of solid tumor indications

- Same TLR8 linker-payload utilized in SBT6050 and SBT6290 and similar in vitro functional profile

## Liver-Directed TGFβRi ImmunoTAC for Liver Fibrosis

- Designed for liver-localized TGFβ signaling inhibition for anti-fibrotic effects

- Designed to inhibit the TGFβR directly for complete pathway inhibition

- Blockade of TGFβ/SMAD signaling in hepatocytes in mice (CCl4 model) prevents liver fibrosis

## Additional Discovery Programs

- Additional ImmunoTAC conjugates comprised of novel payload classes in preclinical development and entering in vivo models

# Led by a veteran team with a track record of advancing transformative therapies



## Leadership Team



**Laura Shawver, PhD**
Chief Executive Officer
 



**Valerie Odegard, PhD**
President, CSO




**Naomi Hunder, MD**
Chief Medical Officer
 



**Jonathan Piazza**
Chief Financial Officer
 



**Sateesh Natarajan, PhD**
SVP, CMC
 



**Jeffrey Pepe, JD, PhD**
SVP, General Counsel
 



**Scott Moorefield, PhD**
SVP, Business Development
 

**Russ Hawkinson**
SVP, Finance

## Board of Directors

Peter Thompson, MD
*Co-Founder, Chairman*
 

Vickie Capps
 

Rob Hershberg, MD, PhD
 

Saqib Islam, JD
 

Maria Koehler, MD, PhD

Andrew Powell, JD

Jonathan Root, MD

Thilo Schroeder, MD

Laura Shawver, PhD
 

# Corporate highlights



**1** ImmunoTAC conjugates are designed to **unlock a new class of targeted immuno-oncology agents** that direct a myeloid cell agonist to the tumor microenvironment for localized activation

**2** Emerging clinical data supports **proof-of-mechanism for localized TLR8 agonism and the ImmunoTAC platform**, evidenced by the robust activation of innate and adaptive immune response seen in patients

**3** SBT6050 has demonstrated **early signals** **of anti-tumor activity** as a monotherapy and in combination with a PD-1 inhibitor, with a **manageable safety profile** consistent with an active IO agent

**4** Clinical development plan to evaluate SBT6050 in combinations designed to have long-term benefit in early lines of treatment, including **combo with anti-PD1, with Enhertu, and with Herceptin/Tukysa**

**5** Positive readthrough to Silverback's TLR8 pipeline with **value-generating milestones expected in the next 6-18 months**, including **anticipated** initiation of SBT6290 (Nectin4) Ph1 study and SBT8230 (HBV) Ph1-enabling studies

