# EXHIBIT O



# SBT6050-101: Phase 1/1B
# Interim Clinical Study Update

**Investor Presentation at the European Society of Medical Oncology 2021**

**September 16, 2021**

# Forward-looking statements and disclaimers



Any reproduction or distribution of this presentation, in whole or in part, or the disclosure of any of its contents is prohibited. This presentation includes certain forward-looking statements that involve risks and uncertainties that could cause actual results to be materially different from historical results or from any future results expressed or implied by such forward-looking statements regarding Silverback Therapeutics, Inc. (the "Company"). These forward-looking statement include, but are not limited to, those regarding the Company's plans and ability to bring new treatments to patients in need, including potential combination efforts, the progress and expected timing of the Company's drug development programs and clinical trials, clinical development plans and timelines, regulatory matters, market size and opportunity, the Company's future financial position, the Company's strategy and intellectual property matters, and Company estimates regarding expenses, capital requirements, and needs for additional financing. These forward-looking statements are based on the beliefs of the Company's management as well as assumptions made and information currently available to the Company. Such statements reflect the current views of the Company with respect to future events and are subject to business, regulatory, economic and competitive risks, uncertainties, contingencies and assumptions about the Company, including, among other things, the development of its business, trends in the industry, the legal and regulatory framework for the industry, and future expenditures. Factors that may cause actual results to differ materially include the risk that compounds that appeared promising in early research or clinical trials do not demonstrate safety and/or efficacy in later preclinical studies or clinical trials, the risk that the Company may not obtain approval to market its product candidates, uncertainties associated with performing clinical trials, regulatory filings and applications, risks associated with reliance on third parties to successfully conduct clinical trials, the risks associated with reliance on outside financing to meet capital requirements, and other risks associated with the process of discovering, developing and commercializing drugs that are safe and effective for use as human therapeutics, and in the endeavor of building a business around such drugs. In light of these risks, uncertainties, contingencies and assumptions, the events or circumstances referred to in the forward-looking statements may not occur. None of the future projections, expectations, estimates or prospects in this presentation should be taken as forecasts or promises nor should they be taken as implying any indication, assurance or guarantee that the assumptions on which such future projections, expectations, estimates or prospects have been prepared are correct or exhaustive or, in the case of the assumptions, fully stated in the presentation. The actual results may vary from the anticipated results and the variations may be material. You are urged to consider statements that include the words "may," "will," "would," "could," "should," "believes," "estimates," "projects," "promise," "potential," "expects," "plans," "anticipates," "intends," "continues," "designed," "goal," or the negative of those words or other comparable words to be uncertain and forward-looking. For a further list and description of the risks and uncertainties that the Company faces, please refer to the Company's periodic and other filings with the Securities and Exchange Commission, which are available at www.sec.gov. Such forward-looking statements are current only as of the date they are made, and the Company assumes no obligation to update any forward-looking statements, whether as a result of new information, future events, or otherwise.

This presentation discusses product candidates that are under clinical study and which have not yet been approved for marketing by the U.S. Food and Drug Administration. No representation is made as to the safety or effectiveness of these product candidates for the use for which such product candidates are being studied.

The trademarks included herein are the property of the owners thereof and are used for reference purposes only. Such use should not be construed as an endorsement of such products.

# Today's participants





**Laura Shawver, PhD**
Chief Executive Officer



**Valerie Odegard, PhD**
President, CSO



**Naomi Hunder, MD**
Chief Medical Officer



**Sam Klempner, MD**
Medical Oncologist

# Dr. Sam Klempner – Massachusetts General Hospital





**Sam Klempner, MD**
Medical Oncologist

Dr. Klempner completed his residency in internal medicine at Brigham and Women's Hospital/Harvard Medical School, followed by a combined hematology-oncology fellowship at Beth Israel Deaconess Medical Center/Harvard Medical School.  While at Harvard Dr. Klempner studied the mechanisms of resistance to targeted therapies in tumor cells in the lab of Dr. Lewis Cantley, PhD.  Dr. Klempner is board certified in medical oncology, hematology, and internal medicine, and belongs to several oncology research societies including the American Society of Clinical Oncology (ASCO), European Society of Medical Oncology (ESMO), the American Association for Cancer Research (AACR).  His work has been published in multiple journals including Journal of Clinical Oncology (JCO), Cancer Discovery, Lancet Oncology, JAMA Oncology, Annals of Oncology and others.   He is an active member of the ASCO TAPUR trial molecular tumor board and serves on the editorial board of JCO Precision oncology.

As a member of the gastrointestinal cancer group at MGH Dr. Klempner works in a multidisciplinary team to optimize and individualize treatment using molecular characterization across all stages of GI cancers.  He conducts clinical trials and translational research with new targeted agents and immune therapies and is active in the gastroesophageal cancer community where he serves on the advisory board of Debbie's Dream Foundation and Hope for Stomach Cancer.  He has received several awards for his care of patients with GI cancers.

# SBT6050 is designed to localize TLR8 activation of myeloid cells in tumors via a HER2 antibody



# TLR8 is highly expressed in human myeloid cell types that elicit anti-tumor responses when activated



**TLR8 Agonism**

**Direct Effects**                    **Indirect Effects**

| Macrophages | Dendritic Cells | Myeloid Derived Suppressor Cells | Monocytes | NK Cells | T Cells | B Cells |
|---|---|---|---|---|---|---|
| Direct tumor killing Pro-inflammatory environment Immune cell recruitment | Promote anti-tumor T cell responses and infiltration | Reprogramming to a pro-inflammatory state | Immune cell recruitment Tumor killing and stimulation | Direct tumor killing Creation of a pro-inflammatory environment | Direct tumor killing | Antigen presentation Activate T cells Produce antibodies |

***Myeloid cells** can comprise between 5-10% of the tumor, at least twice the prevalence of T cells**

*Zhang et al, Journal of Cancer 2019*

# SBT6050 is designed to be used in combo with SOC agents such as CPIs and/or trastuzumab-based agents, potentially unlocking large market opportunities



■ Estimated U.S. Incidence of Early-Line HER2-Expressing Patients    ■ Estimated U.S. Incidence of Relapsed or Refractory HER2-Expressing Patients

| | Breast | NSCLC | GEA[1] | Colorectal | Bladder | Uterine | Pancreas | H&N | Ovarian | Biliary |
|---|---|---|---|---|---|---|---|---|---|---|
| Estimated HER2 Expression (IHC 2+/3+) & Amplifications | 30% | 16-32% | 23% | 6-13% | 9% | 17-33% | 7-33% | 3-50% | 5-19% | 26% |
| FDA Approved HER2 Pathway Inhibitors | ✓ | | ✓ | | | | | | | |
| FDA Approved HER2 Antibody Drug Conjugates | ✓ | Phase 2 | ✓ | Phase 2 | | | | | | |
| FDA Approved Checkpoint Inhibitor | Phase 3 | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ |

**Estimated early-line U.S. cases per year > 160k    |    Estimated relapsed or refractory U.S. cases per year > 48k**

1. Gastroesophageal adenocarcinoma. Includes esophageal, gastric, gastroesophageal junction cancers

# SBT6050 interim data update highlights



**1** **SBT6050 monotherapy or in combination with pembrolizumab has a manageable safety profile**
- Common adverse events were consistent with immune activation
- At higher monotherapy dose levels, on-mechanism DLTs were observed and resolved with supportive care
- The safety profile of SBT6050 in combination with pembrolizumab was similar to SBT6050 monotherapy

**2** **Proof-of-mechanism established**
- Pharmacodynamic (PD) markers indicative of myeloid and T/NK cell activation generally increase with dose, plateauing at 0.6 mg/kg
- PD activity is maintained with repeat dosing
- SBT6050 payload detected in intratumoral macrophages and on tumor cells

**3** **Early signals of anti-tumor activity in a heavily pre-treated heterogenous population**
- Among 18 evaluable patients for tumor types of interest, one Partial Response (PR) (-55%, NSCLC) maintained at the most recent available scan obtained at 36 weeks post-enrollment, and 8 weeks after discontinuing study treatment
- Stable Disease (SD) reported in seven patients

# Phase 1/1b dose escalation and expansion study as a single agent and in combinations with pembrolizumab



## Part 1: monotherapy dose escalation

*SBT6050 SC injection Q2W*

HER2-expressing (IHC 2+ or 3+) or HER2-amplified advanced cancers

| 0.3 mg/kg | 0.6 mg/kg | 0.9 mg/kg | 1.2 mg/kg |

## Part 2: monotherapy tumor specific cohorts

*SBT6050 SC injection Q2W*

HER2$^{expressing}$ BC, gastric/GEJ, and NSCLC

## Part 3: pembrolizumab combination dose escalation

HER2-expressing (IHC 2+ or 3+) or HER2-amplified advanced cancers

*SBT6050 SC injection Q2W; pembrolizumab 400 mg IV Q6W*

| 0.15 mg/kg | 0.3 mg/kg | 0.6 mg/kg* |

## Part 4: pembrolizumab combination expansion cohort

*SBT6050 SC injection Q2W; pembrolizumab 400 mg IV Q6W*

HER2$^{expressing}$ solid tumors

## Part 5: cemiplimab combination expansion cohort

*SBT6050 SC injection Q3W; cemiplimab 350 mg/kg IV Q3W*

HER2$^{positive}$ gastric/GEJ cancer, HER2$^{expressing}$ NSCLC

**HER2 status:**
HER2$^{positive}$ = HER2 IHC 3+ or IHC 2+/amplified
HER2$^{expressing}$ = HER2 IHC 2+, or IHC3+, or amplified
HER2$^{low}$ = HER2 IHC 2+/ not amplified

*Currently enrolling | Data presented are interim data with a data cut-off date of August 1, 2021

# Heavily pre-treated patients across 12 different tumor types were enrolled in the study



| Baseline Characteristics and Demographics | Total, n=40 |
|---|---|
| Median Age (min, max) | 61.0  (21.0, 81.0) |
| Gender | |
|     Male, n (%) | 16 (40.0%) |
|     Female, n (%) | 24 (60.0%) |
| Median Number Prior Anti-Cancer Therapies (min, max) | 4.5 (1.0, 12.0) |
| ECOG Performance Status | |
|     0, n (%) | 11 (27.5%) |
|     1, n (%) | 29 (72.5%) |
| Primary Tumor Type | |
|     Breast, n (%) | 17 (42.5%) |
|     Gastroesophageal[1], n (%) | 9 (22.5%) |
|     NSCLC, n (%) | 2 (5%) |
|     Other[2], n (%) | 12 (30%) |
| HER2 expression (local assessment) | |
|     HER2 positive (IHC 3+ or IHC 2+/amplified), n (%) | 24 (60%) |
|     HER2 IHC 2+, not amplified or unknown, n (%) | 10 (25%) |
|     HER2 amplified/IHC unknown, n (%) | 3 (7.5%) |
|     HER2 missing, n (%) | 3 (7.5%) |

1. Includes esophageal, gastric, gastroesophageal junction cancers
2. "Other" tumor types enrolled were appendiceal, fallopian tube, ovarian, thymic, metastasis of unknown origin, gallbladder, ampullary, colorectal, urothelial cancers

# Forty patients enrolled across five dose levels, allowing for robust safety, pharmacokinetic (PK), and PD evaluation



| | Enrolled (n) | Remaining on treatment (n) | Median # Doses SBT6050 (Min, Max) | |
|---|---|---|---|---|
| Part 1: SBT6050 monotherapy | | | | |
| 0.3 mg/kg | 6 | 0 | 3.5 | (1, 17) |
| 0.6 mg/kg | 15 | 3 | 2 | (1, 6) |
| 0.9 mg/kg | 7 | 4 | 2 | (1, 4) |
| 1.2 mg/kg | 4 | 2 | 4.5 | (2, 11) |
| Part 3: SBT6050 plus pembrolizumab | | | | |
| 0.15 mg/kg + pembro | 4 | 1 | 4 | (1, 11) |
| 0.3 mg/kg + pembro | 4 | 3 | 5 | (2, 6) |
| All dose levels | 40 | 13 | 3 | (1, 17) |

- Patients discontinued study treatment due to progression of disease (n=17), withdrawal of consent (n=7), adverse event not related to treatment (n=1), or investigator decision (n=2)

- A total of 10 patients in the 0.6 (n=6) and 0.9 (n=4) mg/kg monotherapy cohorts received corticosteroid premedication (single dose of methylprednisolone) with each dose

- Patients experiencing DLTs received a reduced dose after the first or second injection

# SBT6050 administered alone or in combination with pembrolizumab has a manageable safety profile



## Most frequent* treatment-related treatment emergent adverse events (TEAEs), by maximum severity

| | Part 1: SBT6050 Monotherapy (n=32) | | | Part 3: SBT6050 + Pembrolizumab (n=8) | | |
|---|---|---|---|---|---|---|
| | Grade 1 | Grade 2 | Grade 3 | Grade 1 | Grade 2 | Grade 3 |
| Injection site reaction** | 15 (46.9%) | 11 (34.4%) | 1 (3.1%) | 5 (62.5%) | 2 (25%) | 0 |
| Pyrexia | 11 (34.4%) | 9 (28.1%) | 3 (9.4%) | 3 (37.5%) | 4 (50%) | 0 |
| Chills | 14 (43.8%) | 9 (28.1%) | 0 | 3 (37.5%) | 2 (25%) | 0 |
| Hypotension | 5 (15.6%) | 4 (12.5%) | 6 (18.8%) | 2 (25%) | 4 (50%) | 0 |
| Nausea | 6 (18.8%) | 8 (25%) | 1 (3.1%) | 1 (12%) | 4 (50%) | 0 |
| Vomiting | 5 (15.6%) | 9 (28.1%) | 0 | 3 (37.5%) | 0 | 0 |
| Fatigue | 0 | 7 (21.9%) | 0 | 1 (12.5%) | 1 (12.5%) | 0 |

* ≥ 20% patients overall in Parts 1 and 3    ** Includes Injection Site Rash

- No ≥ Grade 4 treatment-related TEAEs reported
- No treatment-related TEAEs led to discontinuation
- CRS was reported in 4 patients (n=3 Grade 2 in Part 1, n=1 Grade 1 in Part 3); no ≥ Grade 3 CRS was reported
- There were 5 deaths on study, all related to PD, and not related to SBT6050
- DLTs were all Grade 3 and in Part 1.  DLTs at 0.6 mg/kg (DLT evaluable = 11) were hypotension (n=1); 0.9 mg/kg (DLT evaluable=6) were hypotension (n=1), hypoxia (n=1), and fever (n=1); 1.2 mg/kg (DLT evaluable n=4) were hypotension (n=3) and ISR (n=1)
- All DLTs resolved with supportive care. Seven of the 8 patients who reported DLTs continued treatment at a reduced dose

# Transient decreases in hemoglobin are similar across all dose levels





TLR8 activation can lead to downregulation of SIRPα expression by myeloid cells, which likely results in phagocytosis of aging circulating RBCs

# PK studies reflect saturation of HER2-mediated clearance at dose levels ≥ 0.6 mg/kg and conjugate stability



## Serum PK Profiles



- 0.15 mg/kg + pembro (n=4)
- 0.3 mg/kg + pembro (n=4)
- 0.3 mg/kg (n=6)
- 0.6 mg/kg (n=9)
- 0.9 mg/kg (n=3)
- 1.2 mg/kg (n=4)

## Dose-proportional increases in AUC at doses ≥ 0.6 mg/kg

| SBT6050 dose (mg/kg) | AUC (µg*d/mL) | Fold increase |
|---|---|---|
| 0.15 + pembro | 0.10 ± 0.17 | ~15.7x |
| 0.3 + pembro | 1.57 ± 1.19 | |
| 0.3 | 1.16 ± 0.76 | ~5.0x |
| 0.6 | 5.84 ± 2.57 | ~1.4x |
| 0.9 | 8.14 ± 3.55 | |
| 1.2 | 12.6 ± 2.6 | ~1.5x |

Mean values increased greater than dose proportionally up to 0.6 mg/kg (~5-fold from 0.3 to 0.6 mg/kg), but proportionally at dose levels ≥ 0.6 mg/kg

## Free payload is not detected in ~98% of serum samples

| Dose Range (mg/kg) | Frequency of Free Payload Detection (n=136 blood samples) | | Free Payload Concentrations (nM) | Reference Payload Potency (nM) |
|---|---|---|---|---|
| 0.15 to 1.2 | Not quantifiable | 133 | Below LLOQ[1] | $EC_{50}$ ~100 |
| | quantifiable | 3 | 0.05-0.09 | $LAC^2$ ~50 |

1. LLOQ = Lower Limit of Quantitation (0.04 nM)
2. LAC = Lowest Active Concentration

# Induction of PD biomarkers of myeloid cell activation observed across all dose levels and generally plateau at 0.6 mg/kg





*For MCP-1 and IP-10, peak levels were significantly higher (unpaired t-test, p ≤0.05) at 0.6 mg/kg vs. lower dose levels, while no significant differences in peak levels were observed across the 0.6 to 1.2 mg/kg dose levels for any analyte*

# Induction of IFNγ, a biomarker of <u>T and NK cell activation</u>, observed across all dose levels and generally plateaus at 0.6 mg/kg







Activation of DCs in lymph nodes drives expansion of polyfunctional tumor reactive T cells





**Part 1: SBT6050 Monotherapy**
- 0.3 mg/kg
- 0.6 mg/kg
- 0.9 mg/kg
- 1.2 mg/kg



**Part 3: SBT6050 + pembrolizumab**
- 0.15 mg/kg + 400 mg pembro
- 0.30 mg/kg + 400 mg pembro

# PD activity is maintained with repeat dosing





Part 1: SBT6050 Monotherapy
- 0.3 mg/kg
- 0.6 mg/kg
- 0.9 mg/kg
- 1.2 mg/kg

Part 3: SBT6050 + pembrolizumab
- 0.15 mg/kg + 400 mg pembro
- 0.30 mg/kg + 400 mg pembro

# SBT6050 payload is detected on tumor cells and in intratumoral macrophages, supporting the proposed mechanism of action in the TME





SBT6050 payload is detected on tumor cells and in intratumoral macrophages of patients dosed at 0.6 mg/kg

Patient A

Pre-treatment    On-treatment

50μm    50μm

HER2 IHC 1+ breast cancer

Patient B

Pre-treatment    On-treatment

50μm    50μm

HER2 IHC 3+ breast cancer

► Examples of SBT6050 payload-positive macrophage

# SBT6050 demonstrated early signals of anti-tumor activity in tumor types prioritized for expansion cohorts





Figure includes patients with tumor types prioritized for expansion cohorts (breast, gastroesophageal, NSCLC), who have restaging CT scans evaluable per RECIST

19

# Adverse events do not change with repeat dosing; PR maintained while off study





- Overall response in patients with RECIST-evaluable CT scans (n=24) was PR: n=1, SD: n=8, PD: n=15. Figure includes patients with tumor types prioritized for expansion cohorts (breast, gastroesophageal, NSCLC), who have restaging CT scans evaluable per RECIST
- Interim data as of August 1, 2021

1. Patient classified as progressive disease based on a new 5mm CNS lesion, but remains on study and demonstrated a 3% reduction in target lesions

# SBT6050 conferred clinical benefit to patients with heavily pre-treated, advanced solid tumors



| | NSCLC<br>HER2 IHC 2+<br>Not amplified | Breast Cancer<br>HER2 IHC 3+ | Bladder Cancer<br>HER2 IHC 2+<br>Amplification unknown | Breast Cancer<br>HER2 IHC 3+ | Breast Cancer<br>HER2 IHC 3+ | Gastric Cancer<br>HER2 IHC 3+ |
|---|---|---|---|---|---|---|
| **Age, Gender** | 67F | 73F | 60M | 48F | 40F | 49M |
| **Dose** | 0.3 mg/kg monotherapy | 0.3 mg/kg monotherapy | 0.6 mg/kg monotherapy | 1.2 mg/kg monotherapy (decreased to 0.6 mg/kg at dose 3) | 0.3 mg/kg plus pembro | 0.3 mg/kg plus pembro |
| **Treatment Duration** | **26 weeks** (11 doses) | **33 weeks** (17 doses) | **>8 weeks** and remains on treatment | **>21 weeks** and remains on treatment, per investigator decision | **>8 weeks** and remains on treatment | **>8 weeks** and remains on treatment |
| **Prior Lines of Therapy** | **3 prior lines** with progression on prior PD-1 treatment | **7+ prior lines** including HER2-ADC and HER2 targeted therapy | **2 prior lines** including anti-PD-L1 and cisplatin-gemcitabine | **4 prior lines** including HER2-ADC, anti-PD-L1, and HER2 targeted therapy | **3+ prior lines** including HER2-based cytotoxic ADC and HER2 targeted therapy | **1 prior line** including HER2 targeted therapy |
| **Best Response** | **Confirmed Partial Response** (-55%) Response ongoing at 36 weeks from first dose | **Stable Disease** (+2%) Maintained stable disease through 24-week scan | **Stable Disease** (-2.7%) | **Progressive Disease** (-3% in target lesions) PD based on new 5mm CNS lesion | **Stable Disease** (-20%) | **Stable Disease** (0%) Decreasing tumor marker (CA19-9 decrease from 135 to 64 U/mL) |

# Safety profile, PK, and PD data support a projected RP2D of 0.6 mg/kg



**At the 0.6 mg/kg dose level:**

- ✓ Safety and tolerability profile consistent with an immune activator and manageable

- ✓ Serum PK suggests HER2 target saturation

- ✓ Pharmacodynamic markers indicative of myeloid, T/NK cell activation reach a plateau

- ✓ Payload is detected in intratumoral macrophages and on tumor cells

- ✓ Signals of anti-tumor activity, as single agent or in combo, observed at doses at or above 0.15 mg/kg

# Combination with Enhertu and with Tukysa + Herceptin +/- capecitabine are supported by a strong scientific and clinical rationale



| Enhertu | Herceptin+Tukysa +/- capecitabine | Combination with SBT6050 |
|---|---|

**1** Drive immunogenic tumor cell death and release of tumor neoantigens

» Activates DCs, potentially enhancing presentation of neoantigens and T cell activation

**2** Comprised of trastuzumab, capable of ADCC and ADCP

» Induces cytokines that amplify ADCC by NK cells

» Downmodulates SIRPα on myeloid cells, increasing ADCP through attenuation of CD47-SIRPα interaction

» Pertuzumab backbone is designed to combine with trastuzumab-based regimens

**3** Approved for 2L therapy in tumor types of interest

» Designed to overcome common resistance mechanisms to 1L PD-(L)1 refractory patients

» Addition of IO could deepen or prolong responses

# Clinical development plans beyond monotherapy



| Combination regimen *(estimated start)* | Strategic Initiative | |
|---|---|---|
| **Libtayo** *(4Q21)* | 2L+ NSCLC 3L+ GEA | Combine with foundational IO therapy to lay groundwork in early lines of treatment |
| **Enhertu** *(1Q22)* | 2L+ NSCLC 2L+ GEA | Novel combination with HER2-based cytotoxic ADC to seek breakthroughs in 2L+ settings |
| **Herceptin + Tukysa[1]** *(1Q22)* | 2L+ mBC 2L+ CRC | Novel combination with HER2-targeted therapies and chemo to seek breakthroughs in 2L+ settings |

1. +/- capecitabine

# Corporate highlights



**1** ImmunoTAC conjugates are designed to **unlock a new class of targeted immuno-oncology agents** that direct a myeloid cell agonist to the tumor microenvironment for localized activation

**2** Emerging clinical data supports **proof-of-mechanism for localized TLR8 agonism and the ImmunoTAC platform**, evidenced by the robust activation of innate and adaptive immune response seen in patients

**3** SBT6050 has demonstrated **early signals of anti-tumor activity** as a monotherapy and in combination with a PD-1 inhibitor, with a **manageable safety profile** consistent with an active IO agent

**4** Clinical development plan to evaluate SBT6050 in combinations designed to have long-term benefit in early lines of treatment, including **combo with anti-PD1, with Enhertu, and with Herceptin/Tukysa**

**5** Positive readthrough to Silverback's TLR8 pipeline with **value-generating milestones expected in the next 6-18 months**, including anticipated initiation of SBT6290 (Nectin4) Ph1 study and SBT8230 (HBV) Ph1-enabling studies

