# EXHIBIT S

1/2/23, 6:07 PM    A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors - F…

Case 2:21-cv-01499-MJP    Document 48-24    Filed 01/02/23    Page 2 of 20

 We're building a better **ClinicalTrials.gov**. Check it out and tell us what you think!

 **U.S. National Library of Medicine**

## *ClinicalTrials.gov*



Trial record **2 of 2** for:    SBT6050

  Previous Study    |    Return to List    | Next Study

# A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT04460456

Recruitment Status ❶ : Active, not recruiting
First Posted ❶ : July 7, 2020
Last Update Posted ❶ : June 30, 2022

View this study on Beta.ClinicalTrials.gov

**Sponsor:**
Silverback Therapeutics

**Information provided by (Responsible Party):**
Silverback Therapeutics

| Study Details | Tabular View | Results Submitted | Disclaimer | How to Read a Study Record |

## Study Description

Go to ▼

Brief Summary:

A first-in-human (FIH) study using SBT6050 and SBT6050 in combination with PD-1 inhibitors in HER2 expressing or amplified advanced malignancies

| Condition or disease ❶ | Intervention/treatment ❶ | Phase ❶ |
|---|---|---|
| HER2 Positive Solid Tumors | Drug: SBT6050<br><br>Drug: pembrolizumab<br><br>Drug: Cemiplimab | Phase 1 |

Detailed Description:

This study has 5 parts. Part 1 will evaluate the safety, tolerability, and activity of escalating doses of SBT6050 to estimate the maximum tolerated dose (MTD) and determine the dose recommended for Part 2. Part 2 of the study will further evaluate SBT6050 in select HER2 expressing or amplified advanced malignancies.

Part 3 will evaluate the safety, tolerability, and activity of escalating doses of SBT6050 in combination with pembrolizumab to estimate the MTD and determine the dose recommended for Part 4. Part 4 of the study will further evaluate SBT6050 in combination with pembrolizumab in select HER2 expressing or amplified advanced malignancies.

Part 5 of the study will evaluate the safety, tolerability, and activity of SBT6050 in combination with cemiplimab in select HER2 expressing or amplified advanced malignancies.

## Study Design

Go to ▼

**Study Type ❶ :**

Interventional (Clinical Trial)

**Actual Enrollment ❶ :**

58 participants

**Allocation:**

Non-Randomized

**Intervention Model:**

Parallel Assignment

**Masking:**

None (Open Label)

**Primary Purpose:**

Treatment

**Official Title:**

A Phase 1/1B, Open-Label, Dose Escalation and Expansion Study of **SBT6050** Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced Solid Tumors Expressing HER2

**Actual Study Start Date ❶ :**

July 27, 2020

**Estimated Primary Completion Date** ❶ **:**

December 2022

**Estimated Study Completion Date** ❶ **:**

December 2022

---

**Resource links provided by the National Library of Medicine**

Drug Information available for:   Pembrolizumab

Genetic and Rare Diseases Information Center resources:   Stomach Cancer   Biliary Tract Cancer

U.S. FDA Resources

---

## Arms and Interventions

Go to  [ ▾ ]

| Arm ❶ | Intervention/treatment ❶ |
|---|---|
| Experimental: SBT6050 Monotherapy<br><br>Escalating doses of SBT6050 in Part 1 followed by expansion in Part 2 at the recommended dose determined in Part 1. | Drug: SBT6050<br><br>Escalating doses of SBT6050 in Part 1 and recommended dose in Part 2 |
| Experimental: SBT6050 and pembrolizumab<br><br>Escalating doses of SBT6050 in combination with pembrolizumab in Part 3 followed by expansion in Part 4 at the recommended dose determined in Part 3. | Drug: SBT6050<br><br>Escalating doses of SBT6050 in Part 1 and recommended dose in Part 2<br><br>Drug: pembrolizumab<br><br>400 mg IV |
| Experimental: SBT6050 and cemiplimab<br><br>SBT6050 in combination with cemiplimab in Part 5 at the recommended dose determined in Parts 1 and 3. | Drug: SBT6050<br><br>Escalating doses of SBT6050 in Part 1 and recommended dose in Part 2<br><br>Drug: Cemiplimab<br><br>350 mg IV |

## Outcome Measures

Go to ▾

Primary Outcome Measures  :

1. The proportion of subjects experiencing dose limiting toxicities [ Time Frame: 28 days ]

   Part 1 and 3 only

2. The incidence and severity of adverse events (AEs) and serious adverse events [ Time Frame: 2 years ]

   Parts 1, 2, 3, 4, and 5

3. Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

   Parts 2, 4, and 5

4. Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

   Parts 2, 4, and 5

Secondary Outcome Measures  :

1. Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

   Parts1 and 3 only

2. Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

   Parts 1 and 3 only

3. Disease control rate, defined as CR, PR, or stable disease for at least 6 months [ Time Frame: 2 years ]

   Parts 1, 2, 3, 4, and 5

4. Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

   Cmax: Parts 1, 2, 3, 4, and 5

5. Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

   AUC: Parts 1, 2, 3, 4, and 5

6. Incidence of antidrug antibodies (ADA) to SBT6050 [ Time Frame: 2 years ]

   Parts 1 and 2

7. Progression free survival [ Time Frame: 2 years ]

   Parts 2, 4, and 5

## Eligibility Criteria
Go to ▾

---

**Information from the National Library of Medicine**

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

---

**Ages Eligible for Study:**

18 Years and older   (Adult, Older Adult)

**Sexes Eligible for Study:**

All

**Accepts Healthy Volunteers:**

No

**Criteria**

Inclusion Criteria:

- Locally advanced or metastatic HER2-expressing (IHC 2+ or 3+) or amplified solid tumor

- Subjects must have received prior therapies known to confer clinical benefit (unless ineligible or refused to receive)

- Measurable disease per RECIST 1.1

- Tumor lesion amenable for biopsy or able to provide tissue from biopsy within last 6 months

- Eastern Cooperative Oncology Group (ECOG) performance status of 0 or 1

Case 2:21-cv-01499-MJP   Document 48-24   Filed 01/02/23   Page 7 of 20

- Adequate hematologic, hepatic, and cardiac function

Exclusion Criteria:

- History of allergic reactions to certain components of SBT6050 or similar drugs

- Untreated brain metastases

- Active autoimmune disease or a documented history of autoimmune disease or syndrome

- Human immunodeficiency virus infection, active hepatitis B infection or hepatitis C infection

- Additional protocol defined inclusion/exclusion criteria may apply.

## Contacts and Locations

Go to

---

**Information from the National Library of Medicine**

*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number):* **NCT04460456**

---

**Locations**

**United States, Massachusetts**

Massachusetts General Hospital
Boston, Massachusetts, United States, 02114

**United States, North Carolina**

Duke University
Durham, North Carolina, United States, 27708

**United States, Pennsylvania**

University of Pittsburgh Medical Center Hillman Cancer Center
Pittsburgh, Pennsylvania, United States, 15232

**United States, Tennessee**

Sarah Cannon Research Institute/Tennessee Oncology
Nashville, Tennessee, United States, 37203

**United States, Texas**

MD Anderson Cancer Center

Houston, Texas, United States, 77030

The START Center for Cancer Care

San Antonio, Texas, United States, 78229

**Australia, New South Wales**

Macquarie University Hospital Clinical Trials Unit

Sydney, New South Wales, Australia, 2109

**Australia, Victoria**

Peter MacCallum Cancer Centre

Melbourne, Victoria, Australia, 3000

**Australia, Western Australia**

Breast Cancer Research Centre - WA

Nedlands, Western Australia, Australia, 6009

**Korea, Republic of**

Seoul National University Hospital

Seoul, Korea, Republic of, 03080

Asan Medical Center

Seoul, Korea, Republic of, 05505

Samsung Medical Center

Seoul, Korea, Republic of, 06351

**Sponsors and Collaborators**

Silverback Therapeutics

**Investigators**

Study Director:   Naomi Hunder, MD   Silverback Therapeutics

# More Information                                      Go to

**Responsible Party:**

Silverback Therapeutics

**ClinicalTrials.gov Identifier:**

NCT04460456    History of Changes

**Other Study ID Numbers:**

SBT6050-101

**First Posted:**

July 7, 2020    Key Record Dates

1/2/23, 6:07 PM    A Study of SBV6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors - F…

Case 2:21-cv-01499-MJP   Document 48-24   Filed 01/02/23   Page 9 of 20

**Last Update Posted:**

June 30, 2022

**Last Verified:**

June 2022

**Individual Participant Data (IPD) Sharing Statement:**

**Plan to Share IPD:**

No

**Studies a U.S. FDA-regulated Drug Product:**

Yes

**Studies a U.S. FDA-regulated Device Product:**

No

**Keywords provided by Silverback Therapeutics:**

| | |
|---|---|
| HER2 | Monoclonal antibody |
| ERBB2 | TLR8 |
| Immunotherapy | TLR8 agonist |
| Gastric Cancer | Antibody drug conjugate |
| Gastroesophageal junction | Biliary tract cancer |
| Breast Cancer | Head and neck cancer |
| Triple Negative Breast Cancer | Urothelial cancer |
| Stomach Cancer | Endometrial cancer |
| Colorectal Cancer | Pembrolizumab |
| Gastrointestinal Cancer | Anti-PD-1 mAb |
| Non-Small Cell Lung Cancer | Cemiplimab |

**Additional relevant MeSH terms:**

Neoplasms

Pembrolizumab

Cemiplimab

Antineoplastic Agents, Immunological

Antineoplastic Agents

Case 2:21-cv-01499-MJP    Document 48-24    Filed 01/02/23    Page 10 of 20

 **We're building a better ClinicalTrials.gov. Check it out and tell us what you think!**

 U.S. National Library of Medicine

*ClinicalTrials.gov*



# A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT04460456

Recruitment Status ❶ : Active, not recruiting
First Posted ❶ : July 7, 2020
Last Update Posted ❶ : June 30, 2022

View this study on Beta.ClinicalTrials.gov

**Sponsor:**

Silverback Therapeutics

**Information provided by (Responsible Party):**

Silverback Therapeutics

| Study Details | Tabular View | Results Submitted | Disclaimer | How to Read a Study Record |
|---|---|---|---|---|

## Tracking Information

**First Submitted Date** ICMJE

June 29, 2020

| **First Posted Date** ICMJE |
|---|
| July 7, 2020 |
| **Last Update Posted Date** |
| June 30, 2022 |
| **Actual Study Start Date** ICMJE |
| July 27, 2020 |
| **Estimated Primary Completion Date** |
| December 2022   (Final data collection date for primary outcome measure) |

**Current Primary Outcome Measures** ICMJE
 **(submitted: September 23, 2021)**

- The proportion of subjects experiencing dose limiting toxicities [ Time Frame: 28 days ]

  Part 1 and 3 only

- The incidence and severity of adverse events (AEs) and serious adverse events [ Time Frame: 2 years ]

  Parts 1, 2, 3, 4, and 5

- Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

  Parts 2, 4, and 5

- Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

  Parts 2, 4, and 5

**Original Primary Outcome Measures** ICMJE
 **(submitted: July 6, 2020)**

- The proportion of subjects experiencing dose limiting toxicities [ Time Frame: 28 days ]

  Part 1 only

- The incidence and severity of adverse events (AEs) and serious adverse events [ Time Frame: 2 years ]

  Parts 1 and 2

- Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

Part 2 only

- Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

  Part 2 only

| Change History |
| --- |
| Complete list of historical versions of study NCT04460456 on ClinicalTrials.gov Archive Site |

**Current Secondary Outcome Measures** [ICMJE]
 (submitted: September 23, 2021)

- Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

  Parts1 and 3 only

- Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

  Parts 1 and 3 only

- Disease control rate, defined as CR, PR, or stable disease for at least 6 months [ Time Frame: 2 years ]

  Parts 1, 2, 3, 4, and 5

- Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

  Cmax: Parts 1, 2, 3, 4, and 5

- Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

  AUC: Parts 1, 2, 3, 4, and 5

- Incidence of antidrug antibodies (ADA) to SBT6050 [ Time Frame: 2 years ]

  Parts 1 and 2

- Progression free survival [ Time Frame: 2 years ]

  Parts 2, 4, and 5

**Original Secondary Outcome Measures** [ICMJE]
 (submitted: July 6, 2020)

- Objective response rate, defined as confirmed Complete Response (CR) or Partial Response (PR) [ Time Frame: 2 years ]

  Part 1 only

Case 2:21-cv-01499-MJP   Document 48-24   Filed 01/02/23   Page 13 of 20

- Duration of response, defined as the time from date of first response (CR or PR) [ Time Frame: 2 years ]

  Part 1 only

- Disease control rate, defined as CR, PR, or stable disease for at least 6 months [ Time Frame: 2 years ]

  Parts 1 and 2

- Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

  Cmax: Parts 1 and 2

- Estimates of selected pharmacokinetics (PK ) parameters for SBT6050 [ Time Frame: 2 years ]

  AUC: Parts 1 and 2

- Incidence of antidrug antibodies (ADA) to SBT6050 [ Time Frame: 2 years ]

  Parts 1 and 2

- Progression free survival [ Time Frame: 2 years ]

  Part 2 only

| |
|---|
| **Current Other Pre-specified Outcome Measures** |
| *Not Provided* |
| **Original Other Pre-specified Outcome Measures** |
| *Not Provided* |
| |

# Descriptive Information

| |
|---|
| **Brief Title**  ICMJE |
| A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors |
| **Official Title**  ICMJE |
| A Phase 1/1B, Open-Label, Dose Escalation and Expansion Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced Solid Tumors Expressing HER2 |
| **Brief Summary** |
| A first-in-human (FIH) study using SBT6050 and SBT6050 in combination with PD-1 inhibitors in HER2 expressing or amplified advanced malignancies |
| **Detailed Description** |

This study has 5 parts. Part 1 will evaluate the safety, tolerability, and activity of escalating doses of SBT6050 to estimate the maximum tolerated dose (MTD) and determine the dose recommended for Part 2. Part 2 of the study will further evaluate SBT6050 in select HER2 expressing or amplified advanced malignancies.

Part 3 will evaluate the safety, tolerability, and activity of escalating doses of SBT6050 in combination with pembrolizumab to estimate the MTD and determine the dose recommended for Part 4. Part 4 of the study will further evaluate SBT6050 in combination with pembrolizumab in select HER2 expressing or amplified advanced malignancies.

Part 5 of the study will evaluate the safety, tolerability, and activity of SBT6050 in combination with cemiplimab in select HER2 expressing or amplified advanced malignancies.

**Study Type** ICMJE

Interventional

**Study Phase** ICMJE

Phase 1

**Study Design** ICMJE

Allocation: Non-Randomized
Intervention Model: Parallel Assignment
Masking: None (Open Label)
Primary Purpose: Treatment

**Condition** ICMJE

HER2 Positive Solid Tumors

**Intervention** ICMJE

- Drug: SBT6050

  Escalating doses of SBT6050 in Part 1 and recommended dose in Part 2

- Drug: pembrolizumab

  400 mg IV

- Drug: Cemiplimab

  350 mg IV

**Study Arms** ICMJE

- Experimental: SBT6050 Monotherapy

Escalating doses of SBT6050 in Part 1 followed by expansion in Part 2 at the recommended dose determined in Part 1.

Intervention: Drug: SBT6050

- Experimental: SBT6050 and pembrolizumab

  Escalating doses of SBT6050 in combination with pembrolizumab in Part 3 followed by expansion in Part 4 at the recommended dose determined in Part 3.

  Interventions:
  - Drug: SBT6050
  - Drug: pembrolizumab

- Experimental: SBT6050 and cemiplimab

  SBT6050 in combination with cemiplimab in Part 5 at the recommended dose determined in Parts 1 and 3.

  Interventions:
  - Drug: SBT6050
  - Drug: Cemiplimab

| Publications * |
| --- |
| *Not Provided* |

| |
| --- |
| **\*   Includes publications given by the data provider as well as publications identified by ClinicalTrials.gov Identifier (NCT Number) in Medline.** |

| |
| --- |

## Recruitment Information

| **Recruitment Status** ICMJE |
| --- |
| Active, not recruiting |

| **Actual Enrollment** ICMJE<br>**(submitted: April 4, 2022)** |
| --- |
| 58 |

| **Original Estimated Enrollment** ICMJE<br>**(submitted: July 6, 2020)** |
| --- |
| 210 |

| **Estimated Study Completion Date** ICMJE |
| --- |

December 2022

**Estimated Primary Completion Date**

December 2022   (Final data collection date for primary outcome measure)

**Eligibility Criteria** ICMJE

Inclusion Criteria:

- Locally advanced or metastatic HER2-expressing (IHC 2+ or 3+) or amplified solid tumor
- Subjects must have received prior therapies known to confer clinical benefit (unless ineligible or refused to receive)
- Measurable disease per RECIST 1.1
- Tumor lesion amenable for biopsy or able to provide tissue from biopsy within last 6 months
- Eastern Cooperative Oncology Group (ECOG) performance status of 0 or 1
- Adequate hematologic, hepatic, and cardiac function

Exclusion Criteria:

- History of allergic reactions to certain components of SBT6050 or similar drugs
- Untreated brain metastases
- Active autoimmune disease or a documented history of autoimmune disease or syndrome
- Human immunodeficiency virus infection, active hepatitis B infection or hepatitis C infection
- Additional protocol defined inclusion/exclusion criteria may apply.

**Sex/Gender** ICMJE

**Sexes Eligible for Study:**

  All

**Ages** ICMJE

18 Years and older   (Adult, Older Adult)

**Accepts Healthy Volunteers** ICMJE

No

**Contacts** ICMJE

*Contact information is only displayed when the study is recruiting subjects*

**Listed Location Countries** ICMJE

Australia,   Korea, Republic of,   United States

Case 2:21-cv-01499-MJP    Document 48-24    Filed 01/02/23    Page 17 of 20

| Removed Location Countries |
| --- |
| |
| |

| Administrative Information |
| --- |

| **NCT Number** ICMJE |
| --- |
| NCT04460456 |

| **Other Study ID Numbers** ICMJE |
| --- |
| SBT6050-101 |

| **Has Data Monitoring Committee** |
| --- |
| No |

| **U.S. FDA-regulated Product** |
| --- |
| **Studies a U.S. FDA-regulated Drug Product:** <br> Yes <br> **Studies a U.S. FDA-regulated Device Product:** <br> No |

| **IPD Sharing Statement** ICMJE |
| --- |
| **Plan to Share IPD:** <br> No |

| **Current Responsible Party** |
| --- |
| Silverback Therapeutics |

| **Original Responsible Party** |
| --- |
| *Same as current* |

| **Current Study Sponsor** ICMJE |
| --- |
| Silverback Therapeutics |

| **Original Study Sponsor** ICMJE |
| --- |
| *Same as current* |

| **Collaborators** ICMJE |
| --- |
| *Not Provided* |

1/2/23, 5:41 PM    A Study of SBT6050 Alone and in Combination with PD-1 Inhibitors in Subjects with Advanced HER2 Expressing Solid Tumors - T…

Case 2:21-cv-01499-MJP    Document 48-24    Filed 01/02/23    Page 18 of 20

| Investigators ICMJE |
|---|
| **Study Director:**<br><br>Naomi Hunder, MD<br><br>Silverback Therapeutics |
| **PRS Account** |
| Silverback Therapeutics |
| **Verification Date** |
| June 2022 |

ICMJE    **Data element required by the International Committee of Medical Journal Editors and the World Health Organization ICTRP**

Case 2:21-cv-01499-MJP   Document 48-24   Filed 01/02/23   Page 19 of 20

 **We're building a better [ClinicalTrials.gov](#). Check it out and tell us what you think!**

 U.S. National Library of Medicine

**ClinicalTrials.gov**



---

## A Study of SBT6050 Alone and in Combination With PD-1 Inhibitors in Subjects With Advanced HER2 Expressing Solid Tumors

---

 The safety and scientific validity of this study is the responsibility of the study sponsor and investigators. Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our [disclaimer](#) for details.

ClinicalTrials.gov Identifier: NCT04460456

Recruitment Status ❶ : Active, not recruiting
First Posted ❶ : July 7, 2020
Last Update Posted ❶ : June 30, 2022

[View this study on Beta.ClinicalTrials.gov](#)

**Sponsor:**
Silverback Therapeutics

**Information provided by (Responsible Party):**
Silverback Therapeutics

| Study Details | Tabular View | Results Submitted | Disclaimer | How to Read a Study Record |
| --- | --- | --- | --- | --- |

### Results Submitted - Not Posted on ClinicalTrials.gov

Results information has been submitted to ClinicalTrials.gov by the sponsor or investigator, but is not yet publicly available (or "posted") on ClinicalTrials.gov. The submitted information may not be available if it is pending Quality Control (QC) Review ❶ by the National Library of Medicine (NLM) or if issues identified

1/2/23, 5:42 PM
Case 2:21-cv-01499-MJP   Document 48-24   Filed 01/02/23   Page 20 of 20
A Study of SHR-1316 Alone and in Combination With Inhibitors in Subjects With Advanced Page 2 Expressing Solid Tumors - N…

during QC review are being addressed or corrected by the sponsor or investigator. NLM's limited QC review assesses for apparent errors, deficiencies, or inconsistencies. NLM staff do not verify the scientific validity or relevance of the submitted information.

| | |
|---:|---|
| Recruitment Status ❶ : | Active, not recruiting |
| Estimated Primary Completion Date ❶ : | December 2022 |
| Estimated Study Completion Date ❶ : | December 2022 |

| Submission Cycle | Results Submitted to ClinicalTrials.gov ❶ | Results Returned after Quality Control Review ❶ |
|:---:|:---:|:---:|
| 1 | July 18, 2022<br>(Canceled ❶ on July 22, 2022)<br>July 22, 2022 | |