# EXHIBIT U

# STIFEL

## Silverback Therapeutics, Inc.
### SBTX – NASDAQ

**December 29, 2020**      Biotechnology

**BUY**
**INITIATION OF COVERAGE**

| Financial Summary | | |
| --- | --- | --- |
| **Changes** | **Previous** | **Current** |
| Rating | | Buy |
| Target Price | — | $58.00 |
| FY21E Revenue | — | $0.0 |
| FY22E Revenue | — | $0.0 |
| FY21E EPS | — | $(1.83) |
| FY22E EPS | — | $(2.70) |

| | |
| --- | --- |
| Price ( 12/28/20 ): | $36.50 |
| 52-Week Range: | $37 - $24 |
| Market Cap.(mm): | $1,401.6 |
| Shr.O/S-Diluted (mm): | 38.4 |
| Enterprise Val. (mm): | $1,012.2 |
| Avg Daily Vol (3 Mo): | NA |
| Net Cash/Share: | $10.16 |
| Book Value/Share: | $(2.04) |

52-week range since shares began trading 12/4/20.

| EPS | 2020E | 2021E | 2022E |
| --- | --- | --- | --- |
| Q1 | $(0.72) | $(0.39) | $NE |
| Q2 | $(0.72) | $(0.44) | $NE |
| Q3 | $(0.72) | $(0.46) | $NE |
| Q4 | $(0.61) | $(0.53) | $NE |
| FY (Dec) | $(2.70) | $(1.83) | $(2.70) |

*52-week range since shares began trading 12/4/20.*

| Revenue | 2020E | 2021E | 2022E |
| --- | --- | --- | --- |
| FY (Dec) | 0.0 | 0.0 | 0.0 |

**Price Performance**



## Waging Guerrilla Warfare on Cancer & Disease with ImmunoTAC Technology – Initiating Coverage with a Buy Rating & $58 TP

### Summary

*We believe the company's proprietary ImmunoTAC technology platform builds on the broad investor and strategic enthusiasm currently surrounding antibody drug conjugates (ADC) – but also believe the ability to conjugate novel linker-payloads to various monoclonal antibody (mAb) scaffolds to enable localized, tissue-specific disease modification across both oncology and non-oncology applications creates even-greater longer-term optionality here. We believe preliminary SBT6050 P1 dose-escalation data (generated at only a minimally pharmacologically active dose) represents a best-case scenario for both the asset and platform – establishing clear mechanistic and clinical proof-of-concept with a novel TLR8 agonist payload which forms the basis of earlier-stage pipeline assets similarly directed against clinically-validated targets in oncology and infectious disease while also increasing anticipation in advance of the next scheduled disclosure (2H21). We believe the combinability of SBT6050 creates ample development/commercial opportunity within an admittedly crowded landscape of HER2-targeting therapies and believe the wholly-owned earlier-stage pipeline commands significant strategic value.*

### Key Points

**ImmunoTACs are ADC-like in theory – but represent a novel class of immuno-oncology agents.** ImmunoTAC and ADC technology share the same conceptual underpinning re: the widening of a therapeutic index – i.e., leverage the context/selectivity of a mAb directed against a differentially-expressed target antigen to achieve localized concentrations of a potent payload for which toxicity would otherwise prohibit systemic administration. However, in contrast to the directly cytotoxic mechanism enabled by the ADC-mediated delivery of a chemotherapeutic payload to a tumor cell, oncology-focused ImmunoTACs deliver a novel payload (a TLR8 agonist) to an adjacent myeloid cell (via the co-engagement of target cell antigen and myeloid Fc-gamma receptors) to indirectly promote cytotoxicity via activation of the innate immune system. Oncology-focused ImmunoTACs can leverage the high density of immunosuppressive myeloid cell infiltrate characterizing most solid tumors to drive a reprogramming of the tumor microenvironment to a more pro-inflammatory state and complement other standard-of-care therapies.

**Preliminary SBT6050 data is a best case scenario which de-risks both the asset and the technology platform**. SBT6050 represents SBTX's only clinical-stage asset and is comprised of a HER2-targeting mAb and a TLR8 agonist linker-payload for the treatment of HER2+ solid tumors. We believe the preclinical data package supporting SBT6050 safety/efficacy is incredibly robust and our confidence here is now further bolstered by the disclosure of preliminary P1 results from the <u>first dose level</u> (0.3mg/kg) evaluated in the ongoing dose-escalation trial. We believe these results – including the absence of any immunogenicity, encouraging safety/tolerability, and the establishment of clear single-agent anti-tumor efficacy (via an unconfirmed partial response in a moderate HER2-expressing NSCLC patient) accompanied by directionally favorable/meaningful changes in PD biomarkers supportive of on-target/on-mechanism activity – significantly de-risk both SBT6050 and the earlier-stage pipeline of ImmunoTAC assets leveraging the same TLR8 linker-payload for oncology applications (including the Nectin4-targeting SBT6290). We believe the combinability of SBT6050 with both standard-of-care immunotherapy (dose-escalation with pembrolizumab is now ongoing) and other HER2-targeting (trastuzumab-based) therapies provides multiple paths to differentiation – improving visibility into our >$2B peak worldwide sales estimate (we also assume ~$900M in peak SBT6290 sales).

**But ImmunoTACs also have applications beyond oncology.** The preclinical development of SBT8230, a liver-specific ImmunoTAC delivering the same SBT6050 linker-payload, attempts to leverage the established role of TLR8 agonism in promoting antiviral immunity to treat chronic hepatitis B virus (cHBV) – another high-value opportunity where strategic demand for early-stage assets remains high (especially those which can be combined with other therapeutic modalities). And the lead optimization of a liver-specific ImmunoTAC delivering a novel small molecule inhibitor of TGF-beta signaling for liver fibrosis exemplifies the broader applications here with respect to tailoring specific payloads for various non-oncology disease states.

**Stephen D. Willey** | (212) 271-3620 | swilley@stifel.com
**Ellen Sands** | (212) 271-3427 | sandse@stifel.com
**Bonnie Quach**, PhD | (212) 271-3707 | quachb@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 43 - 45 of this report.**

Case 2:21-cv-01499-MJP    Document 48-26    Filed 01/02/23    Page 3 of 3

# SBT6290: Single-Agent Anti-Tumor and Immune Activity Seen in an Aggressive *In Vivo Tumor* Model, Similarly to HER2-Targeting SBT6050



Exhibit 26: SBT6290-S Demonstrates Single Agent Activity in the Nectin4-Expressing EMT6 Model

*Source: Company Documents*

- SBT6290 shows single-agent anti-tumor efficacy in an *in vivo* murine model of tumor growth.

- Markers of myeloid cell activation and T cell activation are both increased in the *in vivo* model, demonstrating an induction of the innate and adaptive immune response.

- IND-enabling studies are ongoing and P1 clinical development is anticipated to initiate in late-FY21/early-FY22.

**SBT6290 would be significantly de-risked by SBT6050's clinical success since they use the same immunomodulatory payload and Nectin4 as a target has already been clinically validated.**

