# EXHIBIT W

# E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1)

## Guidance for Industry

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**Center for Biologics Evaluation and Research (CBER)**

**March 2018**
**Procedural**

**OMB Control No. 0910-0843**
**Current expiration date available at https://www.reginfo.gov**
**(Search ICR and enter OMB control number 0910-0843)**
**See additional PRA statement in section 9 of this guidance.**

*19400977fnlPRAupdate11-04-22.docx*

*Contains Nonbinding Recommendations*

*5.1.3*    Quality control should be applied to each stage of data handling to ensure that all data are reliable and have been processed correctly.

*5.1.4*    Agreements, made by the sponsor with the investigator/institution and any other parties involved with the clinical trial, should be in writing, as part of the protocol or in a separate agreement.

## 5.2    Contract Research Organization (CRO)

*5.2.1*    A sponsor may transfer any or all of the sponsor's trial-related duties and functions to a CRO, but the ultimate responsibility for the quality and integrity of the trial data always resides with the sponsor. The CRO should implement quality assurance and quality control.

*5.2.2*    Any trial-related duty and function that is transferred to and assumed by a CRO should be specified in writing.

> **ADDENDUM**
>
> The sponsor should ensure oversight of any trial-related duties and functions carried out on its behalf, including trial-related duties and functions that are subcontracted to another party by the sponsor's contracted CRO(s).

*5.2.3*    Any trial-related duties and functions not specifically transferred to and assumed by a CRO are retained by the sponsor.

*5.2.4*    All references to a sponsor in this guidance also apply to a CRO to the extent that a CRO has assumed the trial-related duties and functions of a sponsor.

## 5.3    Medical Expertise

The sponsor should designate appropriately qualified medical personnel who will be readily available to advise on trial-related medical questions or problems. If necessary, outside consultant(s) may be appointed for this purpose.

## 5.4    Trial Design

*5.4.1*    The sponsor should utilize qualified individuals (e.g., biostatisticians, clinical pharmacologists, and physicians) as appropriate, throughout all stages of the trial process, from designing the protocol and CRFs and planning the analyses to analyzing and preparing interim and final clinical trial reports.

*5.4.2*    For further guidance: Clinical Trial Protocol and Protocol Amendment(s) (see section 6), the ICH Guideline for Structure and Content of Clinical Study Reports, and other appropriate ICH guidance on trial design, protocol, and conduct.

*Contains Nonbinding Recommendations*

**5.5    Trial Management, Data Handling, and Recordkeeping**

*5.5.1*    The sponsor should utilize appropriately qualified individuals to supervise the overall conduct of the trial, to handle the data, to verify the data, to conduct the statistical analyses, and to prepare the trial reports.

*5.5.2*    The sponsor may consider establishing an independent data monitoring committee (IDMC) to assess the progress of a clinical trial, including the safety data and the critical efficacy endpoints at intervals, and to recommend to the sponsor whether to continue, modify, or stop a trial. The IDMC should have written operating procedures and maintain written records of all its meetings.

*5.5.3*    When using electronic trial data handling and/or remote electronic trial data systems, the sponsor should:

(a)    Ensure and document that the electronic data processing system(s) conforms to the sponsor's established requirements for completeness, accuracy, reliability, and consistent intended performance (i.e., validation).

**ADDENDUM**

The sponsor should base their approach to validation of such systems on a risk assessment that takes into consideration the intended use of the system and the potential of the system to affect human subject protection and reliability of trial results.

(b)    Maintains SOPs for using these systems.

**ADDENDUM**
The SOPs should cover system setup, installation, and use. The SOPs should describe system validation and functionality testing, data collection and handling, system maintenance, system security measures, change control, data backup, recovery, contingency planning, and decommissioning. The responsibilities of the sponsor, investigator, and other parties with respect to the use of these computerized systems should be clear, and the users should be provided with training in their use.

(c)    Ensure that the systems are designed to permit data changes in such a way that the data changes are documented and that there is no deletion of entered data (i.e., maintain an audit trail, data trail, edit trail).

(d)    Maintain a security system that prevents unauthorized access to the data.

(e)    Maintain a list of the individuals who are authorized to make data changes (see sections 4.1.5 and 4.9.3).

(f)    Maintain adequate backup of the data.