# EXHIBIT X

Case 2:21-cv-01499-MJP Document 48-29 Filed 01/02/23 Page 2 of 2



**NATIONAL CANCER INSTITUTE**

# open label study

(OH-pen LAY-bel STUH-dee)

A type of study in which both the health providers and the patients are aware of the drug or treatment being given.

## Search NCI's Dictionary of Cancer Terms

⦿ Starts with    ◯ Contains

| Enter keywords or phrases |    Search    |