# EXHIBIT Y

**PharmaSUG 2018 – DS19**

# Implementation of Data Cut Off in Analysis of Clinical Trials

Mei Dey, AstraZeneca, USA
Ann Croft, ARC Statistical Services Ltd, UK

## ABSTRACT

Interim analysis can result in key decisions on early stopping for futility, continuation of the trial or early declaration of trial success. Data from an interim analysis may form the basis for a regulatory submission in the case of early declaration of trial success. Data cut off (DCO) is primarily utilized in interim analysis. In oncology trials, overall survival (OS) and progression free survival (PFS) are key efficacy endpoints. Where patient survival is paramount, the correct application of DCO methodology has a major impact on trial interpretation. Not applying or incorrectly applying DCO methods can negatively affect the trial result and has the potential to turn a positive trial into a negative one. In this paper, we explore the application of DCO principles as illustrated in its specific application in oncology trials. We will look at the operational considerations and how to manage operational and programming challenges when applying DCO for an on-going trial.

## INTRODUCTION

For the purpose of this paper, DCO application refers to the process of restricting data up to a specific data cut off date for analysis.

Oncology trials are distinct from other therapeutic area clinical trials in many ways, such as adverse event (AE) toxicity monitoring and endpoint assessment. In oncology trials, analyses are often event driven. Reaching a required number of events for overall survival or progression free survival analysis that are pre-specified in the protocol and statistical analysis plan triggers formal analysis.

As the event goal nears, the sponsor performs event prediction modeling and proposes a data cut-off date (DCO date) upon which all events up to and including the DCO date will be included in the analysis. Conversely, data collected following the DCO date will not be considered as part of the analysis.

DCO application for some data points can be straightforward - that is any record that has a date post-DCO should be removed. For other data points, such as adverse events and overall survival, DCO application may require more complex processing with regards to post-DCO data handling.

## DATAFLOW OVERVIEW

The DCO principles are based on the guideline that individual data points after the DCO should not be included in the statistical analysis or submission package. The application of DCO could be carried out at different steps in the process of analyzing data – each has its own advantages and disadvantages. It is possible to apply DCO at these stages:

- RAW data
    - this is the data collected from the CRF or other data collection tool
- SDTM or ADAM
    - these are the CDISC standards for study data tabulation (SDTM) and analysis data (ADaM)

Once the DCO has been applied it is advisable to continue to use that data throughout the rest of the study/timepoint analysis. Therefore, if applied at the RAW dataset level then the SDTM and ADAM datasets would be created using the DCO applied RAW data. If it's decided to apply the DCO at the SDTM level then the RAW and pre-DCO SDTM datasets would also be available but the ADAM datasets would be based on the DCO-applied SDTM datasets.

There are arguments about directly applying the DCO to the SDTM datasets. Some sponsors have the capability of extracting/mapping data points directly from electronic data capture system (EDC) into SDTM via validated tools. SDTM offers standard structures that can make DCO processing simpler if the source data are SDTM. However, if source data are RAW and not SDTM data, discrepancies can exist between RAW data and SDTM data if DCO is applied to SDTM data only. The

1

records where line is 1 and 3. For subject SAMPLE_113 the conmed started after the DCO date but as it was the subjects only record then no records are removed but the collected information is set to missing (only date is shown here); the record indicator CMANY is set to 0 to infer that no records were collected for that subject.

*Post-DCO subset of RAW CM dataset*

| SUBJECT | LINE | CMANY | CMSTDAT | DCODT |
|---------|------|-------|---------|-------|
| SAMPLE_111 | 1 | 0 | | 2017-10-01 |
| SAMPLE_112 | 1 | 1 | 2016-08-24 | 2017-10-01 |
| SAMPLE_112 | 3 | 1 | 2016-12-30 | 2017-10-01 |
| SAMPLE_113 | 1 | 0 | | 2017-10-01 |

## Assessment based information dates

Visits are part of a clinical trial and can occur on a scheduled basis or unscheduled basis. The date of visit is not always the same date that an assessment is carried out or that a sample is taken from a subject for that specific visit. Laboratory samples, ECG, vital signs, etc. are examples of assessment-based information. For this collected data it is likely there will be a visit date and a sample or collection date as well per record. Per the example below the date of sample could be before or after the date of visit.

*Pre-DCO subset of RAW Lab dataset*

| ROW | VISITDT | LBDT | DCODT |
|-----|---------|------|-------|
| 1 | 2017-09-01 | 2017-09-01 | 2017-10-01 |
| 2 | 2017-10-28 | 2017-10-30 | 2017-10-01 |
| 3 | 2017-09-29 | 2019-10-02 | 2017-10-01 |
| 4 | 2017-10-02 | 2017-09-30 | 2017-10-01 |

It is advisable to remove the record if at least one of the dates is post DCO. This then removes the likelihood of data accidentally existing in the dataset when the visit had not yet happened or the result was not available to the subject.

```
if visitdt > DCODT or lbdt > DCODT then delete;
```

The resulting table from the example will have 1 row. Row 2 will be removed as both dates (VISITDT and LBDT are after the DCODT. Row 3 and row 4 will be removed as only one of the dates is after the DCO; row 3 will be removed due to LBDT and row 4 will be removed due to VISITDT.

*Post-DCO subset of RAW Lab dataset*

| ROW | VISITDT | LBDT | DCODT |
|-----|---------|------|-------|
| 1 | 2017-09-01 | 2017-09-01 | 2017-10-01 |

## Adverse events

Adverse events have many connected fields that affect each other. Date of adverse event, outcome of adverse event, action taken with medication, seriousness, relatedness, etc. all have connected qualities. It is not advisable to individually check the adverse event data fields separately. The information should be joined with records for exposure, death, discontinuation, overdose, etc. to effectively apply a DCO to adverse event information.

There are a number of steps to follow in order to apply a DCO to adverse events. A diagram showing the flow of steps to the method is shown below. The diagram is used as an illustrative purpose, each study should review the steps required to apply DCO independently.

The first step is to check the start date of the adverse event. If this is after the date of DCO then the record from Adverse Events and any connected records will be removed. Connected records are from CRF pages that collect additional information about an AE; the questions do not exist on the main AE CRF page as they are often optional pages based on a specific response from the main AE CRF page. Additional information could be the date of change of toxicity, findings about the AE, or actions taken as part of an SAE, etc. If the start date of the AE is prior to or starts on the date of DCO then it should remain as part of the DCO directive.

amended if there is a dose change / interruption / discontinuation as a result of the AE where the change happens post-DCO. Alternatively, for a COMBO study then the AE may have collected information on the Action Taken for each drug/device. It is recommended that the field is set to "Unknown" or "Not recorded" if amendment is required. Alternatively, if either of these code/terms is unacceptable within the study parameters then the Action Taken should be set to blank.

Causality is another field that may be collected for each drug/device in a COMBO study. As with Action Taken the field should be amended if the Causality result happens post-DCO. The result of an amendment to Action Taken or to Causality should be set to "Unknown" or "Not recorded" if these are an acceptable value for the study otherwise the field should be set to blank.



The example below demonstrates some of the issues is dealing with Open-Label study data when applying DCO when corresponding exposure information has been collected.

*Pre-DCO subset of RAW AE dataset*

| ROW | SUBJECT | AESPID | AESTDT | AEENDT | AEOUT | DCODT |
|---|---|---|---|---|---|---|
| 1 | SAMPLE_123 | 1 | 2017-09-27 | 2017-10-10 | Recovered /Resolved | 2017-10-13 |
| 2 | SAMPLE_123 | 2 | 2017-10-12 | 2017-10-20 | Recovered /Resolved | 2017-10-13 |

| ROW | ONGOING | AEACNA | AERELA | AEACNB | AERELB |
|---|---|---|---|---|---|
| 1 | NO | No Action | Not Related | No Action | Not Related |
| 2 | NO | Dose Reduced | Probably Related | No Action | Not Related |

| ROW | AEACNC | AERELC |
|---|---|---|
| 1 | No Action | Not Related |
| 2 | No Action | Possibly Related |

*Pre-DCO subset of RAW EX data*

| ROW | SUBJECT | EXTRT | EXSTDT | EXENDT | EXDOSE | DCODT |
|---|---|---|---|---|---|---|
| 1 | SAMPLE_123 | Dummy_A | 2017-08-27 | 2017-10-14 | 200mg | 2017-10-13 |
| 2 | SAMPLE_123 | Dummy_B | 2017-08-27 | 2017-10-25 | 200mg | 2017-10-13 |
| 3 | SAMPLE_123 | Dummy_C | 2017-08-27 | 2017-10-25 | 200mg | 2017-10-13 |
| 4 | SAMPLE_123 | Dummy_A | 2017-10-14 | 2017-10-25 | 200mg | 2017-10-13 |

| ROW | EXFREQ | EXACN | ACNAE1 | ACNAE2 | ACNAE3 | ACNAE4 |
|---|---|---|---|---|---|---|
| 1 | 2 tablets / BID | | | | | |
| 2 | 1 tablets / BID | | | | | |
| 3 | 1 tablets / QD | | | | | |
| 4 | 1 tablets / BID | Dose Reduced | 2 | | | |

## RECIST

An efficacy measure used in evaluating certain oncology study endpoints is RECIST. RECIST (Response Evaluation Criteria in Solid Tumors) is a set of published rules that are used as a basis to evaluate tumor response in oncology solid tumor trials. We refer to data collected for RECIST evaluation (from both investigator assessment and independent assessor review) as RECIST data in this paper.  There are special considerations for RECIST data for DCO processing.

The definition of RECIST per NCI is -

"A standard way to measure how well a cancer patient responds to treatment. It is based on whether tumors shrink, stay the same, or get bigger. To use RECIST, there must be at least one tumor that can be measured on x-rays, CT scans, or MRI scans. The types of response a patient can have are a complete response (CR), a partial response (PR), progressive disease (PD), and stable disease (SD). Also called Response Evaluation Criteria In Solid Tumors."

As with other clinical tests in the research industry these scans may then be reviewed by one or more Independent Assessor(s). Due to the independence in their nature, the independent reviews may be carried out months after the subject's actual scan date. The Investigator or Independent Assessor results can be amended or changed which may happen based on later scans of subject tumors. To ensure traceability and maintain integrity of the data DCO needs to be applied carefully and sensitively.

For RECIST the most important date is that of the subject scan date, not the actual review date of the scan. Any scans that happen prior to DCO will be included in the data cut. As Independent Assessor reviews, as stated above, can take place days or even months after scans these reviews may happen after the DCO. A scan that happens prior to DCO will have all reviews of that scan included in the data cut even if the review takes place after the DCO. Scans and their results which happen post-DCO will, as with other data, be removed from the data cut.

## OPERATIONAL CONSIDERATIONS

### Data base lock/clean file considerations

Analysis can only be as accurate as trial data collected. It is important that the study team be aware of expected DCO date for the analysis, and discuss the approach (timing, data to include, etc.) at the **earliest possible stage** to ensure all team members are on the same page. Some of the considerations are:

- What data needs to be included/cleaned (e.g. DCO patient population, critical data points)

- Specific plans around conducting the survival sweep, including the time window to perform the sweep

- Plans to chase missed RECIST scans and plans for complete central review of RECIST scans (if applicable)

- Plan for completing central review of RECIST scans (if applicable)

Once the DCO date has been established, the agreed upon DCO date should be clearly communicated to cross-functional study teams, which generally includes, but is not limited to, clinical operations and data management functions. The study teams would plan, agree, and document timing and activities leading up to the data cut-off point as well as subsequent clean file and data base lock activities. This is to ensure all data prior and up to the DCO date are entered, cleaned and verified for inclusion in data extract. A period of several weeks are commonly required for data cleaning and query resolution from the time of DCO to clean file. This is not a simple undertaking and requires careful planning and coordination of cross-functional teams. Any risks associated with the proposed DCO approach or timing should be evaluated as well.

For a live clinical database, data entry across all sites may occur at any given moment either before or after DCO date. This is especially true if a survival sweep is required. The survival sweep, where survival follow-up is conducted, usually does not complete until after the DCO date. An up-to-date query on whether a subject, usually in follow-up, is required to be carried out in a survival sweep by

12

either contacting the subject, family or using a death registry in order determine a subject's survival status. Since overall survival is a key oncology efficacy endpoint, any data points related to survival need to be collected and entered prior to locking the database.

If an independent assessor review of scan data is required for analysis, the study team will need to work closely with the central review vendor to resolve missing scans and ensure all scans are read completely, entered and data transferred in time for database lock.

### Who should perform DCO

DCO processing should be performed by the programming team responsible for analysis and reporting. The use of programming code to cut the data at the DCO date may consist of many simple and/or complex algorithms applied to a snapshot of the data.

Data management plays a critical role in providing a data snapshot which has been checked for completion, integration and validation. New data can be entered up until the data extract (snapshot) for an on-going study. This snapshot will contain a mixture of cleaned data (data prior to the DCO date) and uncleaned data (data post the DCO date) in the database. This snapshot is sometimes referred to as RAW data as it is the raw, collected data from a sponsor's EDC system.

This snapshot is then made available to the programming team for DCO and further processing. It should be clear to all functions that the programing team for analysis and reporting is ultimately accountable for the accuracy of DCO processing according to DCO specifications.

### DCO review in outsourced studies

For outsourced studies, a sponsor's in-house programming team performs risk-based reviews to ensure the quality of the vendor's deliverable. However, DCO review may sometimes be over-looked. The common expected deliverables from vendors are raw data, SDTM, ADaM along with their accompanying documentations.

Because of the potentially high impact on datasets and key outputs, the DCO application should be considered a high-risk review item and warrants a thorough review from the sponsor. Independent DCO programming from the sponsor is highly recommended to check the vendor has correctly applied the DCO directives.

The DCO review is very important as differences at source data level will carry through into analysis for both safety and efficacy endpoints. To perform the DCO check, data from both pre- and post-DCO application should be requested from the vendor. A sponsor can then apply its own DCO programs to pre-DCO RAW data in order to confirm the post-DCO RAW data from the vendor.

### DCO specification development

The DCO specification is a joint effort by the statistical and programming teams. A DCO specification should be written at an individual dataset level. Rules about how to apply DCO should be specified for each RAW dataset. Study statistician and lead programmer need to examine together the rules for each RAW dataset to ensure DCO rules are being developed correctly according to DCO guidelines.

Below is a sample DCO specification which states the RAW dataset date variable used for applying the DCO method and detailed rules for the DCO application.

| Module | Description | Date variable | Exclude or Reset (if date variable > DCO) | DCO Method | Rules |
|--------|-------------|---------------|--------------------------------------------|------------|-------|
| DOSE | Administration of Study Drug | SD_SDAT | E | SIMPLE | Any records that correspond to an administration after DCO (SD_SDAT > DCO) should be removed |
| ECG | Electrocardiogram | VIS_DAT | E | ASSESSMENT | Any records that correspond to a visit after DCO (VIS_DAT > DCO) should be removed |
| ECG | Electrocardiogram | ECG_DAT | E | ASSESSMENT | Any records that correspond to an assessment after DCO (ECG_DAT > DCO) should be removed |
| TERM | Completion/Withdrawal from Study | TERM_DAT | E | SIMPLE | Any records that correspond to a termination after DCO (TERM_DAT > DCO) should be removed |

13

For an outsourced study, the vendor can develop its own DCO specification according to the DCO guidance document provided by the sponsor. The specification will then need to be reviewed and agreed by the sponsor. It is recommended the sponsor review of the vendor's DCO specification happens early in the process. Another approach to consider would be that an in-house DCO specification (if already developed) can be shared so the vendor can use it to develop code directly for DCO application.

### Develop DCO programming code in-house

Once the DCO specification is agreed upon, the programming team can proceed with producing and validating the DCO program using the raw data described above. Since DCO principles are the same, there could be strong efficiency gains from standardized DCO programs. A standardized CRF setup can also be valuable when setting up standardized programs. Macros can be developed for each module or similar types of DCO method. A well-developed DCO program can be reused for subsequent DCO processing or easily adapted by another study. Not all studies are based on the same set of RAW data modules. Therefore, there should be a check at the study level that all applicable raw data have been accounted for and what DCO rules should apply to each dataset.

In-house DCO programs can be developed to compare the resulting datasets against the vendor's post-DCO raw datasets. In addition, having validated DCO programs can help support any in-house deliverable independent of vendor support. Sometimes the vendor is unwilling to take on additional requests from the sponsor due to resource or timeline constraints; to have a readily available and validated DCO program can greatly facilitate programming effort should any task become an in-house deliverable.

## CONCLUSION

DCO implementation can potentially have a major impact on the trial results. It's important to understand DCO principles, develop specifications and programs/macros to correctly and accurately apply the DCO algorithms. Data traceability and integrity are major considerations in DCO applications. Defining and implementing a standard process that includes developing standard programs/methods could increase efficiency and reduce variability across studies. In addition, the operational challenges should not be overlooked. A coordinated effort across functional teams to ensure data quality is a MUST before applying DCO analysis. Although oncology DCO principles are used to illustrate DCO applications in this paper, it can be expanded to any other therapeutic areas or studies where DCO is applicable.

## REFERENCES

PhUSE Wiki "Imputing Partial Dates" available at
https://www.cancer.gov/publications/dictionaries/cancer-terms/def/recist

NCI Dictionaries "NCI Dictionary of Cancer Terms" available at
https://www.cancer.gov/publications/dictionaries/cancer-terms/def/recist

Bin Yao, Yining Ye and Hua Yu "Data and Analysis Considerations in Oncology Clinical Trials" available at
http://medcraveonline.com/BBIJ/BBIJ-04-00101.php

Byrichetti, Kiranmai. "Macro to get data from specific cutoff period". 2016. Proceedings of PharmaSUG 2016 Conference.
https://www.pharmasug.org/proceedings/2016/BB/PharmaSUG-2016-BB14.pdf

## ACKNOWLEDGEMENTS

The authors would like to thank George Hage, Tracy Turschman, Lynne Poole and Yanping Zhou for reviewing the paper and providing valuable feedback.