THE HONORABLE MARSHA J. PECHMAN
NOTING DATE: JANUARY 27, 2023

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,

Defendants.

Case No.: 2:21-cv-01499-MJP

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

THIS MATTER, having come before the Court pursuant to Defendants' Motion to Dismiss Second Amended Class Action Complaint (Dkt. #47), in the above captioned matter, and the Court considered the following:

1. Defendants' Motion to Dismiss Second Amened Class Action Complaint and supporting Declarations;

2. Plaintiff's Opposition and supporting Declaration;

[PROPOSED] ORDER - 1
(Case No. 2:21-cv-1499-MJP)

3.  Defendants' Reply and supporting Declaration(s), if any;

4.  The pleadings and papers on file with the Court herein;

5.  _____; and

6.  _____.

The Court, having considered the foregoing, and having heard the arguments of counsel, it is now, therefore ORDERED that (choose one):

[   ]   Defendants' Motion to Dismiss Second Amended Class Action Complaint is

      **DENIED**, or

[   ]   Defendants' Motion to Dismiss Second Amended Class Action Complaint is

      **GRANTED**. Plaintiffs' are granted leave to file amended complaint within __ days

      of this Order.

      DATED this _____ day of _____, 2023.

                              _____

                              HONORABLE MARSHA J. PECHMAN

Presented by:

BADGLEY MULLINS TURNER PLLC

s/ *Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
dturner@badgleymullins.com
*Liaison Counsel for the Class*

[PROPOSED] ORDER - 2
(Case No. 2:21-cv-1499-MJP)

POMERANTZ LLP
Jeremy A. Lieberman (*pro hac vice*)
Tamar A. Weinrib (*pro hac vice*)
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
taweinrib@pomlaw.com
*Lead Counsel for Plaintiff and the Class*

[PROPOSED] ORDER - 3
(Case No. 2:21-cv-1499-MJP)

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686