THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BENJAMIN DRESNER, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-1499-MJP |
| Plaintiffs, | |
| v. | **DECLARATION OF TAMAR A. WEINRIB IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |
| SILVERBACK THERAPEUTICS, INC., LAURA K. SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON, | |
| Defendants. | |

WEINRIB DECLARATION IN SUPPORT
OF PLAINTIFFS' OPPOSITION
(Case No. 2:21-cv-1499-MJP)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

I, Tamar A. Weinrib, declare as follows pursuant to 28 U.S.C. ¶ 1746.

1.      I am a member of the New York Bar admitted *pro hac vice* to practice before this Court and am a partner with the law firm of Pomerantz LLP ("Pomerantz" or the "Firm"), Lead Counsel in this matter.  I make this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Second Amended Class Action Complaint.

2.      Attached as Exhibit A is a true and correct copy of "SBT6050-101: Phase 1/1B Interim Clinical Study Update," Investor Presentation at the European Society of Medical Oncology 2021, dated September 16, 2021; available publicly at https://ir.silverbacktx.com/static-files/80acc4d3-1e79-45c4-b9ca-27f7ef7884ff. (Highlights added).

3.      Attached as Exhibit B is a true and correct copy of the Verbatim Report of Proceedings Before the Honorable Marsha J. Pechman, United States District Judge, for the motion to dismiss hearing held on October 28, 2022.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on January 23, 2023

                                                    */s/ Tamar A. Weinrib*
                                                    Tamar A. Weinrib

WEINRIB DECLARATION IN SUPPORT
OF PLAINTIFFS' OPPOSITION                    -1-
(Case No. 2:21-cv-1499-MJP)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686