# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BENJAMIN DRESNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SILVERBACK THERAPEUTICS, INC., LAURA K SHAWVER, JONATHAN PIAZZA, RUSS HAWKINSON, PETER THOMPSON, VICKIE L. CAPPS, ROBERT HERSHBERG, SAQIB ISLAM, ANDREW POWELL, JONATHAN ROOT, THILO SCHROEDER, and SCOTT PLATSHON,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-1499 MJP |

\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Second Amended Class Action Complaint is DISMISSED with prejudice.

//

Dated April 12, 2023.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk
